| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Navillus Tile, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | 17-13162 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACS System Associates, Inc.<br>160 W. Lincoln Avenue<br>Mount Vernon, NY 10550 | | Subcontractor | | | | $330,023.75 |
| Barbara J. Sales<br>126 Venango Ct.<br>New Kensington, PA 15068 | | Vendor | | | | $379,568.00 |
| Carpenters Funds - T. Kennedy<br>c/o Kennedy, Jennik & Murray<br>113 University Place<br>New York, NY 10003 | | Judgment | Disputed | | | $27,975,082.30 |
| Cement Workers Fds -T. Kennedy<br>c/o Kennedy Jennik & Murray<br>113 University Place<br>New York, NY 10003 | | Judgment | Disputed | | | $21,926,409.86 |
| CFS Steel Company<br>P.O. Box 7777<br>Philadelphia, PA 19175-0341 | | Vendor | | | | $1,147,799.15 |
| Construction Risk Partners,LLC<br>1250 Route 28<br>Suite 201<br>Branchburg, NJ 08876 | | Professional Services | | | | $1,633,791.00 |
| DEI<br>151 21st Street<br>Brooklyn, NY 11232 | | Subcontractor | | | | $417,978.26 |

Debtor  **Navillus Tile, Inc.**　　　　　　　Case number *(if known)*  **17-13162**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Doka USA, Ltd.**<br>**214 Gates Road**<br>**Little Ferry, NJ 07643** | | **Vendor** | | | | **$478,577.20** |
| **E. Fitzgerald Electric Co**<br>**633 3rd Avenue, 17th Fl.**<br>**New York, NY 10017** | | **Subcontractor** | | | | **$688,344.09** |
| **Ferrara Bros.**<br>**P.O. Box 419248**<br>**Boston, MA 02241-9248** | | **Vendor** | | | | **$575,309.16** |
| **J-BAR Reinforcement, Inc.**<br>**46 Edgemere Avenue**<br>**Greenwood Lake, NY 10925** | | **Subcontractor** | | | | **$456,147.25** |
| **Local 282 Funds**<br>**c/o Trivella & Forte LLP**<br>**1331 Mamaroneck Ave., Ste 170**<br>**White Plains, NY 10605** | | **Judgment** | **Disputed** | | | **$1,885,012.16** |
| **Local 46 Funds-Attn:T. Kennedy**<br>**c/o Kennedy, Jennik & Murray**<br>**113 University Place**<br>**New York, NY 10003** | | **Judgment** | **Disputed** | | | **$20,483,070.01** |
| **Local 780 Funds-Att-T. Kennedy**<br>**c/o Kennedy, Jennik & Murray**<br>**113 University Place**<br>**New York, NY 10003** | | **Judgment** | **Disputed** | | | **$3,953,158.99** |
| **Meco Electric Co., Inc.**<br>**56 West Street**<br>**Staten Island, NY 10310** | | **Subcontractor** | | | | **$376,071.14** |
| **Morrow Equipment Comp LLC**<br>**P.O. Box 3306**<br>**Salem, OR 97302** | | **Vendor** | | | | **$338,976.29** |

Debtor **Navillus Tile, Inc.**
Name

Case number *(if known)* **17-13162**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peri Formwork Systems Inc.** **62149 Collection Center Drive** **Chicago, IL 60693-0621** | | **Vendor** | | | | **$232,001.79** |
| **PMC Rebar Inc** **47 Woodchuck Hollow Court** **Port Jefferson, NY 11777** | | **Subcontractor** | | | | **$676,254.99** |
| **Stillwell Supply Corp.** **44-68 Vernon Blvd.** **Long Island City, NY 11101** | | **Vendor** | | | | **$315,367.51** |
| **Varsity Plumbing & Heating Inc** **31-99 123rd Street** **Flushing, NY 11354** | | **Subcontractor** | | | | **$312,127.08** |