UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
NAVILLUS TILE, INC., DBA NAVILLUS            :    Case No. 17-13162 (SHL)
CONTRACTING                                             :
                                                        :
         Debtor.                                        :
                                                        :
-----------------------------------------------------------------x

# ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO CONSIDER (A) MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING UTILITY SERVICES, (II) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT, AND (IV) GRANTING RELATED RELIEF; AND (B) MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER (I) EXTENDING TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS, AND (II) GRANTING RELATED RELIEF

Upon the following motions filed on November 14, 2017 by Navillus Tile, Inc. d/b/a Navillus Contracting, the above-captioned debtor and debtor-in-possession ("Navillus"):

1. *Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Determining Adequate Assurance of Payment for Future Utility Services, (III) Establishing Procedures for Determining Adequate Assurance of Payment, and (IV) Granting Related Relief* [Docket No. 39];

2. *Motion of the Debtor for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs, and (II) Granting Related Relief* [Docket No. 41]

(collectively, the "Motions"); and upon the *Affidavit of Donal O'Sullivan Pursuant to Local Bankruptcy Rule 1007-2* (the "O'Sullivan Affidavit") [Docket Entry No.: 7]; and after due deliberation and sufficient cause appearing to shorten notice of the hearing on the Motions

21843.1 499805v1

required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules for the Southern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that a hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 on November 21, 2017, at 11:00 a.m. (EST), or as soon thereafter as counsel can be heard (the "Hearing"), to consider the Motions; and it is further

**ORDERED**, that as soon as possible and in no event later than one (1) business day of entry of this Order, copies of this Order and the Motions shall be served by electronic mail or overnight mail service upon:

- counsel to Signature Bank, N.A., Attn: John E. Westerman, Esq., Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556;

- counsel to Liberty Mutual Insurance Company. Attn: Adam Friedman, Esq., Chiesa Shahinian and Giantomasi;

- the Office of the United States Trustee for the Southern District of New York, Attn: Paul Schwartzberg, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014;

- each of Navillus' twenty (20) largest unsecured creditors;

- the utility providers listed in the Motion;

- all other persons that have formally appeared and requested notice or copies of pleadings filed in this case under Bankruptcy Rule 2002; and it is further

**ORDERED**, that responses or objections, if any, to the relief sought in the Motions, may be raised at the Hearing; and it is further

2

**ORDERED**, that in accordance with Bankruptcy Rules 9006 and Local Rule 9077-1(a), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.

Dated: November 14, 2017
      New York, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

21843.1 499805v1