UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re:                                                             :    Chapter 11
                                                                   :
NAVILLUS TILE, INC., DBA NAVILLUS                                  :    Case No. 17-13162 (SHL)
CONTRACTING                                                        :
                                                                   :
                                                                   :
           Debtor.                                                 :
                                                                   :
-------------------------------------------------------------------x

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE TO
CONSIDER MOTION OF THE DEBTOR FOR ENTRY OF INTERIM AND FINAL
ORDERS PURSUANT TO 11 U.S.C. §§105(a), 362, 363, AND 364 OF THE
BANKRUPTCY CODE (I) AUTHORIZING POST-PETITION SECURED FINANCING;
(II) GRANTING SECURITY INTERESTS AND SUPERPRIORITY CLAIMS; (III)
AUTHORIZING USE OF CASH COLLATERAL AND (IV) SCHEDULING A FINAL
HEARING PURSUANT TO BANKRUPTCY RULE 4001(c)**

Upon the *Motion of the Debtor for Entry of Interim and Final Orders Pursuant to 11 USC 105(a), 362, 363 and 364 of the Bankruptcy Code (I) Authorizing Post-Petition Secured Financing; (II) Granting Security Interests and Superpriority Claims; (III) Authorizing Use of Cash Collateral; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)* (the "Motion") filed on November 21, 2017 by Navillus Tile, Inc. d/b/a Navillus Contracting, the above-captioned debtor and debtor-in-possession ("Navillus"); and upon the *Affidavit of Donal O'Sullivan Pursuant to Local Bankruptcy Rule 1007-2* (the "O'Sullivan Affidavit") [Docket Entry No.: 7]; and after due deliberation and sufficient cause appearing to shorten notice of the hearing on the Motion required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules for the Southern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that a hearing will be held before the Honorable Sean H. Lane, United

States Bankruptcy Judge, Courtroom 701, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 on November 29, 2017, at 2:00 p.m. (EST), or as soon thereafter as counsel can be heard (the "Hearing"), to consider the Motion; and it is further

**ORDERED**, that as soon as possible and in no event later than one (1) business day of entry of this Order, copies of this Order and the Motion shall be served by electronic mail or overnight mail service upon:

- counsel to Signature Bank, N.A., Attn: John E. Westerman, Esq., Westerman Ball Ederer Miller Zucker & Sharfstein, LLP, 1201 RXR Plaza, Uniondale, New York 11556;
- counsel to Liberty Mutual Insurance Company. Attn: Adam Friedman, Esq., Chiesa Shahinian and Giantomasi;
- the Office of the United States Trustee for the Southern District of New York, Attn: Paul Schwartzberg, Esq., U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014;
- each of Navillus' twenty (20) largest unsecured creditors;
- any known parties asserting a lien against any portion of the Collateral (as defined in the Motion);
- the Internal Revenue Service;
- the Securities and Exchange Commission; the United States Department of Justice; and
- all other persons that have formally appeared and requested notice or copies of pleadings filed in this case under Bankruptcy Rule 2002; and it is further

**ORDERED,** that responses or objections, if any, to the relief sought in the Motion, must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the

Bankruptcy Court and be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (a copy of which can be found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served upon: (i) counsel to Navillus, Cullen and Dykman LLP, Attn: C. Nathan Dee, Esq. and Elizabeth M. Aboulafia, Esq., 100 Quentin Roosevelt Blvd., Garden City, New York 11530; (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Paul Schwartzberg, Esq.; and (iii) all parties who have filed a notice of appearance and request for service of documents, so as to be actually received by no later than 4:00 p.m. (prevailing Eastern Time) on November 27, 2017 (the "Objection Deadline"); and it is further

**ORDERED**, that in accordance with Bankruptcy Rules 9006 and Local Rule 9077-1(a), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.

Dated: November 22, 2017
      New York, New York                              */s/ Sean H. Lane*
                                                         HONORABLE SEAN H. LANE
                                                         UNITED STATES BANKRUPTCY JUDGE