CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Proposed Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                    :
In re:                                                              :   Chapter 11
                                                                    :
NAVILLUS TILE, INC., DBA NAVILLUS                                   :   Case No. 17-13162 (SHL)
CONTRACTING                                                         :
                                                                    :
              Debtor.                                               :
                                                                    :
-------------------------------------------------------------------x

## NOTICE OF FILING OF EXHIBIT

**PLEASE TAKE NOTICE** that on November 21, 2017, Navillus Tile, Inc. d/b/a Navillus Contracting, the above-captioned debtor and debtor-in-possession ("Navillus") filed the *Motion of the Debtor for Entry of Interim and Final Orders Pursuant to 11 USC 105(a), 362, 363 and 364 of the Bankruptcy Code (I) Authorizing Post-Petition Secured Financing; (II) Granting Security Interests and Superpriority Claims; (III) Authorizing Use of Cash Collateral; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that annexed hereto is Exhibit 3 to the Motion which contains Navillus' thirteen-week budget.

| | |
|---|---|
| Dated: Garden City, New York<br>November 27, 2017 | CULLEN AND DYKMAN LLP<br><br>By: *s/ Elizabeth M. Aboulafia*<br>C. Nathan Dee, Esq.<br>Elizabeth M. Aboulafia, Esq.<br>100 Quentin Roosevelt Boulevard<br>Garden City, NY  11530<br>*Proposed Counsel to Navillus Tile, Inc.* |

**Navillus Tile Inc**
**Cash Flow Projections 13 Weeks**
**From 11/26/17 to 2/18/18**

| | | 1<br>11/26/2017<br>Budget | 2<br>12/3/2017<br>Budget | 3<br>12/10/2017<br>Budget | 4<br>12/17/2017<br>Budget | 5<br>12/24/2017<br>Budget | 6<br>12/31/2017<br>Budget | 7<br>1/7/2018<br>Budget | 8<br>1/14/2018<br>Budget | 9<br>1/21/2018<br>Budget | 10<br>1/28/2018<br>Budget | 11<br>2/4/2018<br>Budget | 12<br>2/11/2018<br>Budget | 13<br>2/18/2018<br>Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | $16,118,168 | $15,785,113 | $19,511,300 | $21,222,680 | $22,041,009 | $23,439,805 | $19,447,146 | $22,550,243 | $19,554,611 | $19,093,001 | $19,716,123 | $23,215,433 | $22,163,555 |
| DIP Loan Availability | 13500000** | | | | | | | | | | | | | |
| **Cash Flow Calculations** | | | | | | | | | | | | | | |
| Cash Receipts | | $4,143,823 | $8,778,065 | $6,548,258 | $5,919,939 | $7,990,298 | $6,659,219 | $8,654,976 | $3,506,246 | $4,875,000 | $4,900,000 | $7,926,188 | $3,725,000 | $3,500,000 |
| **Operating Distributions** | | | | | | | | | | | | | | |
| Project Distributions Payroll and Incentive* | | $1,400,000 | $1,500,000 | $1,500,000 | $1,500,000 | $2,500,000 | $2,500,000 | $2,000,000 | $2,000,000 | $2,000,000 | $1,500,000 | $1,500,000 | $1,500,000 | $1,500,000 |
| Project Distributions Union Benefits | | $900,000 | $875,000 | $260,000 | $260,000 | $580,000 | $925,000 | $875,000 | $925,000 | $260,000 | $600,000 | $600,000 | $600,000 | $600,000 |
| Project Distributions Vendors/Subs/Equipment rental | | $2,000,000 | $2,150,000 | $2,500,000 | $2,500,000 | $2,000,000 | $500,000 | $2,150,000 | $3,000,000 | $2,500,000 | $2,000,000 | $2,000,000 | $2,500,000 | $2,000,000 |
| Project Insurance | | | | | $299,732 | | | | | $299,732 | | | | |
| Project Re- Insurance Deductible /Reimbursements/Premium | | | | | $100,000 | $1,334,624 | | | | $100,000 | | -$200,000 | | |
| Taxes | | | | | $265,000 | | $6,550,000 | | | | | | | |
| Overhead Distributions G&A | | $176,878 | $526,878 | $176,878 | $176,878 | $176,878 | $176,878 | $526,878 | $176,878 | $176,878 | $176,878 | $526,878 | $176,878 | $176,878 |
| **Operating Distribution** | | $4,476,878 | $5,051,878 | $4,436,878 | $5,101,610 | $6,591,502 | $10,651,878 | $5,551,878 | $6,101,878 | $5,336,610 | $4,276,878 | $4,426,878 | $4,776,878 | $4,276,878 |
| **Non Operating Distributions** | | | | | | | | | | | | | | |
| US Trustees Fees | | | | | | | | | | | | $30,000 | | |
| Professional Fees | | | | | $400,000 | | | | | $400,000 | | | | $400,000 |
| DIP Loan Interest | | | | | | | | | | | | | | |
| **Non Operating Distributions** | | $0 | $0 | $400,000 | $0 | $0 | $0 | $0 | $400,000 | $0 | $0 | $0 | $0 | $400,000 |
| **Weekly Cash Flow** | | -$333,055 | $3,726,187 | $1,711,380 | $818,329 | $1,398,796 | -$3,992,659 | $3,103,098 | -$2,995,632 | -$461,610 | $623,122 | $3,499,310 | -$1,051,878 | -$1,176,878 |
| **Ending Bank Balance** | | $15,785,113 | $19,511,300 | $21,222,680 | $22,041,009 | $23,439,805 | $19,447,146 | $22,550,243 | $19,554,611 | $19,093,001 | $19,716,123 | $23,215,433 | $22,163,555 | $20,986,677 |

*Incentive program subject to Court approval after notice and a hearing
** Subject to Court approval of DIP Motion at hearing scheduled for 11/29/17