WILLIAM K. HARRINGTON
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:   Paul K. Schwartzberg, Esq.
      Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :    Case No. 17-13162 (SHL)
                                                   :
Navillus Tile, Inc. d/b/a Navillus Contracting     :
                                                   :
            Debtor.                                :
-----------------------------------------------------------x

# NOTICE OF APPOINTMENT OF OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of the Navillus Tile, Inc.:

1.  NYC District Council of Carpenters Benefit Funds
    395 Hudson Street
    New York, New York 10014
    Attention: Luke Powers, Employer Services Director
    Telephone: (212) 366-7409

2.  Cement and Concrete Workers District Council Funds
    35-30 Francis Lewis Boulevard
    Flushing, New York 11358
    Attention: Michael Salgo, Trustee
    Telephone: (718) 762-6133

    3.     District Council of New York City &
Vicinity of the United Brotherhood of Carpenters
395 Hudson Street – 9th Floor
New York, New York 10014
Attention: James M. Murphy, General Counsel
Telephone: (212) 366-7400

Dated: New York, New York
November 28, 2017

Sincerely,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:   */s/ Paul Schwartzberg*
Paul Schwartzberg
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
Fax (212) 668-2255