CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Proposed Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| NAVILLUS TILE, INC., DBA NAVILLUS CONTRACTING | Case No. 17-13162 (SHL) |
| Debtor. | |

-----------------------------------------------------------------x

### NOTICE OF PROPOSED AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON NOVEMBER 29, 2017 AT 2:00 P.M.

Date and Time:     November 29, 2017 at 2:00 p.m. (Prevailing Eastern Time)

Location of Hearing: United States Bankruptcy Court for the
Southern District of New York
The Honorable Sean H. Lane
One Bowling Green
Courtroom 701
New York, New York 10004-1408

**I.     CONTESTED MATTERS**

1. Motion of the Debtor for Entry of an Order (A) Authorizing the Debtor to (I) Continue its Cash Management System; (II) Maintain Existing Bank Accounts; (III) Receive a Waiver of Certain Operating Guidelines Relating to Bank Accounts; and (IV) Receive a Waiver of the Requirements of 11 U.S.C. § 345; and (B) Immediately Vacating Certain Restraining Notices and Levy [Docket No. 6]

<u>Related Responses</u>:

A. Objection of United States Trustee to Motion of the Debtor for Entry of an Order (A) Authorizing the Debtor to (I) Continue its Cash Management System; (II) Maintain Existing Bank Accounts; (III) Receive a Waiver of Certain Operating Guidelines Relating to Bank Accounts; and (IV) Receive a Waiver of the Requirements of 11 U.S.C. § 345; and (B) Immediately Vacating Certain Restraining Notices and Levy [Docket No. 32]

STATUS: Hearing on this matter will go forward.

2. Motion of the Debtor for Entry of Interim and Final Orders Pursuant to 11 USC 105(a), 362, 363 and 364 of the Bankruptcy Code (I) Authorizing Post-Petition Secured Financing; (II) Granting Security Interests and Superpriority Claims; (III) Authorizing Use of Cash Collateral; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c) [Docket No. 57]

<u>Related Responses</u>:

A. Notice of Filing of Exhibit (Docket No. 63)

B. Limited Objection and Reservation of Rights of Plaintiff Benefit Fund Trustees in Moore v. Navillus Tile, Inc. Regarding Debtor's Motion for Interim and Final Order Approving Post Petition Secured Financing [Docket No. 65]

C. Reply to Limited Objection of Plaintiff Benefit Fund Trustees in Moore v. Navillus Tile, Inc. to Motion of the Debtor for Entry of Interim and Final Orders Pursuant to 11 USC 105(a), 362, 363 and 364 of the Bankruptcy Code (I) Authorizing Post-Petition Secured Financing; (II) Granting Security Interests and Superpriority Claims; (III) Authorizing Use of Cash Collateral; and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(c)

STATUS: Hearing on this matter will go forward.

II. **UNCONTESTED MATTERS**

1. Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations; (II) Authorizing the Debtor to Continue Performing Under the Collective Bargaining Agreements; (III) Authorizing the Debtor to Continue to Provide Employee Benefit Programs to Non-Union Employees; (IV) Directing Banks to Honor Related Prepetition Transfers; and (V) Granting Related Relief [Docket No. 8]

STATUS: Final hearing on this matter will go forward.

2. Motion of the Debtor for Entry of An Order Establishing Notice Procedures And A Master Service List [Docket No. 40]

    STATUS: Hearing on this matter will go forward.

3. Motion of the Debtor for Entry of an Order (I) Authorizing the Debtor to (A) Continue to Maintain Prepetition Insurance Programs and (B) Pay or Honor Prepetition Obligations Arising Thereunder and (II) Granting Related Relief [Docket No. 49]

    STATUS: Hearing on this matter will go forward.

Dated: Garden City, New York
       November 28, 2017

                                    CULLEN AND DYKMAN LLP

                                    By: *s/  Elizabeth M. Aboulafia*
                                    C. Nathan Dee, Esq.
                                    Elizabeth M. Aboulafia, Esq.
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, NY  11530
                                    (516) 357-3700

                                    *Proposed Counsel to Navillus Tile, Inc.*