Mark T. Power, Esq.
Jeffrey Zawadzki, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York  10022
(212) 478-7200

*Proposed Counsel to The Official Committee of
Unsecured Creditors of Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| NAVILLUS TILE, INC., DBA NAVILLUS CONTRACTING, | Case No. 17-13162 (SHL) |
| Debtor. | |

---------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the law firm of **Hahn & Hessen LLP** hereby appears as counsel in this case on behalf of The Official Committee of Unsecured Creditors of Navillus Tile, Inc., a party in interest in these proceedings, and that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the following:

        Mark T. Power, Esq.
        Jeffrey Zawadzki, Esq.
        Hahn & Hessen LLP
        488 Madison Avenue
        New York, NY  10022
        Telephone: (212) 478-7200
        Facsimile:  (212) 478-7400
        E-mail:  Mpower@hahnhessen.com
                Jzawadzki@hahnhessen.com

**PLEASE TAKE FURTHER NOTICE** that, if applicable, pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery, telephone, telegraph, telex, telecopy, electronic mail or otherwise, made by the Debtors or any third party in the bankruptcy case or any adversary proceedings or contested matters therein.

Dated:   New York, New York
         November 29, 2017

        **HAHN & HESSEN LLP**

        By: */s/ Mark T. Power*
           Mark T. Power
           A Member of the Firm

        488 Madison Avenue
        New York, New York  10022
        Telephone:  (212) 478-7200
        Facsimile:  (212) 478-7400
        Mpower@hahnhessen.com

        *Proposed Counsel to The Official Committee of Unsecured Creditors of Navillus Tile, Inc.*