CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Proposed Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                :

In re:                                       :   Chapter 11

NAVILLUS TILE, INC., DBA NAVILLUS   :   Case No. 17-13162 (SHL)
CONTRACTING                         :

               Debtor.                    :

---------------------------------------------------------------x

## NOTICE OF FILING EXHIBIT

**PLEASE TAKE NOTICE** that on December 8, 2017, Navillus Tile, Inc. d/b/a Navillus Contracting, the above-captioned debtor and debtor-in-possession ("Navillus") filed the *Motion of Navillus Tile, Inc. for an Order (I) Authorizing the Debtor to Make Payments to Eligible Employees under the Performance Bonus Program and (B) Continue the Performance Bonus Program in the Ordinary Course of Business; (II) Approving the Key Employee Incentive Program; and (III) Granting Related Relief* (the "Motion")[1]

**PLEASE TAKE FURTHER NOTICE** that annexed hereto is <u>Exhibit 1</u> to the Motion which contains a listing of Eligible Employees and the proposed Performance Bonuses for the Initial Incentive Period which has been redacted pursuant to the Memorandum Endorsed Order so ordered by the Court on December 15, 2017 (Dkt. No. 122).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated: Garden City, New York  
      December 15, 2017

CULLEN AND DYKMAN LLP

By: *s/ Elizabeth M. Aboulafia*  
C. Nathan Dee, Esq.  
Elizabeth M. Aboulafia, Esq.  
100 Quentin Roosevelt Boulevard  
Garden City, NY 11530

*Proposed Counsel to Navillus Tile, Inc.*

In re Navillus Tile, Inc. dba Navillus Contracting (Case No. 17-13162)
Exhibit 1 to Performance Bonus Program and KEIP Motion

| Division | Class | Union | Employee | Initial Incentive Period | Insider (Y/N) |
|---|---|---|---|---|---|
| O | CLER | Non Union | | $0 | N |
| F | FIELD | Union | | $1,000 | N |
| F | FIELD | Union | | $1,000 | N |
| F | FIELD | Union | | $1,500 | N |
| F | FIELD | Union | | $500 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $1,500 | N |
| F | FIELD | Union | | $5,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | YARD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,500 | N |
| F | S | Non Union | | $100,000 | N |
| F | S | Non Union | | $50,000 | N |
| O | ACC | Non Union | | $15,000 | N |
| F | PM | Non Union | | $116,844 | N |
| F | S | Union | | $15,000 | N |
| F | FIELD | Non Union | | $20,000 | N |
| F | PM | Non Union | | $123,774 | N |
| F | YARD | Non Union | | $2,500 | N |
| O | DRAFT | Non Union | | $28,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,000 | N |
| O | CLER | Non Union | | $0 | N |
| F | APM | Non Union | | $55,232 | N |
| F | S | Non Union | | $110,091 | N |
| O | Officer | Non Union | | $220,000 | Y |
| F | APM | Non Union | | $20,000 | N |
| F | PM | Non Union | | $67,769 | N |
| O | ACC | Non Union | | $60,000 | N |
| F | S | Union | | $20,000 | N |
| F | PM | Non Union | | $0 | N |
| F | S | Union | | $5,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,500 | N |
| O | PO | Non Union | | $100,000 | N |
| F | APM | Non Union | | $10,000 | N |
| F | S | Non Union | | $25,000 | N |
| F | FIELD | Union | | $1,500 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | FIELD | Union | | $2,000 | N |
| F | FIELD | Union | | $3,000 | N |
| F | FIELD | Union | | $1,500 | N |

In re Navillus Tile, Inc. dba Navillus Contracting (Case No. 17-13162)
Exhibit 1 to Performance Bonus Program and KEIP Motion

| Division | Class | Union | Employee | Initial Incentive Period | Insider (Y/N) |
|---|---|---|---|---|---|
| F | FIELD | Union | | $1,000 | N |
| F | FIELD | Union | | $2,000 | N |
| O | ACC | Non Union | | $0 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | S | Union | | $2,500 | N |
| F | FIELD | Union | | $2,000 | N |
| F | CLER | Non Union | | $6,000 | N |
| F | FIELD | Union | | $2,000 | N |
| F | FIELD | Union | | $5,000 | N |
| O | CLER | Non Union | | $0 | N |
| F | PM | Non Union | | $74,435 | N |
| F | FIELD | Union | | $0 | N |
| F | FIELD | Union | | $2,500 | N |
| O | EST | Non Union | | $1,000 | N |
| F | PM | Non Union | | $37,059 | N |
| O | CLER | Non Union | | $20,000 | N |
| F | FIELD | Union | | $1,000 | N |
| F | FIELD | Union | | $1,500 | N |
| F | FIELD | Union | | $2,500 | N |
| O | Relative | Non Union | | $140,000 | Y |
| F | S | Non Union | | $64,886 | N |
| F | APM | Non Union | | $3,000 | N |
| F | APM | Non Union | | $5,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $5,000 | N |
| F | S | Non Union | | $43,172 | N |
| F | FIELD | Union | | $3,000 | N |
| F | FIELD | Union | | $3,000 | N |
| F | FIELD | Union | | $20,000 | N |
| O | CLER | Non Union | | $14,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | S | Union | | $10,000 | N |
| F | PM | Non Union | | $112,961 | N |
| F | PM | Non Union | | $140,967 | N |
| F | FIELD | Union | | $1,500 | N |
| F | S | Non Union | | $8,905 | N |
| F | FIELD | Union | | $5,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | FIELD | Union | | $5,000 | N |
| F | FIELD | Union | | $1,500 | N |
| F | FIELD | Union | | $7,500 | N |
| F | FIELD | Union | | $3,500 | N |
| O | DRAFT | Non Union | | $8,000 | N |

