**Fill in this information to identify the case:**

Debtor name __**Navillus Tile, Inc.**__

United States Bankruptcy Court for the: __**Southern District of New York**__

Case number (if known): __**17-13162 (SHL)**__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property**
   Copy line 88 from *Schedule A/B* ..........................................................
   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..........................................................
   $ 90,972,135.71

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..........................................................
   $ 90,972,135.71

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Hold Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* ........................
   $ 15,071,100.16

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................
   $ 2,443,942.59

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................
   **+** $ 83,467,833.36

4. **Total liabilities**
   Lines 2 + 3a + 3b
   $ 100,982,876.11

**Fill in this information to identify the case:**

Debtor name __Navillus Tile, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): __17-13162 (SHL)__

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | $ _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. __See Attachment Part 1.3__ | | | $            21,076,160.69 |
| 3.2. | | | $ _____ |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ _____ |
| 4.2. | | | $ _____ |
| 5. **Total of Part 1** | | | $            21,076,160.69 |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name or holder of deposit | |
| 7.1. __See Attachment Part 2.7__ | $            1,157,315.00 |
| 7.2. | $ _____ |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. Prepaid Expenses _____ $ _____ 25,000.00

   8.2. _____ $ _____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                    $ _____ 1,182,315.00

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:  $ _____ 29,853,434.70  − $ _____ 0.00  = ........➔  $ _____ 29,853,434.70
                                 face amount                    doubtful or uncollectible account

    11b. Over 90 days old:  $ _____ 37,434,122.32  − $ _____ 735,925.00  = ........➔  $ _____ 36,698,197.32
                               face amount                    doubtful or uncollectible account

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ _____ 66,551,632.02

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock

    14.1. _____  _____  $ _____

    14.2. _____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    15.1. _____  _____ %  _____  $ _____

    15.2. _____  _____ %  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____  _____  $ _____

    16.2. _____  _____  $ _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $ _____

Debtor    17-13162-shl    Doc 174    Filed 01/07/18    Entered 01/07/18 20:53:43    Main Document
Name
Navillus Tile, Inc.

Case number (if known)   17-13162 (SHL)

Pg 4 of 177

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | | $_____ |

Debtor    17-13162-shl    Doc 174    Filed 01/07/18    Entered 01/07/18 20:53:43    Main Document
Name
Case number (if known) 17-13162 (SHL)
Pg 5 of 177

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| See Attachment Part 7.39 | $ _____ | _____ | $ 0.00 |
| 40. **Office fixtures** | | | |
| See Attachment Part 7.40 | $ _____ | _____ | $ 2,099,180.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attachment Part 7.41 | $ _____ | _____ | $ 0.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total or Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 2,099,180.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1  See Attachment Part 8.47 | $_____ | _____ | $_____ 256.00 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| See Attachment Part 8.50 | $_____ | | $_____ 62,592.00 |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$_____ 62,848.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  See Attachment Part 9.55 | | $ | | $          Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $          0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>   www.navillusinc.com | $ | | $          Undetermined |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

65. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $          0.00

Debtor    **Navitas Tile, Inc.**
Name

Case number (if known)  **17-13162 (SHL)**

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    $_____ − $_____ = ➡    $_____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year_____    $_____
_____    Tax year_____    $_____
_____    Tax year_____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  See Global Notes    $_____ Undetermined

**Nature of claim**    _____

**Amount requested**    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

  See Global Notes    $_____ Undetermined

**Nature of claim**    _____

**Amount requested**    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

  Work In Progress - See Global Notes    $_____ Undetermined
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    | $_____ 0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 21,076,160.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,182,315.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 66,551,632.02 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,099,180.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 62,848.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➜ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.................................91a. | $ 90,972,135.71 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92....................................................................................   $ 90,972,135.71

Debtor: **Navillus Tile, Inc.**                                              Case Number: **17-13162 (SHL)**

| Attachment Part 1.3: | Checking, savings, money market, or financial brokerage accounts | | |
|---|---|---|---|
| **Name of institution (bank or brokerage Firm)** | **Type of account** | **Last 4 digits of account number** | **Current value of debtor's interest** |
| 3.1  Signature Bank | Main Account | 1226 | $607.00 |
| 3.2  Signature Bank | Money Market Account | 5539 | $2,523,437.00 |
| 3.3  Signature Bank | Payroll Account | 7348 | $117,730.00 |
| 3.4  Signature Bank | Special Account | 5155 | $6,768,287.00 |
| 3.5  Signature Bank | Operating Account | 2395 | ($544,384.00) |
| 3.6  Wall Street Access | Brokerage Cash Services | 2886 | $3,166,557.59 [1] |
| 3.7  Wells Fargo | Brokerage Cash Services | 6454 | $754,102.93 [1] |
| 3.8  Wells Fargo | Brokerage Cash Services | 8855 | $1,836,942.07 [1] |
| 3.9  Wells Fargo | Brokerage Cash Services | 2615 | $2,340,474.63 [1] |
| 3.10  Wells Fargo | Brokerage Cash Services | 0593 | $1,857,502.97 [1] |
| 3.11  Wells Fargo | Brokerage Cash Services | 0544 | $2,254,903.50 [1] |

1 Current value as reflected on 10/31/17 account statement, the majority of the value consisting of invested securities.

$21,076,160.69

Debtor: Navillus Tile, Inc.                                                                                    Case Number: 17-13162 (SHL)

**Attachment Part 2.7:**    Deposits, including security deposits and utility deposits

| Name of holder of deposit | Description of deposit | Current value of debtor's interest |
|---|---|---|
| 7.1 633 Third Ave LLC | Office Lease Security Deposit | $70,000.00 |
| 7.2 Con Ed | Utility Deposit | $9,315.00 |
| 7.3 Halletts Building 4 SPE LLC | Yard Lease Security Deposit | $50,000.00 |
| 7.4 Halletts Building 5 SPE LLC | Yard Lease Security Deposit | $28,000.00 |
| 7.5 Kerry Leasing, LLC | Crane Deposit | $1,000,000.00 |
| | | $1,157,315.00 |

Debtor:  **Navillus Tile, Inc.**                                                                 Case Number:  **17-13162 (SHL)**

| **Attachment Part 3.11:** | **Accounts receivable** |

| | Description | Face Amount | Doubtful or Uncollectible Account | Current Value of Debtor's Interest |
|---|---|---|---|---|
| 11a. | 90 days old or less: | $29,853,434.70 | | $29,853,434.70 |
| 11.b | Over 90 days old: | $37,434,122.32 | $735,925.00 | $36,698,197.32 |

Note: Approximately $32.5 million of the accounts receivable balances represent retainage,  so the majority of receivables over 90 days old are not collectible until the related projects near completion per the terms of the governing contracts.

$66,551,632.02

Debtor:  **Navillus Tile, Inc.**                                                          Case Number:  **17-13162 (SHL)**

**Attachment Part 7.39:**          **Office Funiture**

| Description | Original Cost Basis | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.1  Office Furniture purchased in 2002 | $16,250.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.2  Office Furniture purchased in 2004 | $6,899.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| | | | | $0.00 |

Debtor:  **Navillus Tile, Inc.**                                                      Case Number:  **17-13162 (SHL)**

**Attachment Part 7.40:**    **Office Fixtures**

| Description | Original Cost Basis | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.1 Leasehold Improvements - June 2015 | $1,473,500.00 | $1,227,916.00 | Straight-Line Depreciation | $1,227,916.00 |
| 47.2 Leasehold Improvements October 2015 | $200,052.00 | $171,473.00 | Straight-Line Depreciation | $171,473.00 |
| 47.3 Leasehold Improvements - December 2015 | $357,324.00 | $310,531.00 | Straight-Line Depreciation | $310,531.00 |
| 47.4 Leasehold Improvements - January 2016 | $144,851.00 | $125,882.00 | Straight-Line Depreciation | $125,882.00 |
| 47.5 Leasehold Improvements - March 2017 | $275,752.00 | $263,378.00 | Straight-Line Depreciation | $263,378.00 |
| | | | | $2,099,180.00 |

Debtor:  Navillus Tile, Inc.                                                                    Case Number:  17-13162 (SHL)

**Attachment Part 7.41:**    **Office Equipment**

| Description | Original Cost Basis | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.1  Dell Computers purchased in 2002 | $16,331.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.2  Various Computers purchased in 2005 | $24,004.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.3  Dell Server purchased in 2005 | $10,555.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.4  Printer purchased in 2002 | $3,910.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.5  Timberline Software purchased in 2005 | $37,452.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.6  Timberline Software Modules purchased in 2005 | $7,586.00 | $0.00 | Straight-Line Depreciation | $0.00 |
|  |  |  |  | $0.00 |

Debtor: **Navillus Tile, Inc.**                                                    Case Number: **17-13162 (SHL)**

| Attachment Part 8.47: | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
|---|---|---|---|---|
| **Description** | **Original Cost Basis** | **Net Book Value of Debtor's Interest** | **Valuation Method Used for Current Value** | **Current value of debtor's interest** |
| 47.1 2001 Dodge Van | $8,920.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.2 2002 GMC Savana | $24,321.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.3 2003 Ford E-350 | $16,850.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.4 2005 GMC Savana | $4,000.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.5 2005 Mitsubishi Galant | $8,003.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.6 2006 Ford Ranger | $7,963.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.7 2007 Ford F150 | $31,631.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.8 2007 Ford F150 | $25,976.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.9 2007 Sterling LT 9513 | $11,004.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.10 2007 Sterling LT 9513 | $115,330.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.11 2007 Sterling LT 9513 | $91,356.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.12 2008 Ford Truck Low Cab | $47,455.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.13 2010 Chevy Express | $19,598.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.14 2014 Mercedes E63SP | $0.00 | $0.00 | | Leased |
| 47.15 2015 Maserati Granturismo | $0.00 | $0.00 | | Leased |
| 47.16 2017 Mercedes GLS450W4 | $0.00 | $0.00 | | Leased |
| 47.17 Crumsons Auto purchased in 2012 | $15,070.00 | $256.00 | Straight-Line Depreciation | $256.00 |
| 47.18 Crumsons Auto purchased in 2012 | $63,000.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.19 Hale Trailer | $15,250.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.20 Truck purchased in 2008 | $9,462.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.21 Truck purchased in 2008 | $9,875.00 | $0.00 | Straight-Line Depreciation | $0.00 |

Debtor:  **Navillus Tile, Inc.**                                                                      Case Number:  **17-13162 (SHL)**

**Attachment Part 8.47:**        **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | Description | Original Cost Basis | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 47.22 | Truck, Trailer and Forklifts purchased at 2005 auction | $76,670.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| | | | | | $256.00 |

Debtor: **Navillus Tile, Inc.**                                                    Case Number: **17-13162 (SHL)**

## Attachment Part 8.50:    Other Machinery, Fixtures and Equipment

| Description | Original Cost Basis | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current value of debtor's interest |
|---|---|---|---|---|
| 47.1 Construction Equipment purchased in 2004 | $20,000.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.2 Construction Equipment purchased in 2006 | $34,061.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.3 Dunlap Master Climber Scaffolding | $77,000.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.4 Forklift Model H80XM | $33,488.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.5 Genie Articulating Boomlift | $52,895.00 | $4,809.00 | Straight-Line Depreciation | $4,809.00 |
| 47.6 Genie Articulating Boomlift | $52,895.00 | $4,809.00 | Straight-Line Depreciation | $4,809.00 |
| 47.7 Komatsu Dozer | $75,447.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.8 Lull Telehandler Model 1044C-54 | $107,948.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.9 Manitou MRT-2540 Telehandler | $137,326.00 | $13,464.00 | Straight-Line Depreciation | $13,464.00 |
| 47.10 Manitou Rotating Telescopic Handler | $204,900.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.11 MRT Handler | $197,074.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.12 MRT 2115 Telescopic Handler | $194,785.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.13 MRT2150 Forklift | $221,687.00 | $11,085.00 | Straight-Line Depreciation | $11,085.00 |
| 47.14 Office Trailer | $5,000.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.15 Scaffold | $41,599.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.16 Scissor Lift Model P15000 | $112,024.00 | $28,425.00 | Straight-Line Depreciation | $28,425.00 |
| 47.17 Tusk Forklift 600PD | $29,088.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.18 Tusk Forklift 600PD | $29,088.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| 47.19 Var Reach Forklift Model 1044C-54 | $106,291.00 | $0.00 | Straight-Line Depreciation | $0.00 |
| | | | | $62,592.00 |

Debtor:  **Navillus Tile, Inc.**                                              Case Number:  **17-13162 (SHL)**

| Attachment Part 9.55: | Any building, other improved real estate, or land in which the debtor has an interest |
|---|---|

| Description and Location of Property | Nature and Extent of Debtor's Interest | Net Book Value of Debtor's Interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 22-09 Queens Plaza North<br>Long Island City, NY 11101<br>or<br>22-09 41st Avenue<br>Long Island City, NY 11101 | Yard & Warehouse<br>Lease | | | Undetermined |
| 55.2 27-02 1st Street<br>Astoria, NY 11102 | Building & Yard<br>Lease | | | Undetermined |
| 55.3 27-50 First Street<br>Astoria, NY 11102 | Yard Lease | | | Undetermined |
| | | | | Undetermined |

**Fill in this information to identify the case:**

Debtor name __Navillus Tile, Inc.__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): __17-13162 (SHL)__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one
   secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

| **2.1** Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| A-1 WHOLESALE FENCE CO., INC | Statutory Trust Funds | $            55,987.03 | $    Undetermined |

**Creditor's mailing address**
151-51 7TH. AVENUE
WHITESTONE, NY 11357

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| A. ESTEBAN & COMPANY, INC. | Statutory Trust Funds | $                609.61 | $    Undetermined |

**Creditor's mailing address**
132 WEST 36TH STREET
NEW YORK, NY 10018

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $    15,071,100.16

Schedule D: Creditors Who Have Claims Secured by Property

page __1__ of __99__

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**

AALCO TRANSPORT & STORAGE, INC

**Creditor's mailing address**
55 ENGINEERS LANE, #4
FARMINGDALE, NY 11735

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 82,850.00     $ Undetermined

---

**2.4** **Creditor's name**

ACCURATE PRECAST CORPORATION

**Creditor's mailing address**
1957 PITKIN AVENUE
BROOKLYN, NY 11207

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 84,650.00     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

ACS SYSTEM ASSOCAITES, INC.

**Creditor's mailing address**
160 W. LINCOLN AVENUE
MOUNT VERNON, NY 10550

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 384,198.75          $ Undetermined

---

**2.6** **Creditor's name**

ADVANCED READY MIX CORP

**Creditor's mailing address**
P.O. BOX 733
BROOKLYN, NY 11237

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 103,434.95          $ Undetermined

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** **Creditor's name**

AHERN RENTALS

**Creditor's mailing address**
1333 RANDALL AVE
BRONX, NY 10474

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 747.36    Column B: $ Undetermined

---

**2.8** **Creditor's name**

AIR MASTERS INC.

**Creditor's mailing address**
1933 RICHMOND TERRACE
STATEN ISLAND, NY 10302

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 32,890.00    Column B: $ Undetermined

---

Debtor    **Navillus Tile, Inc.**
          Name                                                    Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

ALL AMERICAN MASON SUPPLY

**Creditor's mailing address**
14105 109TH AVE
JAMAICA, NY 11435

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds                                          $              6,326.74      $    Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.10**

**Creditor's name**

ALL BORO INC.

**Creditor's mailing address**
42 MAPLE PL
AMITYVILLE, NY 11701

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds                                          $              1,140.37      $    Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | **Navillus Tile, Inc.** | | Case number *(if known)* **17-13162 (SHL)** |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11**

**Creditor's name**

ALLIED BUILDING PRODUCTS CORP.

**Creditor's mailing address**
42-16 11TH STREET
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 50,560.83      $ Undetermined

---

**2.12**

**Creditor's name**

ALMADINA ENTERPRISES, INC.

**Creditor's mailing address**
51-24 35TH STREET
L.I.C., NY 11101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 13,075.00      $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
Name

Case number *(if known)* **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.13** **Creditor's name**

ALPHA CARE SUPPLY

**Creditor's mailing address**
21 STRINGHAM AVE.
VALLEY STREAM, NY 11580

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 18,900.00    $ Undetermined

---

**2.14** **Creditor's name**

ALUMA SYSTEMS

**Creditor's mailing address**
P.O. BOX 91473
CHICAGO, IL 60693

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 34,305.61    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

page 7 of 99

Debtor  **Navillus Tile, Inc.**
Name

Case number *(if known)* **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.15** Creditor's name

AMERICAN ANALYTICAL LAB., LLC.