In re Navillus Tile, Inc. dba Navillus Contracting (Case No. 17-13162)
Exhibit 1 to Performance Bonus Program and KEIP Motion

| Division | Class | Union | Employee | Initial Incentive Period | Insider (Y/N) |
|---|---|---|---|---|---|
| F | FIELD | Union | | $3,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $1,000 | N |
| F | PM | Non Union | | $123,692 | N |
| F | S | Non Union | | $40,000 | N |
| F | FIELD | Union | | $0 | N |
| F | FIELD | Union | | $2,000 | N |
| O | Relative | Non Union | | $36,000 | Y |
| F | FIELD | Union | | $1,000 | N |
| F | YARD | Union | | $30,000 | N |
| O | INS | Non Union | | $2,000 | N |
| O | Relative | Non Union | | $36,000 | Y |
| F | FIELD | Union | | $2,000 | N |
| F | PM | Non Union | | $65,138 | N |
| F | APM | Non Union | | $750 | N |
| O | ACC | Non Union | | $25,000 | N |
| F | FIELD | Union | | $0 | N |
| O | CLER | Non Union | | $1,000 | N |
| O | PO | Non Union | | $30,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | APM | Non Union | | $2,000 | N |
| F | APM | Non Union | | $5,000 | N |
| F | FIELD | Union | | $5,000 | N |
| O | Prog | Non Union | | $0 | N |
| F | APM | Non Union | | $10,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,500 | N |
| F | S | Union | | $5,000 | N |
| F | S | Union | | $6,000 | N |
| F | PM | Non Union | | $70,730 | N |
| O | ACC | Non Union | | $60,000 | N |
| F | FIELD | Union | | $0 | N |
| F | PM | Non Union | | $31,619 | N |
| O | EST | Non Union | | $20,000 | N |
| F | FIELD | Union | | $3,000 | N |
| O | EST | Non Union | | $30,000 | N |
| O | CLER | Non Union | | $12,000 | N |
| F | PM | Non Union | | $105,523 | N |
| F | APM | Non Union | | $0 | N |
| O | ACC | Non Union | | $200,000 | N |
| F | FIELD | Union | | $3,500 | N |
| F | FIELD | Union | | $0 | N |
| F | FIELD | Union | | $0 | N |
| O | ACC | Non Union | | $500 | N |

17-13162-shl  Doc 128  Filed 12/15/17  Entered 12/15/17 17:40:57  Main Document
Pg 6 of 7

In re Navillus Tile, Inc. dba Navillus Contracting (Case No. 17-13162)
Exhibit 1 to Performance Bonus Program and KEIP Motion

| Division | Class | Union | Employee | Initial Incentive Period | Insider (Y/N) |
|---|---|---|---|---|---|
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | APM | Non Union | | $0 | N |
| F | FIELD | Union | | $3,000 | N |
| F | APM | Non Union | | $7,500 | N |
| O | Officer | Non Union | | $300,000 | Y |
| F | FIELD | Union | | $3,000 | N |
| F | S | Union | | $15,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| O | ACC | Non Union | | $3,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | FIELD | Union | | $3,500 | N |
| F | S | Non Union | | $115,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| O | EST | Non Union | | $30,000 | N |
| F | PM | Non Union | | $126,461 | N |
| F | FIELD | Union | | $3,500 | N |
| F | FIELD | Non Union | | $2,500 | N |
| F | FIELD | Union | | $2,500 | N |
| F | S | Union | | $10,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | FIELD | Union | | $2,000 | N |
| F | FIELD | Union | | $2,500 | N |
| O | Legal | Non Union | | $10,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $2,000 | N |
| F | S | Union | | $15,000 | N |
| O | CLER | Non Union | | $1,000 | N |
| F | APM | Non Union | | $33,281 | N |
| F | APM | Non Union | | $17,500 | N |
| O | ACC | Non Union | | $0 | N |
| F | FIELD | Union | | $10,000 | N |
| F | APM | Non Union | | $0 | N |
| F | FIELD | Union | | $1,500 | N |
| F | FIELD | Union | | $4,000 | N |
| F | S | Union | | $2,500 | N |
| F | FIELD | Union | | $2,500 | N |
| F | FIELD | Union | | $0 | N |
| F | FIELD | Union | | $4,000 | N |
| O | ACC | Non Union | | $15,000 | N |
| F | FIELD | Union | | $2,500 | N |
| F | YARD | Non Union | | $2,500 | N |

In re Navillus Tile, Inc. dba Navillus Contracting (Case No. 17-13162)
Exhibit 1 to Performance Bonus Program and KEIP Motion

| Division | Class | Union | Employee | Initial Incentive Period | Insider (Y/N) |
|---|---|---|---|---|---|
| F | FIELD | Union | | $1,000 | N |
| F | YARD | Non Union | | $2,500 | N |
| F | YARD | Union | | $0 | N |
| | Subtotal Field | | | $2,320,289 | |
| | Subtotal Office | | | $1,417,500 | |
| | TOTAL | | | $3,737,789 | |