**Creditor's mailing address**
56 TOLEDO STREET
FARMINGDALE, NY 11735

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Statutory Trust Funds

Describe the lien
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,450.00    $ Undetermined

---

**2.16** Creditor's name

AMERICAN ELITE CONTRACTING COR

**Creditor's mailing address**
81 E. JEFRYN BLVD, SUITE F
DEER PARK, NY 11729

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
Statutory Trust Funds

Describe the lien
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,680.00    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|--------|---------------------|---------------------------------------|
|        | Name                |                                       |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.17** **Creditor's name**

AMERICAN OLEAN

**Creditor's mailing address**
LOCKBOX #9237
P.O. BOX 8500
PHILADELPHIA, PA 19178

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 10,349.76    $ Undetermined

---

**2.18** **Creditor's name**

ANCHOR CONCRETE PRODUCTS, INC

**Creditor's mailing address**
P.O. BOX 281479
ATLANTA, GA 30384-1479

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 77,625.67    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | | **Column A** | **Column B** |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.19** **Creditor's name**

ARMSTRONG ROOFING CORP

**Creditor's mailing address**
2343 HYLAN BLVD.
STATEN ISLAND, NY 10306

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is: Check all that apply.**
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 42,759.00     $ Undetermined

---

**2.20** **Creditor's name**

ARTEMIS PLUMBING & HEATING, INC

**Creditor's mailing address**
19-03 75TH STREET
EAST ELMHURST, NY 11370

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is: Check all that apply.**
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 20,000.00     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.21**   **Creditor's name**

ASSESSMENT RESOURCES & TECH

**Creditor's mailing address**
111 JOHN STREET
SUITE 538
NEW YORK, NY 10038

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 500.00    $ Undetermined

---

**2.22**   **Creditor's name**

ATLAS BUILDING CONSULTANTS

**Creditor's mailing address**
122 MILLER AVENUE
BROOKLYN, NY 11207

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 28,550.00    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
_____
Name

Case number *(if known)* **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.23**

**Creditor's name**

AWISCO NY CORP
_____

**Creditor's mailing address**
55-15 43RD. STREET
MASPETH, NY 11378

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ _____13,537.57    $ ___Undetermined

---

**2.24**

**Creditor's name**

BACO ENTERPRISES
_____

**Creditor's mailing address**
ATTN BARRY COHEN
PO BOX 740487
BRONX, NY 10474

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ _____1,711.00    $ ___Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.25**

**Creditor's name**

BARKER STEEL LLC

**Creditor's mailing address**
55 SUMNER STREET
MILFORD, MA 01757

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
**Check all that apply.**
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 236,638.43    $ Undetermined

---

**2.26**

**Creditor's name**

BERRY-ROCHI, INC.

**Creditor's mailing address**
76 E MAIN ST
HUNTINGTON, NY 11743

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
**Check all that apply.**
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 7,350.00    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Navillus Tile, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name                                              Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.27**  **Creditor's name**

BEST CONCRETE MIX CORP.
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Creditor's mailing address**
35-10 COLLEGE POINT BLVD
FLUSHING, NY 11354

**Creditor's email address, if known**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Date debt was incurred**   ‾‾‾‾‾‾‾‾‾‾‾‾‾
**Last 4 digits of account**
**number**                   ‾‾ ‾‾ ‾‾ ‾‾

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this
       creditor, and its relative priority.



    ☐ Yes. The relative priority of creditors is
       specified on lines ‾‾‾‾‾‾

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$         25,049.96      $      Undetermined

---

**2.28**  **Creditor's name**

BILCO WIRE ROPE
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Creditor's mailing address**
1285 CENTRAL AVE
HILLSIDE, NJ 07205

**Creditor's email address, if known**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Date debt was incurred**   ‾‾‾‾‾‾‾‾‾‾‾‾‾
**Last 4 digits of account**
**number**                   ‾‾ ‾‾ ‾‾ ‾‾

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this
       creditor, and its relative priority.



    ☐ Yes. The relative priority of creditors is
       specified on lines ‾‾‾‾‾‾

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$          2,160.00      $      Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.29**

**Creditor's name**

BLANKE CORPORATION

**Creditor's mailing address**
3631 CLEARVIEW PARKWAY
ATLANTA, GA 30340

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 60,739.83    $ Undetermined

---

**2.30**

**Creditor's name**

BLOOD HOUND INC.,

**Creditor's mailing address**
750 PATRICK PL., STE. B
BROWNSBURG, IN 46112

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 15,422.50    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
_____
Name

Case number *(if known)* **17-13162 (SHL)**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

| **Part 1:** | **Additional Page** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

**2.31** **Creditor's name**

BOIARDI PRODUCTS
_____

**Creditor's mailing address**
13 FAIRFIELD AVE # 106
LITTLE FALLS, NJ 07424

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 10,779.78     $ Undetermined

---

**2.32** **Creditor's name**

BRACCI LUMBER & HARDWARE
_____

**Creditor's mailing address**
1440 UTICA AVENUE
BROOKLYN, NY 11203

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 14,262.38     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.33**

**Creditor's name**

BRANCH RIVER PLASTICS, INC.

**Creditor's mailing address**
15 THURBER BLVD
SMITHFIELD, RI 02917

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 11,959.20     $ Undetermined

---

**2.34**

**Creditor's name**

BREEZY POINT LUMBER CO., INC.

**Creditor's mailing address**
28 MARKET STREET
BREEZY POINT, NY 11697

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 23,864.62     $ Undetermined

---

| Debtor | Navillus Tile, Inc. | |
|---|---|---|
| | Name | |

Case number *(if known)* 17-13162 (SHL)

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.35**

**Creditor's name**

BROWN BUILDERS SUPPLY

**Creditor's mailing address**
1700 PLAZA AVE
NEW HYDE PARK, NY 11040

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$_____ 1,026.34    $___ Undetermined

---

**2.36**

**Creditor's name**

BU L&B BUILDING SUPPLY

**Creditor's mailing address**
148-23 94TH AVE
JAMAICA, NY 11435

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$_____ 42,080.19    $___ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.37**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| BURTON PLUMBING SUPPLY | Statutory Trust Funds |

$ 1,066.98      $ Undetermined

**Creditor's mailing address**
7014 GRAND AVE
MASPETH, NY 11378

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.38**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| CALL A HEAD | Statutory Trust Funds |

$ 1,031.99      $ Undetermined

**Creditor's mailing address**
304 CROSSBAY BLVD.
BROAD CHANNEL, NY 11693

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.39**

**Creditor's name**

CARDELLA WASTE

**Creditor's mailing address**
P.O. BOX 1085
BRATTLEBORO, VT 05302-1085

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$              25,378.00       $       Undetermined

---

**2.40**

**Creditor's name**

CARTER MILCHMAN & FRANK

**Creditor's mailing address**
28-10 37TH AVE
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$               2,358.11       $       Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.41**

**Creditor's name**

CASA REDIMIX CONCRETE CORP.

**Creditor's mailing address**
886 EDGEWATER ROAD
BRONX, NY 10474

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$        11,809.91      $    Undetermined

---

**2.42**

**Creditor's name**

CENTRON ENTERPRISES LLC

**Creditor's mailing address**
115 MOUNTAIN AVE
WESTFIELD, NJ 07090

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$        18,870.00      $    Undetermined

---

| Debtor | **Navillus Tile, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-13162 (SHL)** |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.43**

**Creditor's name**

CENTURY INDUSTRIAL & BEARING

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 270.10    $ Undetermined

**Creditor's mailing address**
26-27 JACKSON AVENUE
LONG ISLAND CITY, NY 11101

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.44**

**Creditor's name**

CENTURY PETROLEUM LTD.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 19,922.25    $ Undetermined

**Creditor's mailing address**
147 GAZZA BLVD.
FARMINGDALE, NY 11735

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.45**

**Creditor's name**

CERAMIC TECHNICS LTD

**Creditor's mailing address**
1298 OLD ALPHARETTA ROAD
ALPHARETTA, GA 30005

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 61,743.26　　$ Undetermined

---

**2.46**

**Creditor's name**

CERCO PRODUCTS

**Creditor's mailing address**
80 SHERWOOD AVENUE
FARMINGDALE, NY 11735

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 4,485.67　　$ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.47** **Creditor's name**

CHAMPION INT. CONSTRUCTION CO.

**Creditor's mailing address**
1925 RICHMOND TER
STATEN ISLAND, NY 10302-1217

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$                60,000.00     $     Undetermined

---

**2.48** **Creditor's name**

CITY TRANSIT MIX

**Creditor's mailing address**
10414 148TH ST
JAMAICA, NY 11435

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$                4,833.50     $     Undetermined

---

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.49**

**Creditor's name**

CLEARVIEW SHEET METAL

**Creditor's mailing address**
199 BUSH STREET
BROOKLYN, NY 11231

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 9,697.51     $ Undetermined

---

**2.50**

**Creditor's name**

CO K.R.J. CONSULTING

**Creditor's mailing address**
5301 N TRENHOLM RD A
COLUMBIA, SC 29206

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 7,416.00     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.51**

**Creditor's name**

COLLINS BUILDING SERVICES, INC

**Creditor's mailing address**
24-01 44TH ROAD, 15TH FL
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 2,329.93     $ Undetermined

---

**2.52**

**Creditor's name**

COLONY HARDWARE CORP.

**Creditor's mailing address**
1049 ZEREGA AVENUE
BRONX, NY 10462

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 28,040.00     $ Undetermined

---

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.53**

**Creditor's name**

CONSERVE LIGHTING & ELECTRICAL

**Creditor's mailing address**
3905 CRESCENT ST
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$          216.12      $      Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.54**

**Creditor's name**

CONSOLIDATED BRICK & BUILDING

**Creditor's mailing address**
127 W 24TH ST, #3
NEW YORK, NY 10011

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$        16,318.50      $      Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.

---

**2.55**

**Creditor's name**

CORINTHIAN CAST STONE, INC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 4,863.09    $ Undetermined

**Creditor's mailing address**
115 WYANDANCH AVENUE
WYANDANCH, NY 11798

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.56**

**Creditor's name**

CORNERSTONE CARPENTRY LIMITED

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 37,144.92    $ Undetermined

**Creditor's mailing address**
15 WESTMORELAND DR.
YONKERS, NY 10704

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines _____

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) | 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.57**

**Creditor's name**

DALTILE

**Creditor's mailing address**
58-40 55TH DRIVE
MASPETH, NY 11378

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 58,937.76       $ Undetermined

---

**2.58**

**Creditor's name**

DDS MECHANICAL

**Creditor's mailing address**
38-32 54TH STREET
WOODSIDE, NY 11377

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,750.00       $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.59**

**Creditor's name**

DE LAGE LANDEN FINANCIAL SERVICES, INC.

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL RD
WAYNE, PA 19087

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.


☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Two New Genie Z8060 Boom Lifts

$ ____Undetermined     $ ____Undetermined

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.60**

**Creditor's name**

DEAN RESTORATION, INC.

**Creditor's mailing address**
216 HAMDEN AVE
STATEN ISLAND, NY 10306

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.


☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ ____14,750.00     $ ____Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.61**

**Creditor's name**

DEI

**Creditor's mailing address**
151 21ST STREET
BROOKLYN, NY 11232

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,166,503.26    $ Undetermined

---

**2.62**

**Creditor's name**

DOKA USA, LTD.

**Creditor's mailing address**
214 GATES ROAD
LITTLE FERRY, NJ 07643

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 689,205.73    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.63** **Creditor's name**

DONALD VAN GERVE, PE

**Creditor's mailing address**
5 BRIDGEHAMPTON CROSSING
UNIONVILLE, CT 06085

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 8,050.00     $ Undetermined

---

**2.64** **Creditor's name**

E. FITZGERALD ELECTRIC CO

**Creditor's mailing address**
633 3RD AVENUE, 17TH FLOOR
NEW YORK, NY 10017

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 567,190.09     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number (if known) | 17-13162 (SHL) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.65**

**Creditor's name**

EAGLE ONE ROOFING

**Creditor's mailing address**
1860 45TH ST
LONG ISLAND CITY, NY 11105

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 418.88     $ Undetermined

---

**2.66**

**Creditor's name**

EAGLE SCAFFOLDING

**Creditor's mailing address**
67 MILL STREET
AMITYVILLE, NY 11701

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 7,579.19     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

**2.67** **Creditor's name**

ECOLSCIENCES, INC.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 2,500.00     $ Undetermined

**Creditor's mailing address**
75 FLEETWOOD DRIVE, SUITE 250
ROCKAWAY, NJ 07866

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.68** **Creditor's name**

ENGINEERED DEVICES CORP.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 231,327.54     $ Undetermined

**Creditor's mailing address**
25 BERGEN TURNPIKE
RIDGEFIELD PARK, NJ 07660

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.69**

**Creditor's name**

EOC-NY

**Creditor's mailing address**
1811 STILLWELL AVENUE
SUITE 4
BROOKLYN, NY 11223

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 850.00    $ Undetermined

---

**2.70**

**Creditor's name**

ETS CONTRACTING, INC.

**Creditor's mailing address**
160 CLAY STREET
BROOKLYN, NY 11222

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 219,760.85    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.71**

**Creditor's name**

FELDMAN LUMBER

**Creditor's mailing address**
1281 METROPOLITAN AVENUE
BROOKLYN, NY 11237

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 126,655.57    $ Undetermined

---

**2.72**

**Creditor's name**

FERRARA BROS

**Creditor's mailing address**
P.O. BOX 419248
BOSTON, MA 02241-9248

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 571,041.79    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.73** | **Creditor's name**

FERRARA LUMBER CORPORATION

**Creditor's mailing address**
56-30 49TH STREET
MASPETH, NY 11378

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 30,610.43      $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.74** | **Creditor's name**

FGH REBAR

**Creditor's mailing address**
101 HUDSON STREET, STE 21100
JERSEY CITY, NJ 07002

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 1,044.35      $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Navillus Tile, Inc.**
_____
Name                                    Case number *(if known)* **17-13162 (SHL)**

| | Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.75** | **Creditor's name**

FROMKIN BROTHERS, INCORPORATED

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$            2,123.06        $    Undetermined

**Creditor's mailing address**
125 CLEARVIEW RD # 1
EDISON, NJ 08837

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.76** | **Creditor's name**

FURLONG & LEE STONE SALES, INC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$            9,495.74        $    Undetermined

**Creditor's mailing address**
40 WEST 37TH STREET, ROOM 900
NEW YORK, NY 10018

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.77**

**Creditor's name**

GARLOCK EAST EQUIP

**Creditor's mailing address**
5135 34TH ST
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 3,808.45     $ Undetermined

---

**2.78**

**Creditor's name**

GARVIN BROWN INC

**Creditor's mailing address**
3002 48TH AVE
STE 1
LONG ISLAND CITY, NY 11101-3401

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 8,806.46     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.79** Creditor's name

GATEWAY DEMO/CIVIL CORP.

**Creditor's mailing address**
41 BETHPAGE ROAD
HICKSVILLE, NY 11801

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Statutory Trust Funds

$ 20,100.00    $ Undetermined

Describe the lien
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.80** Creditor's name

GC PAK GENERAL CONTRACTOR INC

**Creditor's mailing address**
2442 BRIGHAM ST
BROOKLYN, NY 11235

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Statutory Trust Funds

$ 44,111.47    $ Undetermined

Describe the lien
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.81** **Creditor's name**

GENERAL INSULATION

**Creditor's mailing address**
3842 REVIEW AVE
STE 1
LONG ISLAND CITY, NY 11101-2045

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,106.16     $ Undetermined

---

**2.82** **Creditor's name**

GLENWOOD MASON SUPPLY CO.

**Creditor's mailing address**
4100 GLENWOOD ROAD
BROOKLYN, NY 11210

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 74,967.72     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|--------|---------------------|-----------------------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.83** **Creditor's name**

GPRS INC

**Creditor's mailing address**
7540 NEW WEST ROAD
TOLEDO, OH 43617

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 5,400.00    $ Undetermined

---

**2.84** **Creditor's name**

HAILEY INSULATION CORP.

**Creditor's mailing address**
585 ROUTE 25A
ROCKY POINT, NY 11778

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 37,020.81    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.85**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| HARDWOOD MILLS, INC. | Statutory Trust Funds | $ 11,900.00 | $ Undetermined |

**Creditor's mailing address**
P.O. BOX 660
MILLINGTON, MD 21651

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.86**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| HEITZ LANDSCAPING | Statutory Trust Funds | $ 2,305.50 | $ Undetermined |

**Creditor's mailing address**
4228 235TH ST
LITTLE NECK, NY 11363

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
_____    Case number *(if known)* **17-13162 (SHL)**
Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.87** **Creditor's name**

HILO MATERIAL HANDLING
_____

**Creditor's mailing address**
845 S. 1ST STREET
RONKONKOMA, NY 11779

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____
**Last 4 digits of account**
**number**                         ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 1,040.57
Column B: $ Undetermined

---

**2.88** **Creditor's name**

HILTI INC.
_____

**Creditor's mailing address**
P.O. BOX 11870
NEWARK, NJ 07101

**Creditor's email address, if known**
_____

**Date debt was incurred**    _____
**Last 4 digits of account**
**number**                         ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 45,238.21
Column B: $ Undetermined

---

Debtor   **Navillus Tile, Inc.**
Name

Case number *(if known)* **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.89** | **Creditor's name**

HOHMANN & BARNARD

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 20,413.88     $ Undetermined

**Creditor's mailing address**
P.O. BOX 3158
BOSTON, MA 02241-3158

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.90** | **Creditor's name**

HOWARD I SHAPIRO & ASSOCIATES

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 11,978.29     $ Undetermined

**Creditor's mailing address**
266 MERRICK ROAD
SUITE 300
LYNBROOK, NY 11563

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* | 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.91**

**Creditor's name**

HUICATAO CORP.

**Creditor's mailing address**
72 SHARROT AVE, UNIT H
STATEN ISLAND, NY 10309

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 35,938.00     $ Undetermined

---

**2.92**

**Creditor's name**

HUNTINGTON POWER EQUIPMENT

**Creditor's mailing address**
P.O. BOX 2040
SHELTON, CT 06484

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 211,000.00     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) | 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.93** **Creditor's name**

IN ATLANTIC CONCRETE CUTTING INC

**Creditor's mailing address**
P.O. BOX 98
MOUNT HOLLY, NJ 08060

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$              2,850.00        $        Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**     __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.94** **Creditor's name**

INDEPENDENT EQUIPMENT CORP.

**Creditor's mailing address**
500 SHAMES DRIVE
WESTBURY, NY 11590

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$              9,023.45        $        Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
**Last 4 digits of account number**     __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.95**

**Creditor's name**

INDUSTRIAL FLOORWORKS

**Creditor's mailing address**
2447 LONG BEACH ROAD
OCEANSIDE, NY 11572

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 9,074.99        $ Undetermined

---

**2.96**

**Creditor's name**

INDUSTRIAL U.S.A, INC

**Creditor's mailing address**
136 WALLABOUT STREET, SUITE 6A
BROOKLYN, NY 11249

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 4,246.13        $ Undetermined

---

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.97**

**Creditor's name**

INTEGRITY IRON INC.

**Creditor's mailing address**
56 SCHOOL ST UNIT B
GLEN COVE, NY 11542-2568

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,260.16      $ Undetermined

---

**2.98**

**Creditor's name**

J & S SUPPLY CORP

**Creditor's mailing address**
53-02 37TH STREET
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 18,340.00      $ Undetermined

---

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number (if known) | 17-13162 (SHL) |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

**2.99**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| J.F. LOMMA, INC. | Statutory Trust Funds | $ 33,019.00    $ Undetermined |

**Creditor's mailing address**
48 THIRD STREET
SOUTH KEARNY, NJ 07032

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**2.100**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| JM&A CONSTRUCTION CORP. | Statutory Trust Funds | $ 71,273.26    $ Undetermined |

**Creditor's mailing address**
222-32 93RD ROAD
QUEENS, NY 11428

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number (if known) 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.101**

**Creditor's name**

JOSEPH JERMANN

**Creditor's mailing address**
84-19 262 STREET
FLORAL PARK, NY 11001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ Undetermined

---

**2.102**

**Creditor's name**

KATCO ELECTRIC

**Creditor's mailing address**
44-15 BARNETT AVENUE
LONG ISLAND CITY, NY 11104

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 8,437.50    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.103**

**Creditor's name**

KERRY LEASING LLC

**Creditor's mailing address**
633 THIRD AVENUE
17TH FLOOR
NEW YORK, NY 10017

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$    298,520.25    $   Undetermined

---

**2.104**

**Creditor's name**

KG POWER SYSTEMS

**Creditor's mailing address**
150 LASER COURT
HAUPPAUGE, NY 11788

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$    33,264.56    $   Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.105**

**Creditor's name**

KINGS READY MIX, INC

**Creditor's mailing address**
10 POWERHOUSE RD
ROSLYN HEIGHTS, NY 11577-1311

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 28,676.59        $ Undetermined

---

**2.106**

**Creditor's name**

KONICA MINOLTA BUSINESS SOLUTIONS USA INC

**Creditor's mailing address**
10201 CENTURION PKWY N, STE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All office equipment, computers, security systems or other items leased to lessee

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined        $ Undetermined

---

Debtor   **Navillus Tile, Inc.**
Name                                                    Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.107** **Creditor's name**

KONICA MINOLTA PREMIER FINANCE

**Creditor's mailing address**
10201 CENTURION PKWY N, STE 100
JACKSONVILLE, FL 32256

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All equipment leased to lessee

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Undetermined     $ Undetermined

---

**2.108** **Creditor's name**

LEMODE PLUMBING & HEATING CORP

**Creditor's mailing address**
34-55 11ST
LONG ISLAND CITY, NY 11106

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 450,000.00     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.109**

**Creditor's name**

LES MATRICES CARRITEC INC.

**Creditor's mailing address**
575 BOULEVARD MORGAN
BAIE-D'URFE QB H9X 3T6

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 35,000.00    $ Undetermined

---

**2.110**

**Creditor's name**

LIBERTY MUTUAL INSURANCE COMPANY

**Creditor's mailing address**
2200 RENAISSANCE BLVD, STE 440
KING OF PRUSSIA, PA 19406-2755

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Article 3-A/Equitable Subrogation rights

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$ Undetermined    $ Undetermined

---

Debtor    **Navillus Tile, Inc.**
_____
Name

Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.111**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| LIBERTY PLUMBING, INC. | Statutory Trust Funds | $ 3,154.27 | $ Undetermined |

**Creditor's mailing address**
59-05 39TH AVENUE
WOODSIDE, NY 11377

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.112**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| LJB CONTRACTING INC | Statutory Trust Funds | $ 10,000.00 | $ Undetermined |

**Creditor's mailing address**
154 HAMBLETONIAN ROAD
CHESTER, NY 10918

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | | |
|---|---|---|---|---|
| | Name | | Case number *(if known)* | 17-13162 (SHL) |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.

---

**2.113**

**Creditor's name**

LUMBER BOYS

**Creditor's mailing address**
699 2ND AVE.
NEW YORK, NY 10016

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

$ 1,272.77    $ Undetermined

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.114**

**Creditor's name**

M&D FIREDOOR

**Creditor's mailing address**
BROOKLYN NAVY YARD, BLDG #500
63 FLUSHING AVE, UNIT 139
BROOKLYN, NY 11205

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

$ 2,304.14    $ Undetermined

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | | |
|---|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.115**

**Creditor's name**

MANHATTAN EQUIPMENT RENTAL

**Creditor's mailing address**
413 E. 119TH STREET
NEW YORK, NY 10035

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$    145,598.62       $    Undetermined

---

**2.116**

**Creditor's name**

MARJAM SUPPLY

**Creditor's mailing address**
885 CONKLIN STREET
FARMINGDALE, NY 11735

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$    61,100.85       $    Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.117**

**Creditor's name**

MASTER RIGGING LLC

**Creditor's mailing address**
628 RUSSET ROAD
VALLEY COTTAGE, NY 10989

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 2,000.00     $ Undetermined

---

**2.118**

**Creditor's name**

MECO ELECTRIC CO., INC.

**Creditor's mailing address**
56 WEST STREET
STATEN ISLAND, NY 10310

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 920,774.46     $ Undetermined

---

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.119** | **Creditor's name**

MESSINA ASPHALT CORP.

**Creditor's mailing address**
18-50 42ND STREET
ASTORIA, NY 11105

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 2,125.00   $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.120** | **Creditor's name**

METALWERKS

**Creditor's mailing address**
401 STEEL STREET
ALIQUIPPA, PA 15001

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 10,675.00   $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    Navillus Tile, Inc.
_____
Name

Case number *(if known)* 17-13162 (SHL)

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.

---

**2.121**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| METROCOM NYC | Statutory Trust Funds | $ 6,840.79 | $ Undetermined |

**Creditor's mailing address**
250 WEST 40TH STREET
4TH FLOOR
NEW YORK, NY 10018

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.122**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| MFS CONSULTING ENGINEERS | Statutory Trust Funds | $ 6,871.00 | $ Undetermined |

**Creditor's mailing address**
2780 HAMILTON BLVD.
SOUTH PLAINFIELD, NJ 07080

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.123** **Creditor's name**

MIDTOWN TERRAZZO

**Creditor's mailing address**
121 PATTERSON STREET
HILLSDALE, NJ 07642

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 58,324.11       $ Undetermined

---

**2.124** **Creditor's name**

MILLER DRUCK

**Creditor's mailing address**
264 WEST 40TH STREET
NEW YORK, NY 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,849.84       $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|--------|---------------------|---------------------------------------|
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---------|-----------------|--|--|--|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.125**

**Creditor's name**

MLB DOOR & HARDWARE

**Creditor's mailing address**
103-02 93RD STREET
OZONE PARK, NY 11417

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.


    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,941.24    $ Undetermined

---

**2.126**

**Creditor's name**

MORROW EQUIPMENT COMP LLC

**Creditor's mailing address**
P.O. BOX 3306
SALEM, OR 97302

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.


    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 295,625.37    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|--------|---------------------|------------------------------------------|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---------|-----------------|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.127**

**Creditor's name**

NEMO TILE CO., INC.

**Creditor's mailing address**
121 EAST 24TH STREET
2ND FLOOR
NEW YORK, NY 10010

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 70,149.09     $ Undetermined

---

**2.128**

**Creditor's name**

NEW YORK CONCRETE WASHOUT SYS

**Creditor's mailing address**
179 RYERSON AVENUE
PATERSON, NJ 07502

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,704.98     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.129**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| NEW YORK SAND & STONE LLC | Statutory Trust Funds | $ 4,112.81 | $ Undetermined |

**Creditor's mailing address**
5700 47TH ST
MASPETH, NY 11378-2103

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.130**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| NICO ASPHALT PAVING, INC | Statutory Trust Funds | $ 61,081.00 | $ Undetermined |

**Creditor's mailing address**
341 NASSAU AVENUE
BROOKLYN, NY 11222

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|--------|---------------------|--|--|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.131**

**Creditor's name**

NU-WAY HEATING & COOLING INC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 3,540.00     $ Undetermined

**Creditor's mailing address**
52-15 35TH STREET
LONG ISLAND CITY, NY 11101

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.132**

**Creditor's name**

NYCON SUPPLY CORP.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 18,113.53     $ Undetermined

**Creditor's mailing address**
P.O. BOX 419529
BOSTON, MA 02241

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
_____    Case number *(if known)* **17-13162 (SHL)**
Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.133**

**Creditor's name**

ONE STOP BLUEPRINTING
_____

**Creditor's mailing address**
80 MCGUINESS BLVD SOUTH
BROOKLYN, NY 11222

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$_____ 323.97    $___ Undetermined

---

**2.134**

**Creditor's name**

ORANGE FLOOD CONTROL
_____

**Creditor's mailing address**
48 BI-STATE PLAZA
SUITE 256
OLD TAPPAN, NJ 07675

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$_____ 314,522.97    $___ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
Name                                              Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | *Amount of claim* **Amount of claim** Do not deduct the value of collateral. | *Value of collateral* **Value of collateral that supports this claim** |

Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.

**2.135** Creditor's name

PACIFIC ELECTRICAL CONTRACTING

**Creditor's mailing address**
955 PACIFIC STREET
BROOKLYN, NY 11238

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ _____ 10,091.71      $ ___ Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.136** Creditor's name

PACKAGE PAVEMENT CO., INC.

**Creditor's mailing address**
P.O. BOX 408
STORMVILLE, NY 12582

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ _____ 101,813.99      $ ___ Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Navillus Tile, Inc.**
_____
Name

Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.137**

**Creditor's name**

PEERLESS COATINGS. LLC
_____

**Creditor's mailing address**
220A GOFFLE ROAD
HAWTHORNE, NJ 07506

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$_____1,800.00    $____Undetermined

---

**2.138**

**Creditor's name**

PERI FORMWORK SYSTEMS INC.
_____

**Creditor's mailing address**
62149 COLLECTION CENTER DRIVE
FORMWORK AND SHORING
CHICAGO, IL 60693-0621

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$_____233,251.79    $____Undetermined

---

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.

**2.139**

**Creditor's name**

PMC REBAR INC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 676,254.99    $ Undetermined

**Creditor's mailing address**
47 WOODCHUCK HOLLOW COURT
PORT JEFFERSON, NY 11777

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.140**

**Creditor's name**

POWER PAK CIVIL & SAFETY

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 8,219.82    $ Undetermined

**Creditor's mailing address**
225 NORTH ROUTE 303
UNIT 108
CONGERS, NY 10920

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|--------|---------------------|---------------------------------------|
|        | Name                |                                       |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.141**

**Creditor's name**

PR STONE CORP.

**Creditor's mailing address**
17 BEADEL STREET
BROOKLYN, NY 11222

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 613.91    $ Undetermined

---

**2.142**

**Creditor's name**

PRECISION CONCRETE PUMPING,INC

**Creditor's mailing address**
P.O. BOX 6970
ALBANY, NY 12206

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 83,503.98    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.

---

**2.143**

**Creditor's name**

PRIDE EQUIPMENT CORP.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 58,438.29      $  Undetermined

**Creditor's mailing address**
150 NASSAU AVENUE
ISLIP, NY 11751

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.144**

**Creditor's name**

PRO TILE DISTRIBUTORS, INC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 83,744.04      $  Undetermined

**Creditor's mailing address**
230 EAST 7TH STREET
MOUNT VERNON, NY 10550

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.145** **Creditor's name**

QUEENS BRICK & STONE, INC.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$              55,646.80          $          Undetermined

**Creditor's mailing address**
333 7TH AVENUE
5TH FLOOR
NEW YORK, NY 10001

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.146** **Creditor's name**

QUEST CONCRETE CORP

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$              10,683.97          $          Undetermined

**Creditor's mailing address**
3 VINCENT COURT
EAST NORPTHPORT, NY 11731

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.147**

**Creditor's name**

RAPID STEEL SUPPLY CORP.

**Creditor's mailing address**
49-63 30TH STREET
LONG ISLAND CITY, NY 11101

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 28,615.56    $ Undetermined

---

**2.148**

**Creditor's name**

RHODES ARCHITECTURAL STONE

**Creditor's mailing address**
106 NW 36TH ST
SEATTLE, WA 98107-4921

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 4,898.09    $ Undetermined

---

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.149**

**Creditor's name**

ROCA USA INC

**Creditor's mailing address**
11190 NW 25TH ST.
MIAMI, FL 33172

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
**Check all that apply.**
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 2,500.40     $ Undetermined

---

**2.150**

**Creditor's name**

SA MR. SAFETY NET

**Creditor's mailing address**
199 LEE AVE.
BROOKLYN, NY 11211

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
**Check all that apply.**
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 9,327.33     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.151**

**Creditor's name**

SIEFERT ASSOCIATES LLC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 9,947.25     $ Undetermined

**Creditor's mailing address**
180 CHURCH ST
NAUGATUCK, CT 06770

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.152**

**Creditor's name**

SIGNATURE BANK

**Describe debtor's property that is subject to a lien**

All other personal property and fixtures of the Debtor or in which the Debtor has an interest

$ Undetermined     $ Undetermined

**Creditor's mailing address**
565 FIFTH AVE
NEW YORK, NY 10017

**Describe the lien**
UCC Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.153**

**Creditor's name**

SIGNATURE BANK

**Creditor's mailing address**
565 FIFTH AVE
NEW YORK, NY 10017

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Shnell Multifunction Bar Wiser 22 N Multifeed & Shnell Dual Bender Robo Basic

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ ___ Undetermined    $ ___ Undetermined

---

**2.154**

**Creditor's name**

SM CELTIC SHEET METAL

**Creditor's mailing address**
100 BRENNER DRIVE
CONGERS, NY 10920

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ ___ 1,155.94    $ ___ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | 17-13162 (SHL) |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.155**

**Creditor's name**

SPECIALTY FLOORING SYSTEMS INC

**Creditor's mailing address**
603 WASHINGTON AVE # 4
SOUTH AMBOY, NJ 08879

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 2,450.00    $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.156**

**Creditor's name**

SSESCO, INCORPORATED

**Creditor's mailing address**
1441 WITHERSPOON ST
RAHWAY, NJ 07065-5512

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 624.48    $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Navillus Tile, Inc.** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | **17-13162 (SHL)** |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.157**

**Creditor's name**

ST CFS STEEL COMPANY

**Creditor's mailing address**
695 E 132ND ST
BRONX, NY 10454

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 1,250,072.55    $ Undetermined

---

**2.158**

**Creditor's name**

STANLEY SUPPLY & TOOL

**Creditor's mailing address**
PO BOX 997
FARMINGDALE, NY 11735

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 677.47    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.159**

**Creditor's name**

STEP UP SCAFFOLD

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 4,754.68        $ Undetermined

**Creditor's mailing address**
54-20 50TH STREET
MASPETH, NY 11378

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.160**

**Creditor's name**

STILLWELL SUPPLY CORP.

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 359,731.97        $ Undetermined

**Creditor's mailing address**
44-68 VERNON BLVD.
LONG ISLAND CITY, NY 11101

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.161**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| STONE CARE SERVICES INC. | Statutory Trust Funds | $ 57,720.00 | $ Undetermined |

**Creditor's mailing address**
806 CENTRAL AVE., SUITE 101
HIGHLAND PARK, IL 60035

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.162**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| STONE SOLUTIONS | Statutory Trust Funds | $ 42,720.70 | $ Undetermined |

**Creditor's mailing address**
904 RT 82, ST. 7
HOPEWELL JUNCTION, NY 12533

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor  **Navillus Tile, Inc.**
_____
Name                                                    Case number _(if known)_ **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.163**  **Creditor's name**

_STONEFIELD ENGINEERING & DESIG_

**Creditor's mailing address**
27-02 41ST AVE
LONG ISLAND CITY, NY 11101

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds                   $_____1,000.00    $____Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.164**  **Creditor's name**

_STRAND CONSULTING CORP._

**Creditor's mailing address**
380 TOWNLINE RD #140
HAUPPAUGE, NY 11788

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds                   $_____1,425.00    $____Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.165** **Creditor's name**

STRESSBAR SYSTEM INTER. LLC

**Creditor's mailing address**
670 BERGEN BLVD
RIDGEFIELD, NJ 07657-1448

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 192,480.31    $ Undetermined

---

**2.166** **Creditor's name**

STRUCTURAL PRESERVATION SYSTEM

**Creditor's mailing address**
35-21 VERNON BLVD.
LONG ISLAND CITY, NY 11106

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 1,000.00    $ Undetermined

---

Schedule D: Creditors Who Have Claims Secured by Property

| Debtor | Navillus Tile, Inc. | | | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.167**

**Creditor's name**

STRUCTURE COMPLIANCE GROUP LLC

**Creditor's mailing address**
36-27 36TH STREET
LONG ISLAND CITY, NY 11106

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$          141,908.25      $      Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.168**

**Creditor's name**

SUMMIT LAND SURVEYING

**Creditor's mailing address**
64 VIRGINIA AVENUE
DOBBS FERRY, NY 10522

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.


   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$            10,250.00      $      Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   Navillus Tile, Inc.
_____
        Name                                    Case number *(if known)* 17-13162 (SHL)

| **Part 1:** | **Additional Page** | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.169**

**Creditor's name**

SUNBELT RENTALS

**Creditor's mailing address**
P.O. BOX 409211
ATLANTA, GA 30384-9211

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 54,676.12          $ Undetermined

---

**2.170**

**Creditor's name**

SWING STAGING, INC.

**Creditor's mailing address**
PO BOX 1897
LONG ISLAND CITY, NY 11101-0897

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 69,729.90          $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.171**

**Creditor's name**

TANNER BOLT & NUT CORP.

**Creditor's mailing address**
714 MONTAUK AVENUE
BROOKLYN, NY 11208

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 10,900.97        $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.172**

**Creditor's name**

TAP ELECTRICAL CONTRACTING SER

**Creditor's mailing address**
926 LINCOLN AVE
STE A
HOLBROOK, NY 11741-2276

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

$ 3,737.18        $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number (if known) 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.173**

**Creditor's name**

TAREK M. ZEID, P.E.

**Creditor's mailing address**
38-39 BELL BLVD., STE. 350
BAYSIDE, NY 11361

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
**Check all that apply.**
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 3,750.00     $ Undetermined

---

**2.174**

**Creditor's name**

TEC CRETE TRANSIT-MIX CORP.

**Creditor's mailing address**
4673 METROPOLITAN AVE.
RIDGEWOOD, NY 11385

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
**Check all that apply.**
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 76,839.38     $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.175**

**Creditor's name**

TECTONIC ENG & SURV CONSULT

**Creditor's mailing address**
P.O. BOX 37
MOUNTAINVILLE, NY 10953

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 80,909.41    $ Undetermined

---

**2.176**

**Creditor's name**

THE NORTH CAROLINA GRANITE COR

**Creditor's mailing address**
P.O. BOX 151
MOUNT AIRY, NC 27030

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 38,593.21    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* 17-13162 (SHL) | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.177**

**Creditor's name**

THE SAFETY GROUP LTD.

**Creditor's mailing address**
11 HANOVER SQUARE
15TH FLOOR
NEW YORK, NY 10005

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 56,296.00    $ Undetermined

---

**2.178**

**Creditor's name**

TOMCON INDUSTRIES

**Creditor's mailing address**
525 NUBER AVENUE
MOUNT VERNON, NY 10550

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 9,145.50    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|--------|---------------------|------------------------------------------|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.179** **Creditor's name**

TRANSPORT EQUIPMENT SALES

**Creditor's mailing address**
286 CENTRAL AVE.
SOUTH KEARNEY, NJ 07032

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 32,026.61        $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.180** **Creditor's name**

TRIBORO CONTRACTORS SUPPLY

**Creditor's mailing address**
120 EDWARD HART DRIVE
JERSEY CITY, NJ 07305

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$ 8,892.65        $ Undetermined

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) | 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

**2.181** **Creditor's name**

TRIPLE H CONSTRUCTION INC.

**Creditor's mailing address**
832 BETHLYNN COURT
EAST MEADOW, NY 11554

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 610,542.43    $ Undetermined

---

**2.182** **Creditor's name**

ULMA FORM WORKS

**Creditor's mailing address**
16-00 ROUTE 208, SUITE LL4
FAIR LAWN, NJ 07410

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$ 8,688.22    $ Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
          Name                                                    Case number *(if known)* **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.183** **Creditor's name**

UNITED FENCE & GUARD RAIL CORP

**Creditor's mailing address**
19 ZORN BLVD
YAPHANK, NY 11980-2102

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$_____4,875.00    $____Undetermined

---

**2.184** **Creditor's name**

UNITED RENTALS

**Creditor's mailing address**
P.O. BOX 100711
ATLANTA, GA 30384-0711

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$_____7,738.39    $____Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor   **Navillus Tile, Inc.**
_____
Name

Case number _(if known)_ **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.185**  **Creditor's name**

UPTOWN ELECTRIC
_____

**Creditor's mailing address**
22 MARY AVENUE
RONKONKOMA, NY 11779

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.


　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$          277,020.00     $    Undetermined

---

**2.186**  **Creditor's name**

US ENVIR.CONSULTANT LAB, INC
_____

**Creditor's mailing address**




**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.


　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$             750.00     $    Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.187**

**Creditor's name**

VARSITY PLUMBING & HEATING INC

**Creditor's mailing address**
31-99 123RD STREET
FLUSHING, NY 11354

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$    675,075.78    $  Undetermined

---

**2.188**

**Creditor's name**

VERMONT STONE ART

**Creditor's mailing address**
206 HEGEMAN AVENUE
COLCHESTER, VT 05446

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

$    121,543.95    $  Undetermined

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor  **Navillus Tile, Inc.**
Name                                                    Case number *(if known)* **17-13162 (SHL)**

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.189**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|

VESTAR, INC.

Statutory Trust Funds

$      89,201.73      $      Undetermined

**Creditor's mailing address**
261 MAIN ST
LEDGEWOOD, NJ 07852-9610

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

---

**2.190**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|

VFS US LLC

2015 Hino 195 & 2016 Mack Tractor

$      Undetermined      $      Undetermined

**Creditor's mailing address**
PO BOX 26131
GREENSBORO, NC 27402

**Describe the lien**
UCC Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.191**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| VON ROHR EQUIPMENT CORP. | Statutory Trust Funds | $ 23,654.56 | $ Undetermined |

**Creditor's mailing address**
2 NEW MAIN STREET
EAST ORANGE, NJ 07019

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**2.192**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|
| WCD GROUP | Statutory Trust Funds | $ 3,100.00 | $ Undetermined |

**Creditor's mailing address**
23 ROUTE 31 NORTH
SUITE B26
PENNINGTON, NJ 08534

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.193** **Creditor's name**

WHITE CAP CONSTRUCTION SUPPLY

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$    249,875.31        $    Undetermined

**Creditor's mailing address**
1511 TONNELLE AVENUE
NORTH BERGEN, NJ 07047

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**2.194** **Creditor's name**

WILD WOMAN COMPANY INC

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

$    461.63        $    Undetermined

**Creditor's mailing address**
P.O. BOX 323
MILL NECK, NY 11765

**Describe the lien**
Article 3-A Claimant

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

---

**Schedule D: Creditors Who Have Claims Secured by Property**

Debtor    **Navillus Tile, Inc.**
Name                                                        Case number *(if known)* **17-13162 (SHL)**

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if morespace is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.195** | **Creditor's name**

WJE ENGINEERS&ARCHITECTS P.C.

**Creditor's mailing address**
1350 BROADWAY, # 910
NEW YORK, NY 10018

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Statutory Trust Funds

**Describe the lien**
Article 3-A Claimant

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

$ 13,863.18    $ Undetermined

---

**2.196** | **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

---

**Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | Navillus Tile, Inc. | | Case number (if known) 17-13162 (SHL) |
|---|---|---|---|
| | Name | | |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| BORGES & ASSOCIATES, LLC<br>ATTN WANDA BORGES, ESQ<br>575 UNDERHILL BLVD, STE 118<br>SYOSSET, NY 11791 | Line 2.11 | ___ ___ ___ ___ |
| TODD & LEVI, LLP<br>ATTN JILL LEVI, ESQ<br>444 MADISON AVENUE<br>SUITE 1202<br>NEW YORK, NY 10022 | Line 2.25 | ___ ___ ___ ___ |
| GIBBONS PC<br>ATTN BRETT S THEISEN<br>ONE PENNSYLVANIA PLAZA, 37TH FL.<br>NEW YORK, NY 10119-3701 | Line 2.62 | ___ ___ ___ ___ |
| JOSEPH J. FERRARA, ESQ.<br>120-05 31ST AVE<br>FLUSHING, NY 11354 | Line 2.72 | ___ ___ ___ ___ |
| TEITELBAUM LAW GROUP, LLC<br>ATTN JAY TEITELBAUM, ESQ.<br>1 BARKER AVENUE, THIRD FLOOR<br>WHITE PLAINS, NY 10601 | Line 2.144 | ___ ___ ___ ___ |
| WEINBERG, GROSS & PERGAMENT LLP<br>ATTN MARC A PERGAMENT<br>400 GARDEN CITY PLAZA, SUITE 403<br>GARDEN CITY, NY 11530 | Line 2.174 | ___ ___ ___ ___ |
| LAMONICA HERBST & MANISCALCO, LLP<br>ATTN JOSEPH S. MANISCALCO, ESQ.<br>3305 JERUSALEM AVENUE, SUITE 201<br>WANTAGH, NY 11793 | Line 2.187 | ___ ___ ___ ___ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Navillus Tile, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Southern District of New York</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>17-13162 (SHL)</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>BCA IND ADVANCE PGM<br>2500 MARCUS AVE<br>LAKE SUCCESS, NY 11042 | As of the petition filing date, the claim is: $ 503.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 503.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Union Claim | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )** | | |
| **2.2** | **Priority creditor's name and mailing address**<br>BRICKLAYER FRINGE BENEFIT FUND<br>66-05 WOODHAVEN BOULEVARD<br>REGO PARK, NY 11374 | As of the petition filing date, the claim is: $ 236,477.64<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 236,477.64 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Union Claim | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )** | | |
| **2.3** | **Priority creditor's name and mailing address**<br>BRICKLAYERS FRINGE BENEFIT FUND<br>66-05 WOODHAVEN BOULEVARD<br>REGO PARK, NY 11374 | As of the petition filing date, the claim is: $ 11,016.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 11,016.00 |
| | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Union Claim | |
| | **Last 4 digits of account number** __ __ __ __ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )** | | |

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

---

**2.4** Priority creditor's name and mailing address
BRICKLAYERS INT'L PENSION FUND
66-05 WOODHAVEN BOULEVARD
REGO PARK, NY 11374

$    29,973.50    $    29,973.50

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Union Claim
_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

**2.5** Priority creditor's name and mailing address
BRICKLAYERS INT'L PENSION FUND
66-05 WOODHAVEN BOULEVARD
REGO PARK, NY 11374

$    1,219.50    $    1,219.50

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Union Claim
_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

**2.6** Priority creditor's name and mailing address
BRICKLAYERS INT'L PENSION FUND
66-05 WOODHAVEN BOULEVARD
REGO PARK, NY 11374

$    1,152.00    $    1,152.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Union Claim
_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

**2.7** Priority creditor's name and mailing address
CEMENT & CONCRETE BENEFIT FUND
ATTN MICHAEL SALGO, TRUSTEE
3530 FRANCIS LEWIS BLVD
STE 201
FLUSHING, NY 11358-1959

$    441,897.37    $    441,897.37

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Union Claim
_____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  4  )

---

**Part 1.**    **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

---

**2.8**   **Priority creditor's name and mailing address**

CEMENT MASONS LOCAL 780
15050 14TH RD., #4
WHITESTONE, NY 11357

$ 126,964.32    $ 126,964.32

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

**2.9**   **Priority creditor's name and mailing address**

CEMENT MASONS LOCAL 780 FRINGE
15050 14TH RD., #4
WHITESTONE, NY 11357

$ 14,269.44    $ 14,269.44

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

**2.10**   **Priority creditor's name and mailing address**

DRYWALL TAPERS INSURANCE FUND
36-18 33RD ST, 2ND FL
LONG ISLAND CITY, NY 11106

$ 3,025.31    $ 3,025.31

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

**2.11**   **Priority creditor's name and mailing address**

EXCAVATORS LOCAL 731 BENEFITS
34-11 35TH STREET
ASTORIA, NY 11106

$ 13,658.61    $ 13,658.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (__4__)**

---

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim        Priority amount

---

**2.12 Priority creditor's name and mailing address**

EXCAVATORS UNION LOCAL 731
34-11 35TH STREET
ASTORIA, NY 11106

$                404.40    $                404.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.13 Priority creditor's name and mailing address**

INDUSTRY ADVANCE PROGRAM BCA
451 PARK AVENUE
NEW YORK, NY 10016

$             3,977.50    $             3,977.50

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.14 Priority creditor's name and mailing address**

IRON WORKERS LOCAL 40,361 & 41
451 PARK AVE S, 9TH FL
NEW YORK, NY 10016

$           31,478.23    $           31,478.23

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.15 Priority creditor's name and mailing address**

LOCAL 1010 LECET
136-25 37TH AVE.
FLUSHING, NY 11354

$                187.47    $                187.47

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.16**   Priority creditor's name and mailing address

LOCAL 282 ANNUITY FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

$ _____ 16,239.36    $ _____ 16,239.36

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.17**   Priority creditor's name and mailing address

LOCAL 282 BUILDING FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

$ _____ 201.20    $ _____ 201.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.18**   Priority creditor's name and mailing address

LOCAL 282 CHECK-OFF
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

$ _____ 1,961.70    $ _____ 1,961.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.19**   Priority creditor's name and mailing address

LOCAL 282 JOB TRAINING
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

$ _____ 150.90    $ _____ 150.90

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

| **Part 1.** | **Additional Page** |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2. 20** **Priority creditor's name and mailing address**

LOCAL 282 PENSION FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

$_____11,569.00     $_____11,569.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

**2. 21** **Priority creditor's name and mailing address**

LOCAL 282 WELFARE FUND
2500 MARCUS AVENUE
LAKE SUCCESS, NY 11042

$_____16,448.10     $_____16,448.10

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

**2. 22** **Priority creditor's name and mailing address**

LOCAL 7 CLEARING ACCOUNT
253 WEST 35TH STREET, 12TH FL
NEW YORK, NY 10001

$_____88,934.17     $_____88,934.17

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

**2. 23** **Priority creditor's name and mailing address**

MASON TENDERS DISTRICT COUNCIL
520 8TH AVE., #650
NEW YORK, NY 10018

$_____1,065,846.61     $_____1,065,846.61

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (___4___)

---

| Part 1. | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**          **Priority amount**

**2.24** Priority creditor's name and mailing address

N.E. DC of Plasterers & Cement
150-540 14TH RD, #4
WHITESTONE, NY 11357

$ 2,015.72     $ 2,015.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.25** Priority creditor's name and mailing address

N.E. DC of Plasterers & Cement
150-540 14TH RD, #4
WHITESTONE, NY 11357

$ 534.49     $ 534.49

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.26** Priority creditor's name and mailing address

NYDCC BENEFIT FUND
395 HUDSON ST, 9TH FLOOR
NEW YORK, NY 10014

$ 145,913.95     $ 145,913.95

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.27** Priority creditor's name and mailing address

OPCMIA LOCAL 262 GENERAL BEN
3233 LACONIA AVENUE
BRONX, NY 10469

$ 5,228.40     $ 5,228.40

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.28**   Priority creditor's name and mailing address

OPERATING ENGINEERS LOCAL 14
141-57 NORTH BLVD
FLUSHING, NY 11354

$    94,152.70    $    94,152.70

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
Union Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.29**   Priority creditor's name and mailing address

OPERATING ENGINEERS LOCAL 15
44-40 11TH STREET
LONG ISLAND CITY, NY 11101

$    38,171.74    $    38,171.74

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
Union Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.30**   Priority creditor's name and mailing address

P.I.I.A.F.
45-15 36TH ST
L.I.C., NY 11101

$    3,016.63    $    3,016.63

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
Union Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

---

**2.31**   Priority creditor's name and mailing address

PAVERS FUNDS BENEFIT ACCT
136-25 37TH AVE.
FLUSHING, NY 11354

$    5,640.87    $    5,640.87

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**   __ __ __ __

**Basis for the claim:**
Union Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2. 32  Priority creditor's name and mailing address**                                    $ _____ 31,712.76    $ _____ 31,712.76

POINTERS,CLEANER,CAULKER FUND
4 CT SQUARE W # 2
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Union Claim
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __4__ )

| Part 2: | List All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

633 3RD AVE PROPERTY OWNER LLC
633 3RD AVE, 17TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83,773.91

---

**3.2** | **Nonpriority creditor's name and mailing address**

AAA EXPERT SIGNS, LLC
3322 NORTHERN BLVD.
LONG ISLAND CITY, NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,459.71

---

**3.3** | **Nonpriority creditor's name and mailing address**

ACCORDANT COMPANY, LLC
365 SOUTH ST #100
MORRISTOWN, NJ 07960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,214.50

---

**3.4** | **Nonpriority creditor's name and mailing address**

AIDAN CORRIDAN LOOKCLOSERPROD.
4827 64TH ST
WOODSIDE, NY 11377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,100.00

---

**3.5** | **Nonpriority creditor's name and mailing address**

AIG NATIONAL INSURANCE CO
NATIONAL UNION FIRE INSURANCE CO.
BOX 35657
NEWARK, NJ 07193-5657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36,000.00

---

**3.6** | **Nonpriority creditor's name and mailing address**

ALLY
PO BOX 380901
BLOOMINGTON, MN 55438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #249256050006119253355273

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.7**   Nonpriority creditor's name and mailing address

ALYCIA BENJAMIN PEBBLES
C/O BERNARD H. BROOME, ESQ.
217 BROADWAY, SUITE 505
NEW YORK, NY 10007

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____ Unliquidated

---

**3.8**   Nonpriority creditor's name and mailing address

AMERICAN EXPRESS
PO BOX 981531
EL PASO, TX 79998-1531

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____ 3,378,499.40

---

**3.9**   Nonpriority creditor's name and mailing address

ANILA AND BLEDAR NDREU
C/O THE CAKANI LAW FIRM, P.C.
ATTN YLLI CAKANI, ESQ.
111 JOHN STREET, SUITE 1070
NEW YORK, NY 10038

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____ Unliquidated

---

**3.10**   Nonpriority creditor's name and mailing address

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, NY 60197-6463

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____ 1,641.68

---

**3.11**   Nonpriority creditor's name and mailing address

BARBARA J SALES
126 VANANGO CT
NEW KENSINGTON, PA 15068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____ 379,568.00

---

**3.12**   Nonpriority creditor's name and mailing address

BESTWAY CARTING, INC
49-60 ANNADALE LANE
LITTLE NECK, NY 11362

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____ 113,152.29

---

**Part 2:**    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.13**   Nonpriority creditor's name and mailing address

BRENDA BOYCE
C/O SACCO & FILLAS
ATTN LAMONT K. RODGERS, ESQ.
31-19 NEWTOWN AVENUE, 7TH FLOOR
ASTORIA, NY 11102

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Litigation Claim

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ _____ Unliquidated

---

**3.14**   Nonpriority creditor's name and mailing address

CARPENTERS FUNDS
C/O KENNEDY, JENNIK & MURRAY
ATTN THOMAS KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Judgment Claim

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ _____ 27,159,658.10

---

**3.15**   Nonpriority creditor's name and mailing address

CARPENTERS FUNDS
C/O KENNEDY, JENNIK & MURRAY
ATTN THOMAS KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Judgment Claim

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ _____ 815,424.20

---

**3.16**   Nonpriority creditor's name and mailing address

CEMENT WORKERS FUNDS
C/O KENNEDY JENNIK & MURRAY
ATTN THOMAS KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Judgment Claim

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ _____ 21,148,271.12

---

**3.17**   Nonpriority creditor's name and mailing address

CEMENT WORKERS FUNDS
C/O KENNEDY JENNIK & MURRAY
ATTN THOMAS KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Judgment Claim

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ _____ 778,138.74

---

**3.18**   Nonpriority creditor's name and mailing address

CENTURY WASTE SERVICES
623 DOWD AVE
ELIZABETH, NJ 07201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ _____ 13,683.37

---

**Part 2:**    Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.19**   Nonpriority creditor's name and mailing address

CESAR A. FELIX
C/O CELLINO & BARNES, P.C.
ATTN ALEX BOUGANIM, ESQ.
420 LEXINGTON AVENUE, SUITE 2140
NEW YORK, NY 10170

As of the petition filing date, the claim is:
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

Basis for the claim:
Litigation Claim

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ Unliquidated

---

**3.20**   Nonpriority creditor's name and mailing address

CITI HABITATS
COMPANY HEADQUARTERS
387 PARK AVENUE SOUTH, 4TH FLOOR
NEW YORK, NY 10016

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 1,900.00

---

**3.21**   Nonpriority creditor's name and mailing address

CITY MARSHAL RONALD MOSES
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 175.92

---

**3.22**   Nonpriority creditor's name and mailing address

CONSTRUCTION CLAIMS GROUP
240 CEDAR KNOLLS RD # 106
CEDAR KNOLLS, NJ 07927

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 62,943.28

---

**3.23**   Nonpriority creditor's name and mailing address

CONSTRUCTION RISK PARTNERS,LLC
1250 ROUTE 28, SUITE 201
BRANCHBURG, NJ 08876

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 1,633,791.00

---

**3.24**   Nonpriority creditor's name and mailing address

CONSTRUCTION SPECIALTIES, INC.
6696 ROUTE 405 HWY
MUNCY, PA 17756

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 2,052.29

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.25**   **Nonpriority creditor's name and mailing address**

CONTRACTORS COMPENSATION TRUST
C/O GLACIER BAY TPA LLC
P.O BOX 2070
LATHAM, NY 12110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 348,000.00

---

**3.26**   **Nonpriority creditor's name and mailing address**

CREATIVE MATERIALS CORPORATION
ONE WASHINGTON SQUARE
ALBANY, NY 12205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,629.79

---

**3.27**   **Nonpriority creditor's name and mailing address**

CROWLEY, BRIAN

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,300.00

---

**3.28**   **Nonpriority creditor's name and mailing address**

CUMMINS SALES AND SERVICE
890 ZEREGA AVENUE
BRONX, NY 10473

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 7,802.03

---

**3.29**   **Nonpriority creditor's name and mailing address**

DESIGNWEST USA LLC
1116 EDGEWATER AVENUE
RIDGEFIELD, NJ 07657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,688.75

---

**3.30**   **Nonpriority creditor's name and mailing address**

DIAL-A-BUG PEST CONTROL, INC.
548 CHERRY LANE
FLORAL PARK, NY 11001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 922.72

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.31** **Nonpriority creditor's name and mailing address**

EDISON, CON
COOPER STATION
P.O. BOX 138
NEW YORK, NY 10276-0138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,844.59

---

**3.32** **Nonpriority creditor's name and mailing address**

EFCG
18 EAST 48TH STREET, 18TH FL
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,500.00

---

**3.33** **Nonpriority creditor's name and mailing address**

EXTECH BUILDING MATERIALS
P.O. BOX 51069
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,145.09

---

**3.34** **Nonpriority creditor's name and mailing address**

FAITH CONSTRUCTION INC
16 STEWART STREET
BROOKLYN, NY 11207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,355.00

---

**3.35** **Nonpriority creditor's name and mailing address**

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA 15250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,075.88

---

**3.36** **Nonpriority creditor's name and mailing address**

FIROMAR, INC.
125-06 18TH AVE
COLLEGE POINT, NY 11356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 266,667.68

---

**Part 2:**    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: $ _____ Unknown |

**3.37** Nonpriority creditor's name and mailing address

FORD CREDIT CUSTOMER SERVICE CENTER
PO BOX 542000
OMAHA, NE 68154

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
Auto Pymt Claim Acct #54364385

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ Unknown

**3.38** Nonpriority creditor's name and mailing address

FORD CREDIT CUSTOMER SERVICE CENTER
PO BOX 542000
OMAHA, NE 68154

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
Auto Pymt Claim Acct #54364424

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ Unknown

**3.39** Nonpriority creditor's name and mailing address

FORD CREDIT CUSTOMER SERVICE CENTER
PO BOX 542000
OMAHA, NE 68154

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
Auto Pymt Claim Acct #54364450

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ Unknown

**3.40** Nonpriority creditor's name and mailing address

FORD CREDIT CUSTOMER SERVICE CENTER
PO BOX 542000
OMAHA, NE 68154

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim:
Auto Pymt Claim Acct #5470386

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ Unknown

**3.41** Nonpriority creditor's name and mailing address

GABRIELLI TRUCK SALES
153-20 SOUTH CONDUIT AVE
JAMAICA, NY 11434-4221

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 81.60

**3.42** Nonpriority creditor's name and mailing address

GC WAREHOUSE
515 S. 4TH AVE
MOUNT VERNON, NY 10550

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ _____ 5,318.66

**Part 2:**  **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.43** | **Nonpriority creditor's name and mailing address**

GOLDBERG & CONNOLLY
66 NORTH VILLAGE AVE
ROCKVILLE CENTER
NEW YORK, NY 11570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
 General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5,960.25

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**3.44** | **Nonpriority creditor's name and mailing address**

GOLDBERG SEGALLA
ATTN: MICHAEL RUBIN, ESQ.
665 MAIN ST
BUFFALO, NY 14203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11,618.65

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**3.45** | **Nonpriority creditor's name and mailing address**

GREAVES, ST. FORT, AND GIBBS
C/O EVANS D.P. & ASSOCIATES, P.C.
ATTN EVANS D. PRIESTON, ESQ.
2419 WESTCHESTER AVENUE
BRONX, NY 10461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
 Litigation Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unliquidated

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**3.46** | **Nonpriority creditor's name and mailing address**

HALLETTS BUILDING 4 SPE LLC
1 BRYANT PARK, 49TH FLOOR
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,703.96

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**3.47** | **Nonpriority creditor's name and mailing address**

HALLETTS BUILDING 5 SPE LLC
1 BRYANT PARK, 49TH FLOOR
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,856.91

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**3.48** | **Nonpriority creditor's name and mailing address**

IRIS SHORIN
C/O JOHN C. DIGIOVANNA
20 PONDVIEW
PO BOX 639
ST. JAMES, NY 11780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
 Litigation Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unliquidated

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.49**  **Nonpriority creditor's name and mailing address**

ITIMPACT
5759 W. HENDERSON
CHICAGO, IL 60634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

$ 4,650.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50**  **Nonpriority creditor's name and mailing address**

J-BAR REINFORCEMENT, INC.
46 EDGEMERE AVENUE
GREENWOOD LAKE, NY 10925

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

$ 456,147.25

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51**  **Nonpriority creditor's name and mailing address**

JOES PEST CONTROL
1007 CARROLL STREET
BROOKLYN, NY 11225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

$ 150.00

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52**  **Nonpriority creditor's name and mailing address**

JORGE RINCON
C/O ZAREMBA BROWN PLLC
ATTN JOHN D. ZAREMBA
40 WALL STREET, 52ND FLOOR
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation Claim

$ Unliquidated

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.53**  **Nonpriority creditor's name and mailing address**

KAREN CASH
C/O CURAN & AHLERS, L.L.P
ATTN WILLIAM F. COSTELLO
14 MAMARONECK AVENUE
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation Claim

$ Unliquidated

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.54**  **Nonpriority creditor's name and mailing address**

LOCAL 282 FUNDS
C/O TRIVELLA & FORTE LLP
ATTN ARTHUR J. MULLER, III, ESQ.
1311 MAMARONECK AVENUE, STE. 170
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Judgment Claim

$ 281,228.55

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.55**    **Nonpriority creditor's name and mailing address**

LOCAL 282 FUNDS
C/O TRIVELLA & FORTE LLP
ATTN ARTHUR J. MULLER, III, ESQ.
1311 MAMARONECK AVENUE, STE. 170
WHITE PLAINS, NY 10605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Judgment Claim

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

$    1,603,783.61

---

**3.56**    **Nonpriority creditor's name and mailing address**

LOCAL 46 FUNDS
C/O KENNEDY, JENNIK & MURRAY
ATTN THOMAS KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Judgment Claim

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

$    805,683.18

---

**3.57**    **Nonpriority creditor's name and mailing address**

LOCAL 46 FUNDS
C/O KENNEDY, JENNIK & MURRAY
ATTN THOMAS KENNEDY, ESQ.
113 UNIVERSITY PLACE
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Judgment Claim

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

$    19,677,386.83

---

**3.58**    **Nonpriority creditor's name and mailing address**

LOCAL 780 FUNDS
C/O KENNEDY, JENNIK & MURRAY
ATTN THOMAS M KENNEDY, ESQ
113 UNIVERSITY PLACE
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Judgment Claim

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

$    3,803,981.39

---

**3.59**    **Nonpriority creditor's name and mailing address**

LOCAL 780 FUNDS
C/O KENNEDY, JENNIK & MURRAY
ATTN THOMAS M KENNEDY, ESQ
113 UNIVERSITY PLACE
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Judgment Claim

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

$    149,177.60

---

**3.60**    **Nonpriority creditor's name and mailing address**

LUIGI CAPPELLINO
C/O SACKS AND SACKS LLP
ATTN KENNETH SACKS, ESQ.
150 BROADWAY, 4TH FLOOR
NEW YORK, NY 10038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation Claim

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

$    Unliquidated

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.61 Nonpriority creditor's name and mailing address

MAJOR FIRE CONTROL
PO BOX 770914
WOODSIDE, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$ 1,747.88

---

### 3.62 Nonpriority creditor's name and mailing address

MANHATTAN DODGE
678 11TH AVE
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Auto Pymt Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$ Unknown

---

### 3.63 Nonpriority creditor's name and mailing address

MCGIVNEY, MICHAEL
1923 LINDEN STREET
RIDGEWOOD, NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$ 5,000.00

---

### 3.64 Nonpriority creditor's name and mailing address

MENDRICH CONSTRUCTION SERVICES
7521 6TH AVENUE
BROOKLYN, NY 11209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$ 14,583.33

---

### 3.65 Nonpriority creditor's name and mailing address

MERCEDES-BENZ FINANCIAL
P.O. BOX 685
ROANOKE, TX 76262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$ 2,290.00

---

### 3.66 Nonpriority creditor's name and mailing address

MTA
C/O FABINI, COHEN & HALL LLP
ATTN BRYAN TIGGS, ESQ.
570 LEXINGTON AVE, # 4
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

$ Unliquidated

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.67**   **Nonpriority creditor's name and mailing address**

N.Y.S. LECET
33-11 35TH AVENUE
ASTORIA, NY 11106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33.70

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.68**   **Nonpriority creditor's name and mailing address**

NASIR MEHMOOD
C/O JONATHON SILVER, ESQ.
80-02 KEW GARDENS ROAD, SUITE 316
KEW GARDENS, NY 11415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unliquidated

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.69**   **Nonpriority creditor's name and mailing address**

NATIONAL GENERAL
PO BOX 3199
WINSTON SALEM, NC 27102-3199

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Policy #2004809828

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35,831.96

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.70**   **Nonpriority creditor's name and mailing address**

NATIONAL GRID
1 METRO TECH CENTER #1
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33,513.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.71**   **Nonpriority creditor's name and mailing address**

NISSAN LIFT OF NEW YORK
603 CHESTNUT ST
GARDEN CITY, NY 11530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,306.50

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.72**   **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472230320001

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.73**  **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472234010001

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$_____ Unknown

---

**3.74**  **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472234820001

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$_____ Unknown

---

**3.75**  **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472229010001

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$_____ Unknown

---

**3.76**  **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472233040001

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$_____ Unknown

---

**3.77**  **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472238220001

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$_____ Unknown

---

**3.78**  **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #00102472233420001

**Is the claim subject to offset?**
☒ No
☐ Yes

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

$_____ Unknown

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.79** | **Nonpriority creditor's name and mailing address**

NISSAN MOTOR ACCEPTANCE CORPORATION
INFINITI FINANCIAL SERVICES
PO BOX 660695
DALLAS, TX 75266-0695

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
  Auto Pymt Claim Acct #00102472232070001

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unknown

---

**3.80** | **Nonpriority creditor's name and mailing address**

NU-TECH PRODUCTS
135 OSER AVE
STE 1
HAUPPAUGE, NY 11788-3761

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
  General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 2,574.60

---

**3.81** | **Nonpriority creditor's name and mailing address**

NYC DEPARTMENT OF BUILDINGS
280 BROADWAY, 6TH FL
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
  General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 35.00

---

**3.82** | **Nonpriority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
PO BOX 3615
CHURCH STREET STATION
NEW YORK, NY 10008

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
  Auto Pymt Claim Case No: 007764599

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 17,522.13

---

**3.83** | **Nonpriority creditor's name and mailing address**

NYC WATER BOARD
59-17 JUNCTION BLVD.
FLUSHING, NY 11373

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
  General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ 975.00

---

**3.84** | **Nonpriority creditor's name and mailing address**

NYCHA
C/O LESTER SCHWAB KATZ & DWYER, LLP
ATTN THOMAS A. CATALANO, ESQ.
100 WALL STREET
NEW YORK, NY 10005

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
  Litigation Claim

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$_____ Unliquidated

---

Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**    **Additional Page**

| | **Amount of claim** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

---

**3.85**   **Nonpriority creditor's name and mailing address**

ON CENTER SOFTWARE, INC.
8708 TECHNOLOGY FOREST PLACE, STE 175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

$                   5,443.76

**Date or dates debt was incurred**            _____
**Last 4 digits of account number**            __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86**   **Nonpriority creditor's name and mailing address**

PAYLESS SIGNS NY, LLC
6117 169TH STREET
3RD FLOOR
FRESH MEADOWS, NY 11365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

$                   9,157.00

**Date or dates debt was incurred**            _____
**Last 4 digits of account number**            __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.87**   **Nonpriority creditor's name and mailing address**

PECKAR & ABRAMSON
70 GRAND AVENUE
RIVER EDGE, NJ 07661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

$                  11,512.50

**Date or dates debt was incurred**            _____
**Last 4 digits of account number**            __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88**   **Nonpriority creditor's name and mailing address**

POTAMKIN CADILLAC BUICK CHEVRON
706 11TH AVENUE
NEW YORK, NY 10019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
 Auto Pymt Claim VIN #: 1GYS4BKJ7HR113895

$                 103,939.20

**Date or dates debt was incurred**            _____
**Last 4 digits of account number**            __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.89**   **Nonpriority creditor's name and mailing address**

RCN
PO BOX 11816
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

$                     107.90

**Date or dates debt was incurred**            _____
**Last 4 digits of account number**            __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.90**   **Nonpriority creditor's name and mailing address**

REGENCY RECYCLING CORP.
248-10 BROOKVILLE BLVD
ROSEDALE, NY 11422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
 General Trade Payable

$                  29,040.26

**Date or dates debt was incurred**            _____
**Last 4 digits of account number**            __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.91 Nonpriority creditor's name and mailing address**

RJS PROMO GROUP LTD
80 SKYLINE DRIVE
PLAINVIEW, NY 11803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,369.46

---

**3.92 Nonpriority creditor's name and mailing address**

RUNAWAY TIRE SERVICE
41-15 19TH. AVENUE
ASTORIA, NY 11105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 777.64

---

**3.93 Nonpriority creditor's name and mailing address**

SAFEWAY SERVICES, INC.
3131 123RD
FLUSHING, NY 11354

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,400.00

---

**3.94 Nonpriority creditor's name and mailing address**

SCHANKER AND HOCHBERG, P.C
27 WEST NECK ROAD
P.O. BOX 1905
HUNTINGTON, NY 11743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,125.00

---

**3.95 Nonpriority creditor's name and mailing address**

SDGNY
33-26 NORTHERN BLVD
L.I.C., NY 11101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 160.00

---

**3.96 Nonpriority creditor's name and mailing address**

SEE THAT GIRL'S CLEANING
162 NAVY WALK, 6C
BROOKLYN, NY 11201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,260.00

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**   **Nonpriority creditor's name and mailing address**

SPECTRUM BUSINESS
400 ATLANTIC ST
STAMFORD, CT 06901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,683.16

---

**3.98**   **Nonpriority creditor's name and mailing address**

SPEEDO CORP
1958 HAIGHT AVE
BRONX, NY 10461

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$                2,616.95

---

**3.99**   **Nonpriority creditor's name and mailing address**

SPRINT
6391 SPRINT PARKWAY
OVERLAND PARK, KS 66251-4300

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,266.68

---

**3.100**   **Nonpriority creditor's name and mailing address**

SR CRANDALL INC.
26 DOMINICA DR.
ENGLEWOOD, FL 34223

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,525.00

---

**3.101**   **Nonpriority creditor's name and mailing address**

STAPLES
5812 QUEENS BLVD
STE 2
WOODSIDE, NY 11377-7766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$                1,283.84

---

**3.102**   **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS ADVANTAGE
PO BOX 415256
BOSTON, MA 00241-5256

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

$                3,388.65

---

**Part 2:** | **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.103** | **Nonpriority creditor's name and mailing address**

STATE FARM INSURANCE
248-26 JERICHO TURNPIKE
FLORAL PARK, NY 11001-4002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 254.59

---

**3.104** | **Nonpriority creditor's name and mailing address**

STRATEGIC RESPONSE SYSTEMS
2020 CAMINO DEL RIO N STE 505
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,770.00

---

**3.105** | **Nonpriority creditor's name and mailing address**

TGI OFFICE AUTO
120 3RD STREET
BROOKLYN, NY 11231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,638.59

---

**3.106** | **Nonpriority creditor's name and mailing address**

THE MARINO ORGANIZATION INC.
747 THIRD AVENUE, 18TH FLOOR
NEW YORK, NY 10017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
General Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,500.00

---

**3.107** | **Nonpriority creditor's name and mailing address**

TRANSWORLD SYSTEMS INC
5626 FRANTZ ROAD
DUBLIN, OH 43107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #66276992

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,727.00

---

**3.108** | **Nonpriority creditor's name and mailing address**

TRANSWORLD SYSTEMS INC
5626 FRANTZ ROAD
DUBLIN, OH 43107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Auto Pymt Claim Acct #65202811

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,727.00

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.109** Nonpriority creditor's name and mailing address

TRI STATE SHEARING & BENDING, INC.

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Litigation Claim

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ Unliquidated

---

**3.110** Nonpriority creditor's name and mailing address

US BANK NA

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 994.30

---

**3.111** Nonpriority creditor's name and mailing address

VERIZON
PO BOX 4003
ACWORTH, GA 30101

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 7,330.08

---

**3.112** Nonpriority creditor's name and mailing address

WEEKS LERMAN
58-38 PAGE PLACE
MASPETH, NY 11378

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 5,236.82

---

**3.113** Nonpriority creditor's name and mailing address

WORLDWIDE EXPRESS
267 5TH AVE BSMT 1
NEW YORK, NY 10016

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
General Trade Payable

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____ 77.40

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | PECKAR & ABRAMSON PC<br>ATTN HOWARD ROSEN<br>41 MADISON AVENUE. 20TH FLOOR<br>NEW YORK, NY 10010 | Line _3.87_<br><br>☐ Not listed. Explain _____<br>_____ | ___ ___ ___ ___ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $                                    2,443,942.59 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $                                    83,467,833.36 |
| 5c. **Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c | 5c. | $                                    85,911,775.95 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Navillus Tile, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>Southern District of New York</strong></td></tr>
<tr><td>Case number (If known):</td><td><strong>17-13162 (SHL)</strong>          Chapter <strong>11</strong></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement (A0004)<br>Nature of Debtor's Interest: Employer | 4 CEMENT & CONCRETE WORKERS OF NYC, L6A, 18A, L20<br>30-56 WHITESTONE EXPY<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Office Space Lease (A0031)<br>Nature of Debtor's Interest: Lessee | 633 3RD AVENUE PROPERTY OWNER LLC<br>633 3RD AVE 17TH FL<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | General Construction re: Smith House (00161)<br>Nature of Debtor's Interest: Contractor | AALCO TRANSPORT & STORAGE INC<br>55 ENGINEERS LANE<br>SUITE 4<br>FARMINGDALE, NY 11735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract re: Astoria Houses (00126)<br>Nature of Debtor's Interest: Contractor | AALCO TRANSPORT & STORAGE INC<br>55 ENGINEERS LANE<br>SUITE 4<br>FARMINGDALE, NY 11735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Construction Material Storage (00150)<br>Nature of Debtor's Interest: Contractor | AALCO TRANSPORT & STORAGE, INC<br>55 ENGINEERS LANE<br>SUITE #4<br>FARMINGDALE, NY 11735 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **Navillus Tile, Inc.**                          Case number (*if known*) **17-13162 (SHL)**
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement re: Installation Of Emergency Generators And HSCIP (00151) Nature of Debtor's Interest: Contractor | ACS SYSTEM ASSOCIATES, INC. 160 WEST LINCOLN AVENUE MOUNT VERNON, NY 10550 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | General Construction re: Smith House (00162) Nature of Debtor's Interest: Contractor | ACS SYSTEMS ASSOCIATES, INC 160 WEST LINCOLN AVE MOUNT VERNON, NY 10550 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | General Construction Contract re: Astoria Houses (00127) Nature of Debtor's Interest: Contractor | ACS SYSTEMS ASSOCIATES, INC 160 WEST LINCOLN AVE MOUNT VERNON, NY 10550 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Policy Premium Finance Agreement (A0034) Nature of Debtor's Interest: Purchaser | AFCO CREDIT CORPORATION 14 WALL STREET, STE. 8A-19 NEW YORK, NY 10005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #21 (00135) Nature of Debtor's Interest: Contractor | AIR MASTERS, INC 1935 RICHMOND TERRACE STATEN ISLAND, NY 10302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #33 (00141) Nature of Debtor's Interest: Contractor | AIR MASTERS, INC 1935 RICHMOND TERRACE STATEN ISLAND, NY 10302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #22 (00138) Nature of Debtor's Interest: Contractor | AIR MASTERS, INC 1935 RICHMOND TERRACE STATEN ISLAND, NY 10302 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest
Utility Contract (A0035)
Nature of Debtor's Interest: Purchaser

State the term remaining

List the contract number of any government contract

AT&T
208 SOUTH AKARD STREET
DALLAS, TX 75202

**2.14**
State what the contract or lease is for and the nature of the debtor's interest
Purchase Agreement re: Rebar and Wire Mesh (00294)
Nature of Debtor's Interest: Purchaser

State the term remaining

List the contract number of any government contract

BARKER STEEL LLC
1700 RIVERSIDE DR
BETHLEHEM, PA 18015

**2.15**
State what the contract or lease is for and the nature of the debtor's interest
Construction Materials Agreement re: Concrete Reinforcing Steel Institute (00288)
Nature of Debtor's Interest: Purchaser

State the term remaining

List the contract number of any government contract

BARKER STEEL LLC
1700 RIVERSIDE DR
BETHLEHEM, PA 18015

**2.16**
State what the contract or lease is for and the nature of the debtor's interest
Project Labor Agreement for Manhattan West Properties (A0129)
Nature of Debtor's Interest: Contractor

State the term remaining

List the contract number of any government contract

BOP NE LLC C/O BROOKFIELD FINANCIAL PROP. ET AL

**2.17**
State what the contract or lease is for and the nature of the debtor's interest
Collective Bargaining Agreement (A0001)
Nature of Debtor's Interest: Employer

State the term remaining

List the contract number of any government contract

BRICKLAYERS AND ALLIED CRAFTWORKERS, L1
4 CT SQUARE W #1
LONG ISLAND CITY, NY 11101

**2.18**
State what the contract or lease is for and the nature of the debtor's interest
Trade Contract re: 33 Whitehall (00201)
Nature of Debtor's Interest: Subcontractor

State the term remaining

List the contract number of any government contract

BROAD FINANCIAL CENTER, LLC
ATTN: ALEX STAWSKI/ANTHONY LEICHTER
565 FIFTH AVE
NEW YORK, NY 10036

**2.19**
State what the contract or lease is for and the nature of the debtor's interest
Subcontractor Agreement for Construction Work (00143)
Nature of Debtor's Interest: Contractor

State the term remaining

List the contract number of any government contract

BROWNIE COMPANIES OF LONG ISLAND LLC.
38 CHAPEL AVENUE
PATCHOGUE, NY 11772

Debtor   **Navillus Tile, Inc.**                                      Case number *(if known)* **17-13162 (SHL)**
_____Name_____

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest — Multiemployer Collective Bargaining Agreement (A0036) Nature of Debtor's Interest: Employer<br>State the term remaining<br>List the contract number of any government contract | BUILDING AND CONSTRUCTION TRADES COUNCIL 71 W 23RD ST, STE 501-03 NEW YORK, NY 10010 |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest — Negotiation and administration of CBAs (A0119) Nature of Debtor's Interest: Purchaser<br>State the term remaining<br>List the contract number of any government contract | BUILDING CONTRACTORS ASSOCIATION 451 PARK AVENUE SOUTH NEW YORK, NY 10016 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest — Service Contract re: Waste Removal (00145) Nature of Debtor's Interest: Purchaser<br>State the term remaining<br>List the contract number of any government contract | CARDELLA TRUCKING CO., INC |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest — Purchase Agreement re: Redimix Concrete (00295) Nature of Debtor's Interest: Purchaser<br>State the term remaining<br>List the contract number of any government contract | CASA REDIMIX CONCRETE 886 EDGEWATER RD BRONX, NY 10474 |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest — Subcontract Agreement (00183) Nature of Debtor's Interest: Subcontractor<br>State the term remaining<br>List the contract number of any government contract | CAULDWELL WINGATE COMPANY, LLC 380 LEXINGTON AVENUE NEW YORK, NY 10168 |
| **2.25** State what the contract or lease is for and the nature of the debtor's interest — Collective Bargaining Agreement (A0005) Nature of Debtor's Interest: Employer<br>State the term remaining<br>List the contract number of any government contract | CEMENT AND CONCRETE WORKES OF NYC, 18A 4235 KATONAH AVE BRONX, NY 10470 |
| **2.26** State what the contract or lease is for and the nature of the debtor's interest — Collective Bargaining Agreement (A0006) Nature of Debtor's Interest: Employer<br>State the term remaining<br>List the contract number of any government contract | CEMENT AND CONCRETE WORKES OF NYC, L20 3636 33RD ST #302 QUEENS, NY 11106 |

Debtor   **Navillus Tile, Inc.**                                   Case number *(if known)* **17-13162 (SHL)**
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Collective Bargaining Agreement (A0007) <br> Nature of Debtor's Interest: Employer | CEMENT MASONS, L780 <br> 15050 14TH RD #4 <br> WHITESTONE, NY 11357 |
| **2.28** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Concrete Steel Mesh Agreement (00146) <br> Nature of Debtor's Interest: Purchaser | CFS STEEL <br> PO BOX 7777 <br> PHILADELPHIA, PA 19175-0341 |
| **2.29** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Concrete Work at 701 7th Ave (A0038) <br> Nature of Debtor's Interest: Subcontractor | CNY CONSTRUCTION 701 LLC <br> 214 WEST 39TH STREET, STE. 804 <br> NEW YORK, NY 10018 |
| **2.30** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Electrical Services Contract (A0039) <br> Nature of Debtor's Interest: Purchaser | CON EDISON <br> COOPER STATION <br> P.O. BOX 138 <br> NEW YORK, NY 10276-0138 |
| **2.31** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | Brokerage Agreement (A0040) <br> Nature of Debtor's Interest: Insured | CONSTRUCTION RISK PARTNERS <br> 252 W 37TH ST, STE 200E <br> NEW YORK, NY 10018 |
| **2.32** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #22 (00139) <br> Nature of Debtor's Interest: Contractor | CORNERSTONE CARPENTRY LIMITED <br> 15 WESTMORELAND DRIVE <br> YONKERS, NY 10704 |
| **2.33** | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br> **List the contract number of any government contract** | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #21 (00136) <br> Nature of Debtor's Interest: Contractor | CORNERSTONE CARPENTRY LIMITED <br> 15 WESTMORELAND DRIVE <br> YONKERS, NY 10704 |

Debtor    **Navillus Tile, Inc.**
Name    Case number *(if known)* **17-13162 (SHL)**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.34** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement for Construction Work (00144)<br>Nature of Debtor's Interest: Contractor | CORNERSTONE CARPENTRY LIMITED INC.<br>15 WESTMORELAND DRIVE<br>YONKERS, NY 10704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.35** | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement for TADANO GR150-XL crane (A0114)<br>Nature of Debtor's Interest: Lessee | CRANES, INC.<br>53-20 44TH ST<br>MASPETH, NY 11378 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.36** | State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease (A0041)<br>Nature of Debtor's Interest: Lessee | DE LAGE FINANCIAL SERVICES, INC.<br>1111 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.37** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement re: acquisition of De-Watering Permit (00283)<br>Nature of Debtor's Interest: Contractor | DESIGN 2147 LIMITED<br>52 DIAMOND ST<br>BROOKLYN, NY 11222 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.38** | State what the contract or lease is for and the nature of the debtor's interest | Pest Control Service Agreement (00284)<br>Nature of Debtor's Interest: Purchaser | DIAL A BUG PEST CONTROL<br>548 CHERRY LN<br>FLORAL PARK, NY 11001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.39** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract re: Astoria Houses (00128)<br>Nature of Debtor's Interest: Contractor | DIMITRI ENTERPRISES, INC<br>151 21ST STREET<br>BROOKLYN, NY 11232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.40** | State what the contract or lease is for and the nature of the debtor's interest | General Construction re: Smith House (00163)<br>Nature of Debtor's Interest: Contractor | DIMITRI ENTERPRISES, INC<br>151 21ST STREET<br>BROOKLYN, NY 11232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**
_____
Name

Case number *(if known)* **17-13162 (SHL)**

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.41** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement re: Roofing Replacement And Exterior Restoration Work (00156)<br>Nature of Debtor's Interest: Contractor | DIMITRI ENTERPRISES, INC.<br>135 58TH STREET<br>BROOKLYN, NY 10017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.42** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement re: Installation Of Emergency Generators And HSCIP (00152)<br>Nature of Debtor's Interest: Contractor | DIMITRI ENTERPRISES, INC.<br>151 21ST STREET<br>BROOKLYN, NY 11232 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.43** | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement re: Crane Equipment (00293)<br>Nature of Debtor's Interest: Lessee | DOKA USA LTD.<br>214 GATES RD<br>LITTLE FERRY, NJ 07643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.44** | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement re: Crane Equipment (00280)<br>Nature of Debtor's Interest: Lessee | DOKA USA LTD.<br>208 GATES RD<br>LITTLE FERRY, NJ 07643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.45** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement for Doka Table Lifting System (A0115)<br>Nature of Debtor's Interest: Purchaser | DOKA USA, LTD<br>208 GATES RD<br>LITTLE FERRY, NJ 07643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.46** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement re: Crane Equipment (00147)<br>Nature of Debtor's Interest: Purchaser | DOKA USA, LTD.<br>208 GATES ROAD<br>LITTLE FERRY, NJ 07643 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.47** | **State what the contract or lease is for and the nature of the debtor's interest** | General Construction Contract re: Astoria Houses (00129)<br>Nature of Debtor's Interest: Contractor | E. FITZGERALD ELECTRIC CO. INC.<br>633 3RD AVE<br>17TH FLOOR<br>SUITE 1729<br>NEW YORK, NY 10017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor __Navillus Tile, Inc.__
Name

Case number (if known) __17-13162 (SHL)__

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| **2.48** State what the contract or lease is for and the nature of the debtor's interest / State the term remaining / List the contract number of any government contract | Subcontract Agreement (00197) Nature of Debtor's Interest: Subcontractor | E.E. CRUZ AND TULLY CONSTRUCTYION CO., A JOINT VENTURE, LLC 32 AVENUE OF THE AMERICAS 13 TH FLOOR NEW YORK, NY 10013 |
| **2.49** | Subcontractor Agreement for Temporary Fencing Work (00142) Nature of Debtor's Interest: Contractor | EAGLE FENCE CORP. 66 BROADWAY STATEN ISLAND, NY 10310 |
| **2.50** | General Construction re: Smith House (00164) Nature of Debtor's Interest: Contractor | ETS CONTRACTING INC 160 CLAY STREET BROOKLYN, NY 11222 |
| **2.51** | Yard Lease (A0043) Nature of Debtor's Interest: Sublessee | FAMITECH, INC. 15 WEST 46TH STREET NEW YORK, NY 10036 |
| **2.52** | Concrete Distribution and Pricing Agreement (00296) Nature of Debtor's Interest: Purchaser | FERRARA BROS P.O. BOX 541489, 120-05 31ST AVE FLUSHING, NY 11354-2516 |
| **2.53** | Purchase Agreement re: Concrete (00148) Nature of Debtor's Interest: Purchaser | FERRERA BROS PO BOX 419248 BOSTON, MA 02241-9248 |
| **2.54** | Consulting Agreement (A0112) Nature of Debtor's Interest: Purchaser | FIROMAR, INC. 337 KNOLLWOOD AVE DOUGLASTON, NY 11363 |

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | Ceramic/Glass Tile Subcontract re: Grand Central Terminal (00133) Nature of Debtor's Interest: Subcontractor | GCT CONSTRUCTORS JV 150 MEADOWLANDS PARKWAY 2ND FLOOR SECAUCUS, NJ 7094-1589 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | Construction Access Contract re: Grand Central Terminal Concourse and Facilities (00118) Nature of Debtor's Interest: Subcontractor | GCT CONSTRUCTORS JV 150 MEADOWLANDS PARKWAY THIRD FLOOR SECAUCUS, NJ 07094-1589 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | Pre-construction Survey Agreement (00282) Nature of Debtor's Interest: Contractor | GEO INSTRUMENTS: A DIVISION OF GETEC 24 CELESTIAL DR NARRAGANSETT, RI 02882 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract re: NY Presbyterian Hospital (00171) Nature of Debtor's Interest: Subcontractor | GILBANE BUIDING COMPANY 88 PINE STREET 27TH FLOOR NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | Construction Work at 55 Hudson Yards (A0044) Nature of Debtor's Interest: Subcontractor | GILBANE BUILDING COMPANY 88 PINE STREET, 27TH FLOOR NEW YORK, NY 10005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | Yard Lease (A0046) Nature of Debtor's Interest: Lessee | HALLETTS BUILDING 4 SPE LLC C/O ROYAL REALTY CORP. ONE BRYANT PARK NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | Yard Lease (A0045) Nature of Debtor's Interest: Lessee | HALLETTS BUILDING 5 SPE LLC C/O ROYAL REALTY CORP. ONE BRYANT PARK NEW YORK, NY 10036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Navillus Tile, Inc. | Case number *(if known)* 17-13162 (SHL) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement (00190)<br>Nature of Debtor's Interest: Subcontractor | HUNTERS ROBERT CONSTRUCTION GROUP, LLC<br>ATTN TIMOTHY DILLON, DIRECTOR OF PURCHASING/VP |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement (00175)<br>Nature of Debtor's Interest: Subcontractor | HUNTERS ROBERT CONSTRUCTION GROUP, LLC<br>ATTN KEVIN BARRETT (EVP) |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract re: PS56 (X) Addition Project (00194)<br>Nature of Debtor's Interest: Subcontractor | IANNELLI CONSTRUCTION CO., INC<br>9723 3 RD AVENUE<br>BROOKLYN, NY 11209 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement (A0008)<br>Nature of Debtor's Interest: Employer | INTERNATIONAL UNION OF OPERATING ENGINEERS, L14<br>141-57 NORTHERN BLVD<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.66** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement re: Hurricane Sandy Residential Community Recovery Package #33 (00351)<br>Nature of Debtor's Interest: Contractor | JAMCOB ELECTRIC LLC<br>1476 ST PETERS ST<br>BRONX, NY 10461 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.67** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement (A0116)<br>Nature of Debtor's Interest: Purchaser | JBAR<br>46 EDGEMERE AVE<br>GREENWOOD LAKE, NY 10925 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.68** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re:NYCTA contract No C-26512 (00196)<br>Nature of Debtor's Interest: Subcontractor | JOHN P.PICONE, INC<br>31 GARDEN LANE<br>PO BOX 9013<br>LAWRENCE, NY 11559 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**                                        Case number *(if known)* **17-13162 (SHL)**

Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.69** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Construction Agreement (00168)<br>Nature of Debtor's Interest: Subcontractor | JOHN P.PICONE, INC<br>31 GARDEN LANE<br>PO BOX 9013<br>LAWRENCE, NY 11559 |
| **2.70** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Construction Agreement re: Concrete Masonry (00227)<br>Nature of Debtor's Interest: Subcontractor | JRM CONSTRUCTION MANAGEMENT<br>242 WEST 36TH ST, 9TH FL<br>NEW YORK, NY 10018 |
| **2.71** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Master Subcontractor Agreement (00179)<br>Nature of Debtor's Interest: Subcontractor | JRM CONSTRUCTION MANAGEMENT, LLC<br>242 WEST 36 TH STREET, 9 TH FI<br>NEW YORK, NY 10018 |
| **2.72** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Standard Subcontract (00182)<br>Nature of Debtor's Interest: Subcontractor | JUDLAU CONTRACTING, INC<br>25-15 ULMER STREET<br>COLLEGE POINT, NY 11354 |
| **2.73** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Liquidating Agreement (00276)<br>Nature of Debtor's Interest: Subcontractor | JUDLAU CONTRACTING, INC. |
| **2.74** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Subcontractor Agreement re: Hurricane Sandy Residential Community Recovery Package #33 (00360)<br>Nature of Debtor's Interest: Contractor | JVN RESTORATION, INC.<br>47 FOSTER RD<br>STATEN ISLAND, NY 10309 |
| **2.75** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Subcontractor Agreement re: Hurricane Sandy Residential Community Recovery Package #22 (00357)<br>Nature of Debtor's Interest: Contractor | JVN RESTORATION, INC.<br>47 FOSTER RD<br>STATEN ISLAND, NY 10309 |

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.76** | **State what the contract or lease is for and the nature of the debtor's interest** | JVN RESTORATION, INC. |
| | Subcontractor Agreement re: Hurricane Sandy Residential Community Recovery Package #21 (00353) Nature of Debtor's Interest: Contractor | 47 FOSTER RD STATEN ISLAND, NY 10309 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.77** | **State what the contract or lease is for and the nature of the debtor's interest** | KERRY LEASING, LLC |
| | Equipment Rental Agreement (A0111) Nature of Debtor's Interest: Lessor | 633 3RD AVE, 17TH FL NEW YORK, NY 10017 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.78** | **State what the contract or lease is for and the nature of the debtor's interest** | KG POWER SYSTEMS |
| | Subcontractor Agreement (A0113) Nature of Debtor's Interest: Contractor | 150 LASER CT HAUPPAUGE, NY 11788 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.79** | **State what the contract or lease is for and the nature of the debtor's interest** | KONICA MINOLTA BUSINESS SOLUTIONS |
| | Copier Lease (A0052) Nature of Debtor's Interest: Lessee | 10201 CENTURION PARKWAY N., STE. 100 JACKSONVILLE, FL 32256 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.80** | **State what the contract or lease is for and the nature of the debtor's interest** | KONICA MINOLTA PREMIER FINANCE |
| | Copier Lease (A0053) Nature of Debtor's Interest: Lessee | 10201 CENTURION PARKWAY NORTH, STE. 100 JACKSONVILLE, FL 32256 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.81** | **State what the contract or lease is for and the nature of the debtor's interest** | LEND LEASE (US) CONSTRUCTION LMB INC |
| | Project Labor Agreement for 250 East 57th St (A0131) Nature of Debtor's Interest: Contractor | 200 PARK AVE NEW YORK, NY 10166 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.82** | **State what the contract or lease is for and the nature of the debtor's interest** | LEND LEASE (US) CONSTRUCTION LMB INC, ET AL |
| | Project Labor Agreement for Columbia Academic Mixed-Used Development (A0127) Nature of Debtor's Interest: Contractor | 200 PARK AVE NEW YORK, NY 10166 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor    **Navillus Tile, Inc.**                              Case number *(if known)* **17-13162 (SHL)**
          _____
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.83** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement with Lend Lease (00193) Nature of Debtor's Interest: Subcontractor | LEND LEASE (US) CONSTRUCTION LMB, INC 200 PARK AVENUE NEW YORK, NY 10166 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | Renovation of IS 323 (A0054) Nature of Debtor's Interest: Purchaser | LEON DEMATTEIS CONSTRUCTION CORP. 820 ELMONT ROAD ELMONT, NY 11003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | General Indemnity Agreement (A0055) Nature of Debtor's Interest: Insured | LIBERTY MUTUAL INSURANCE COMPANY 2200 RENAISSANCE BLVD., SUITE 400 KING OF PRUSSIA, PA 19406-2755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | Bonds for Multiple Construction Contracts (A00086) Nature of Debtor's Interest: Purchaser | LIBERTY MUTUAL INSURANCE COMPANY 2200 RENAISSANCE BLVD, SUITE 400 KING OF PRUSSIA, PA 19406-2755 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement (A0013) Nature of Debtor's Interest: Employer | LIUNA CONSTRUCTION & GENERAL BLDG LABORERS, L79 520 EIGHTH AVE #679 NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | Automotive Lease (A0056) Nature of Debtor's Interest: Lessee | MANHATTAN JEEP CHRYSLER DODGE, INC. 678 11TH AVENUE NEW YORK, NY 10019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement for Belt (A0117) Nature of Debtor's Interest: Lessee | MANHATTAN TOOL REPAIR, INC. 22-09 41ST AVE LONG ISLAND CITY, NY 11011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**                                      Case number *(if known)* **17-13162 (SHL)**
          _____
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.90** | State what the contract or lease is for and the nature of the debtor's interest | Sublease Agreement (A0120)<br>Nature of Debtor's Interest: Lessee | MANHATTAN TOOL REPAIR, INC.<br>22-09 41ST AVE<br>L.I.C., NY 11101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.91** | State what the contract or lease is for and the nature of the debtor's interest | Umbrella ($2M x P) Policy # MKLM1EUL100066 (A0024)<br>Nature of Debtor's Interest: Insured | MARKEL AMERICAN INSURANCE COMPANY<br>4521 HIGHWOODS PARKWAY<br>GLEN ALLEN, VA 23060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.92** | State what the contract or lease is for and the nature of the debtor's interest | Automotive Lease (A0058)<br>Nature of Debtor's Interest: Lessee | MASERATI OF MANHATTAN<br>1 YORK ST<br>NEW YORK, NY 10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.93** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement re: Facade Stonework at WTC Streets (00169)<br>Nature of Debtor's Interest: Subcontractor | MASTERPIERTO-FRADE, LLC<br>ATTN ATTORNEYS FOR OLIVEIRA CONTRACTING, INC<br>THE CHANCERY<br>190 WILLIS AVENUE<br>MINEOLA, NY 11501 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.94** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Installation Of Emergency Generators And HSCIP (00153)<br>Nature of Debtor's Interest: Contractor | MECO ELECTRIC, CO., INC.<br>56 WEST STREET<br>STATEN ISLAND, NY 10310 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.95** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement re: Rebar (00297)<br>Nature of Debtor's Interest: Purchaser | MEN OF STEEL ENTERPRISES LLC<br>555 STATE RD<br>SUITE 101<br>BENSALEM, PA 19020 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.96** | State what the contract or lease is for and the nature of the debtor's interest | Automotive Lease (A0059)<br>Nature of Debtor's Interest: Lessee | MERCEDES BENZ OF BROOKLYN<br>1800 SHORE PARKWAY<br>BROOKLYN, NY 11214 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**                                                    Case number *(if known)* **17-13162 (SHL)**
                Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.97** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Collective Bargaining Agreement (A0014)<br>Nature of Debtor's Interest: Employer | METALLIC LATHERS AND REINFORCING IRONWORKERS, L46<br>1322 3RD AVE<br>NEW YORK, NY 10021 |
| **2.98** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Professional Surveying Services Agreement re: Redfern Houses project in Queens, New York (00279)<br>Nature of Debtor's Interest: Purchaser | MFS CONSULTING ENGINEERS AND SURVEYOR, DPC<br>31 W. 34TH ST<br>SUITE 7071<br>NEW YORK, NY 10001 |
| **2.99** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Commercial Vehicle Policy (A0118)<br>Nature of Debtor's Interest: Insured | NATIONAL GENERAL INSURANCE<br>PO BOX 3199<br>WINSTON SALEM, NC 27102 |
| **2.100** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Project Labor Agreement for Multiple Locations (A0128)<br>Nature of Debtor's Interest: Contractor | NEW YORK CITY HOUSING AUTHORITY<br>250 BROADWAY<br>NEW YORK, NY 10007 |
| **2.101** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Construction Agreement for Multiple Locations (00173)<br>Nature of Debtor's Interest: Contractor | NEW YORK CITY HOUSING AUTHORITY<br>250 BROADWAY<br>NEW YORK, NY 10007 |
| **2.102** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Project Labor Agreement for Fiscal years 2015-2019 (A0133)<br>Nature of Debtor's Interest: Contractor | NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY |
| **2.103** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Collective Bargaining Agreement (A0003)<br>Nature of Debtor's Interest: Employer | NYC DISTRICT COUNCIL OF CARPENTERS, L157 AND 1156<br>395 HUDSON ST #9<br>NEW YORK, NY 10014 |

| Debtor | **Navillus Tile, Inc.** | Case number *(if known)* **17-13162 (SHL)** |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Warranty Liability (A0063)<br>Nature of Debtor's Interest: Insured | O'SULLIVAN INSURANCE GROUP LLC<br>C/O JLT TOWNER MANAGEMENT (USA) LLC<br>148 COLLEGE STREET, SUITE 204<br>BURLINGTON, VT 05401 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Liquidated Damages Liability (A0125)<br>Nature of Debtor's Interest: Insured | O'SULLIVAN INSURANCE GROUP LLC<br>C/O JLT TOWNER MANAGEMENT (USA) LLC<br>148 COLLEGE STREET, SUITE 204<br>BURLINGTON, VT 05401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Rework Liability, Liquidated Damages Liability (A0124)<br>Nature of Debtor's Interest: Insured | O'SULLIVAN INSURANCE GROUP LLC<br>C/O JLT TOWNER MANAGEMENT (USA) LLC<br>148 COLLEGE STREET, SUITE 204<br>BURLINGTON, VT 05401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Professional Liability/Pollution Deductible Reimbursement (A0123)<br>Nature of Debtor's Interest: Insured | O'SULLIVAN INSURANCE GROUP LLC<br>C/O JLT TOWNER MANAGEMENT (USA) LLC<br>148 COLLEGE STREET, SUITE 204<br>BURLINGTON, VT 05401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Workers Compensation Starr Deductible Reimbursement (A0122)<br>Nature of Debtor's Interest: Insured | O'SULLIVAN INSURANCE GROUP LLC<br>C/O JLT TOWNER MANAGEMENT (USA) LLC<br>148 COLLEGE STREET, SUITE 204<br>BURLINGTON, VT 05401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | General Liability Starr Deductible Reimbursement (A0121)<br>Nature of Debtor's Interest: Insured | O'SULLIVAN INSURANCE GROUP LLC<br>C/O JLT TOWNER MANAGEMENT (USA) LLC<br>148 COLLEGE STREET, SUITE 204<br>BURLINGTON, VT 05401 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement re: Facade Stonework at WTC Streets (00169)<br>Nature of Debtor's Interest: Subcontractor | OLIVEIRA CONTRACTING, INC<br>ATTN ATTORNEYS FOR OLIVIEIRA CONTRACTING, INC<br>15 ALBERTSON AVENUE<br>ALBERTSON, NY 11507 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**

Name

Case number *(if known)* **17-13162 (SHL)**

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement (A0009) Nature of Debtor's Interest: Employer | OPERATING ENGINEERS AND SURVEYORS, L15, 15D 138 44-40 11TH ST LONG ISLAND CITY, NY 11101 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | License Agreement for Access to myPERI (00292) Nature of Debtor's Interest: Purchaser | PERI FORMWORK SYSTEMS 355 MURRAY HILL PKWY SUITE 204 EAST RUTHERFORD, NJ 07073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | Rental Agreement re: ACS 400 Platform (00289) Nature of Debtor's Interest: Lessee | PERI FORMWORK SYSTEMS 355 MURRAY HILL PKWY SUITE 204 EAST RUTHERFORD, NJ 07073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | Collective Bargaining Agreement (A0015) Nature of Debtor's Interest: Employer | PLASTERERS, L1 AND L262 3233 LACONIA AVE BRONX, NY 10469 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | Project Labor Agreement for 41 East 22nd Street (A0130) Nature of Debtor's Interest: Contractor | PLAZA CONSTRUCTION CORP 1065 AVENUE OF THE AMERICAS NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Target Express - T3236 Freeport (00208) Nature of Debtor's Interest: Subcontractor | PLAZA CONSTRUCTION LLC ATTN RICHARD WOOD 1065 AVENUE OF THE AMERICAS 7TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Target Express - T3236 Freeport (00207) Nature of Debtor's Interest: Subcontractor | PLAZA CONSTRUCTION LLC ATTN RICHARD WOOD 1065 AVENUE OF THE AMERICAS 7TH FLOOR NEW YORK, NY 10018 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  **Navillus Tile, Inc.**                                       Case number *(if known)* **17-13162 (SHL)**
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.118** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement (00205)<br>Nature of Debtor's Interest: Subcontractor | PLAZA CONSTRUCTION LLC<br>1065 AVENUE OF THE AMERICAS<br>7TH FLOOR<br>NEW YORK, NY 10018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.119** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract Agreement (A0066)<br>Nature of Debtor's Interest: Subcontractor | POSILLICO CIVIL, INC.<br>1750 NEW HIGHWAY<br>FARMINGDALE, NY 11735 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.120** | **State what the contract or lease is for and the nature of the debtor's interest** | Trailer Pump and Placing Boom Rental Agreement (00286)<br>Nature of Debtor's Interest: Purchaser | PRECISION CONCRETE PUMPING INC.<br>1 PROSPECT AVE<br>ALBANY, NY 12206 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.121** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Management Agreement re: One WTC - 2016 CM on-call services (00198)<br>Nature of Debtor's Interest: Contractor | ROYAL 1 WTC MANAGEMENT, LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.122** | **State what the contract or lease is for and the nature of the debtor's interest** | General Indemnity Agreement (A0068)<br>Nature of Debtor's Interest: Insured | SAFECO INSURANCE CORPORATION<br>P.O. BOX 34526<br>SEATTLE, WA 98124-1526 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.123** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction work at PS K280 Educational Campus (A0069)<br>Nature of Debtor's Interest: Contractor | SCHOOL CONSTRUCTION AUTHORITY<br>3030 THOMSON AVE<br>LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.124** | **State what the contract or lease is for and the nature of the debtor's interest** | Automotive Lease (A0071)<br>Nature of Debtor's Interest: Lessee | SILVER STAR MOTORS<br>36-11 NORTHERN BLVD.<br>LONG ISLAND CITY, NY 11101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **Navillus Tile, Inc.** _____   Case number *(if known)* **17-13162 (SHL)**
      Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.125** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subcontract Agreement (00199)<br>Nature of Debtor's Interest: Subcontractor | SKANSKA USA BUILDING INC<br>350 5 TH AVENUE<br>32 TH FLOOR<br>NEW YORK, NY 10118 |
| **2.126** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Subcontract Agreement (00184)<br>Nature of Debtor's Interest: Subcontractor | SKANSKA USA BUILDING INC<br>EMPIRE STATE BUILDING<br>575 FIFTH AVENUE<br>29 TH FLOOR<br>NEW YORK, NY 10017 |
| **2.127** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Construction Agreement re: Carpentry for Project Dream (00269)<br>Nature of Debtor's Interest: Subcontractor | SKANSKA USA BUILDING INC.<br>350 FIFTH AVE, 32ND FLOOR<br>NEW YORK, NY 10118 |
| **2.128** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Service Provider Agreement (00203)<br>Nature of Debtor's Interest: Purchaser | SKANSKA USA CIVIL NORTHEAST INC<br>75-20 ASTORIA BOULEVARD,<br>SUITE 200<br>EAST ELMHURST, NY 11370 |
| **2.129** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Utility Contract (A0072)<br>Nature of Debtor's Interest: Purchaser | SPECTRUM BUSINESS<br>400 ATLANTIC ST<br>STAMFORD, CT 06901 |
| **2.130** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | General Liability Policy #1000025504171 (A0021)<br>Nature of Debtor's Interest: Insured | STARR INDEMNITY AND LIABILITY CO.<br>399 PARK AVE, 8TH FL<br>NEW YORK, NY 10022 |
| **2.131** | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Workers' Compensation Policy # 100 0002201 (NY &NJ) (A0023)<br>Nature of Debtor's Interest: Insured | STARR INDEMNITY AND LIABILITY CO.<br>399 PARK AVE, 8TH FL<br>NEW YORK, NY 10022 |

Debtor    **Navillus Tile, Inc.**                                     Case number *(if known)* **17-13162 (SHL)**
_____
Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.132** | State what the contract or lease is for and the nature of the debtor's interest | Automobile Policy # SISPCA08372917 (A0022) Nature of Debtor's Interest: Insured | STARR INDEMNITY AND LIABILITY CO. 399 PARK AVE, 8TH FL NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.133** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Concrete Masonry (00228) Nature of Debtor's Interest: Subcontractor | STEADFAST DEVELOPMENT AND CONSTRUCTION LLC 315 EAST 91ST ST, 5TH FL NEW YORK, NY 10128 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.134** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement re: Couplers (00149) Nature of Debtor's Interest: Purchaser | STRESSBAR SYETEMS INTERNATIONAL, LLC 670 BERGEN BOULEVARD RIDGEFIELD, NJ 7657 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.135** | State what the contract or lease is for and the nature of the debtor's interest | Construction Safety Services (00053) Nature of Debtor's Interest: Purchaser | STRUCTURE COMPLIANCE GROUP LLC 36-37 26TH STREET LONG ISLAND CITY, NY 11106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.136** | State what the contract or lease is for and the nature of the debtor's interest | Safety Compliance Services Agreement (00160) Nature of Debtor's Interest: Purchaser | STRUCTURE COMPLIANCE GROUP, LLC 36-27 36TH STREET LONG ISLAND CITY, NY 11106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.137** | State what the contract or lease is for and the nature of the debtor's interest | Construction Safety Services (00290) Nature of Debtor's Interest: Purchaser | STRUCTURE COMPLIANCE GROUP, LLC. 36-27 36TH STREET LONG ISLAND CITY, NY 11106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.138** | State what the contract or lease is for and the nature of the debtor's interest | Construction Safety Services (00285) Nature of Debtor's Interest: Purchaser | STRUCTURE COMPLIANCE GROUP, LLC. 36-27 36TH STREET LONG ISLAND CITY, NY 11106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**
_____    Case number _(if known)_ **17-13162 (SHL)**
Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.139** | **State what the contract or lease is for and the nature of the debtor's interest** | Subcontract re: Time Warner Headquarters (00170) <br> Nature of Debtor's Interest: Subcontractor | STRUCTURE TONE, LLC. <br> 330 WEST 34TH STREET <br> NEW YORK, NY 10001 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |
| **2.140** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement (00204) <br> Nature of Debtor's Interest: Contractor | STV CONSTRUCTION, INC <br> ATTN GUS MAIMIS, SR VP, PRINCIPAL EXECUTIVE <br> 225 PARK AVENUE SOUTH <br> NEW YORK, NY 10003 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |
| **2.141** | **State what the contract or lease is for and the nature of the debtor's interest** | Collective Bargaining Agreement (A0019) <br> Nature of Debtor's Interest: Employer | TEAMSTERS, L282 <br> 2500 MARCUS AVE <br> NEW HYDE PARK, NY 11042 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |
| **2.142** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re: Purchase and Delivery of Supplies (00291) <br> Nature of Debtor's Interest: Purchaser | TEC CRETE TRANSIT MIX CORP. <br> 46-73 METROPOLITAN AVENUE <br> RIDGEWOOD, NY 11385 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |
| **2.143** | **State what the contract or lease is for and the nature of the debtor's interest** | Concrete Asbuilt Survey Agreement re: One Vanderbilt (00287) <br> Nature of Debtor's Interest: Purchaser | TECTONIC ENGINEERING & SURVEYING CONSULTANTS, P.C. <br> 70 PLEASANT HILL RD <br> P.O. BOX 37 <br> MOUNTAINVILLE, NY 10953 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |
| **2.144** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement re: 74 Trinity Place (00209) <br> Nature of Debtor's Interest: Subcontractor | THE LAQUILA GROUP, INC <br> 1590 TROY AVENUE <br> BROOKLYN, NY 11234 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |
| **2.145** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Supply Agreement re: Astoria Houses (00277) <br> Nature of Debtor's Interest: Contractor | THE SAFETY GROUP LTD. <br> 11 HANOVER SQ <br> 15TH FLOOR <br> NEW YORK, NY 10005 |
| | **State the term remaining** <br> **List the contract number of any government contract** | | |

Debtor    **Navillus Tile, Inc.**                                        Case number (*if known*) **17-13162 (SHL)**

_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.146** | State what the contract or lease is for and the nature of the debtor's interest | Westlaw Subscription (00021)<br>Nature of Debtor's Interest: Purchaser | THOMSON REUTERS<br>610 OPPERMAN DR<br>PO BOX 64833<br>EAGAN, MN 55123-1803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.147** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: NYU LMC Ambulatory Care Center (00257)<br>Nature of Debtor's Interest: Subcontractor | TISHMAN CONSTRUCTION CORP<br>100 PARK AVE<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.148** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: residential homes in Queens NY (00211)<br>Nature of Debtor's Interest: Subcontractor | TISHMAN CONSTRUCTION CORP OF NEW YORK<br>100 PARK AVE<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.149** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement re: Riverside South Building K1 (00176)<br>Nature of Debtor's Interest: Subcontractor | TISHMAN CONSTRUCTION CORP OF NEW YORK<br>ATTN CONSTRUCTION COUNSEL<br>GREENBERG, TRAGER & HERBST, LLP<br>767 THIRD AVENUE,<br>12TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.150** | State what the contract or lease is for and the nature of the debtor's interest | Architect/Engineering Contract re: One Vanderbilt Ave (00123)<br>Nature of Debtor's Interest: Subcontractor | TISHMAN CONSTRUCTION CORP. OF NEW YORK<br>100 PARK AVE<br>5TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.151** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract re: Hurricane Sandy Residential Community Recovery in the Borough of Queens, NY (00122)<br>Nature of Debtor's Interest: Subcontractor | TISHMAN CONSTRUCTION CORP. OF NEW YORK<br>100 PARK AVE<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.152** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract re: Hurricane Sandy Residential Community Recovery in the Borough of Queens, NY (00121)<br>Nature of Debtor's Interest: Subcontractor | TISHMAN CONSTRUCTION CORP. OF NEW YORK<br>100 PARK AVE<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Navillus Tile, Inc. | Case number (if known) 17-13162 (SHL) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases. | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.153** | **State what the contract or lease is for and the nature of the debtor's interest** | TISHMAN CONSTRUCTION CORP. OF NEW YORK |
| | General Construction Contract re: Hurricane Sandy Residential Community Recovery in the Borough of Queens, NY (00120) Nature of Debtor's Interest: Subcontractor | 100 PARK AVE NEW YORK, NY 10017 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.154** | **State what the contract or lease is for and the nature of the debtor's interest** | TISHMAN CONSTRUCTION CORPORATION OF NEW YORK ET AL |
| | Project Labor Agreement for One Vanderbilt (A0132) Nature of Debtor's Interest: Contractor | 100 PARK AVE NEW YORK, NY 10017 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.155** | **State what the contract or lease is for and the nature of the debtor's interest** | TISHMAN CONSTRUCTION CORPORATION OF NEW YORK ET AL |
| | Project Labor Agreement for Hurricane Sandy Community Recovery (A0126) Nature of Debtor's Interest: Contractor | 100 PARK AVE NEW YORK, NY 10017 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.156** | **State what the contract or lease is for and the nature of the debtor's interest** | TISHMAN-TURNER JOINT VENTURE |
| | Subcontract Agreement (A0077) Nature of Debtor's Interest: Subcontractor | 111 BROADWAY, 4TH FLOOR NEW YORK, NY 10005 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.157** | **State what the contract or lease is for and the nature of the debtor's interest** | TRIPLE H CONSTRUCTION |
| | General Construction re: Smith House (00165) Nature of Debtor's Interest: Contractor | 832 BETHLYNN COURT EAST MEADOW, NY 11554 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.158** | **State what the contract or lease is for and the nature of the debtor's interest** | TRIPLE H CONSTRUCTION |
| | General Construction Contract re: Astoria Houses (00130) Nature of Debtor's Interest: Contractor | 832 BETHLYNN COURT EAST MEADOW, NY 11554 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.159** | **State what the contract or lease is for and the nature of the debtor's interest** | TRIPLE H CONSTRUCTION, INC. |
| | Construction Agreement re: Installation Of Emergency Generators And HSCIP (00154) Nature of Debtor's Interest: Contractor | 832 BETHLYNN COURT EAST MEADOW, NY 11554 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor   **Navillus Tile, Inc.**                                                    Case number *(if known)* **17-13162 (SHL)**
_____
         Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Concrete Slab and broom finish (00248)<br>Nature of Debtor's Interest: Subcontractor | TURNER CONSTRUCTION COMPANY<br>375 HUDSON ST, 6TH FL<br>NEW YORK, NY 10004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement re: Sca PS 398 (Queens) (00195)<br>Nature of Debtor's Interest: Subcontractor | TURNER CONSTRUCTION COMPANY<br>375 HUDSON ST, 6TH FL<br>NEW YORK, NY 10004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement (00186)<br>Nature of Debtor's Interest: Subcontractor | TURNER CONSTRUCTION COMPANY<br>375 HUDSON ST, 6TH FL<br>NEW YORK, NY 10004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | Subcontract Agreement (00181)<br>Nature of Debtor's Interest: Subcontractor | TURNER CONSTRUCTION COMPANY<br>375 HUDSON ST, 6TH FL<br>NEW YORK, NY 10004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | Managed Safety System Service Agreement (00054)<br>Nature of Debtor's Interest: Purchaser | U.S. COMPLIANCE SYSTEMS<br>789 NORTON DR<br>PO BOX 116<br>TALLMADGE, OH 44278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | General Construction re: Smith House (00166)<br>Nature of Debtor's Interest: Contractor | UPTOWN ELECTRIC, INC<br>22 MARY AVE<br>RONKONKOMA, NY 11779 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract (00124)<br>Nature of Debtor's Interest: Contractor | US DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    **Navillus Tile, Inc.**                                    Case number *(if known)* **17-13162 (SHL)**
_____
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.167** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Roofing Replacement And Exterior Restoration Work (00157)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING & HEATING, INC.<br>31-99 123 STREET<br>FLUSHING, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.168** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement re: Installation Of Emergency Generators And HSCIP (00155)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING & HEATING, INC.<br>31-99 123 STREET<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.169** | State what the contract or lease is for and the nature of the debtor's interest | Subcontractor Agreement re: Hurricane Sandy Residential Community Recovery Package #21 (00352)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING AND HEATING INC.<br>31-99 123RD ST<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.170** | State what the contract or lease is for and the nature of the debtor's interest | General Construction re: Smith House (00167)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING AND HEATING, INC<br>3199 123RD STREET<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.171** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #33 (00140)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING AND HEATING, INC<br>31-99 123RD STREET<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.172** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #22 (00137)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING AND HEATING, INC<br>31-99 123RD STREET<br>FLUSHING, NY 11354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.173** | State what the contract or lease is for and the nature of the debtor's interest | General Construction Contract (00134)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING AND HEATING, INC<br>31-99 123RD STREET<br>FLUSHING, NY 11354 |
| | State the term remaining | Expires 05/30/2018 | |
| | List the contract number of any government contract | | |

Debtor **Navillus Tile, Inc.**
Name

Case number *(if known)* **17-13162 (SHL)**

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases. | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.174** | **State what the contract or lease is for and the nature of the debtor's interest** | Restoration Construction Contract re: Astoria Houses (00131)<br>Nature of Debtor's Interest: Contractor | VARSITY PLUMBING AND HEATING, INC<br>31-99 123RD STREET<br>FLUSHING, NY 11354 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.175** | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Contract (A0079)<br>Nature of Debtor's Interest: Purchaser | VERIZON<br>P.O. BOX 4003<br>ACWORTH, GA 30101 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.176** | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Agreement re: Roofing Replacement And Exterior Restoration Work (00158)<br>Nature of Debtor's Interest: Contractor | VESTAR INC.<br>4 HEMLOCK LANE<br>FLANDERS, NJ 07836 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.177** | **State what the contract or lease is for and the nature of the debtor's interest** | 2015 Hino 195 & 2016 Mack Tractor Lease (A0080)<br>Nature of Debtor's Interest: Lessee | VFS US LLC<br>P.O. BOX 26131<br>GREENSBORO, NC 27402 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.178** | **State what the contract or lease is for and the nature of the debtor's interest** | Pollution/Professional Liability Insurance (A0081)<br>Nature of Debtor's Interest: Insured | XL CATLIN<br>ATTN: REGULATORY DEPT.<br>505 EAGLEVIEW BLVD., STE. 100<br>EXTON, PA 19341-1120 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.179** | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy (A0082)<br>Nature of Debtor's Interest: Insured | ZURICH IN NORTH AMERICA<br>CUSTOMER INQUIRY CENTER<br>1299 ZURICH WAY<br>SCHAUMBURG, IL 60196-1056 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name   Navillus Tile, Inc.

United States Bankruptcy Court for the:   Southern          District of  NY
                                                                    (State)

Case number (If known):  17-13162 (SHL)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | ADVANCED CONTRACTING SOLUTIONS,LLC | 1160 COMMERCE AVENUE BRONX, NY 10462 | CARPENTERS FUNDS | ☑ D ☐ E/F ☐ G |
| 2.2 | ADVANCED CONTRACTING SOLUTIONS,LLC | 1160 COMMERCE AVENUE BRONX, NY 10462 | CEMENT WORKERS FUNDS | ☑ D ☐ E/F ☐ G |
| 2.3 | ADVANCED CONTRACTING SOLUTIONS,LLC | 1160 COMMERCE AVENUE BRONX, NY 10462 | LOCAL 282 FUNDS | ☑ D ☐ E/F ☐ G |
| 2.4 | ADVANCED CONTRACTING SOLUTIONS, LLC | 1160 COMMERCE AVENUE BRONX, NY 10462 | LOCAL 46 FUNDS | ☑ D ☐ E/F ☐ G |
| 2.5 | ADVANCED CONTRACTING SOLUTIONS, LLC | 1160 COMMERCE AVENUE BRONX, NY 10462 | LOCAL 780 FUNDS | ☑ D ☐ E/F ☐ G |
| 2.6 | DONAL O'SULLIVAN | | LIBERTY MUTUAL INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |

Debtor    Navillus Tile, Inc.
Name

Case number *(if known)*  17-13162 (SHL)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | Mailing address | **Name** | Check all schedules that apply: |
| 2.7 | DONAL O'SULLIVAN | | SIGNATURE BANK | ✓ D / E/F / G |
| 2.8 | HDK CONSTRUCTION, LLC | 355 LEXINGTON AVE NEW YORK, NY 10017 | CARPENTERS FUNDS | D / ✓ E/F / G |
| 2.9 | HDK CONSTRUCTION, LLC | 355 LEXINGTON AVE NEW YORK, NY 10017 | CEMENT WORKERS FUNDS | D / ✓ E/F / G |
| 2.10 | HDK CONSTRUCTION, LLC | 355 LEXINGTON AVE NEW YORK, NY 10017 | LOCAL 282 FUNDS | D / ✓ E/F / G |
| 2.11 | HDK CONSTRUCTION, LLC | 355 LEXINGTON AVE NEW YORK, NY 10017 | LOCAL 46 FUNDS | D / ✓ E/F / G |
| 2.12 | HDK CONSTRUCTION, LLC | 355 LEXINGTON AVE NEW YORK, NY 10017 | LOCAL 780 FUNDS | D / ✓ E/F / G |
| 2.13 | KATHLEEN O'SULLIVAN | | LIBERTY MUTUAL INSURANCE COMPANY | ✓ D / E/F / G |
| 2.14 | TIMES SQUARE CONSTRUCTION, INC. | 355 LEXINGTON AVE NEW YORK, NY 10017 | CARPENTERS FUNDS | D / ✓ E/F / G |

Debtor    Navillus Tile, Inc.
_____    Case number (if known)___ 17-13162 (SHL)
Name

### Additional Page if Debtor Has More Codebtors

| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | Add Section |
|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 | TIMES SQUARE CONSTRUCTION, INC. | 355 LEXINGTON AVE NEW YORK, NY 10017 | CEMENT WORKERS FUNDS | D ✓ E/F G |
| 2.16 | TIMES SQUARE CONSTRUCTION, INC. | 355 LEXINGTON AVE NEW YORK, NY 10017 | LOCAL 282 FUNDS | D ✓ E/F G |
| 2.17 | TIMES SQUARE CONSTRUCTION, INC. | 355 LEXINGTON AVE NEW YORK, NY 10017 | LOCAL 46 FUNDS | D ✓ E/F G |
| 2.18 | TIMES SQUARE CONSTRUCTION, INC. | 355 LEXINGTON AVE NEW YORK, NY 10017 | LOCAL 780 FUNDS | D ✓ E/F G |
| 2.__ | | | | D E/F G |
| 2.__ | | | | D E/F G |
| 2.__ | | | | D E/F G |
| 2.__ | | | | D E/F G |