UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re:                                                             :    Chapter 11
                                                                   :
NAVILLUS TILE, INC. DBA NAVILLUS                                   :    Case No. 17-13162 (SHL)
CONTRACTING                                                        :
                                                                   :
                     Debtor.                                       :
                                                                   :
------------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case:

| Name and Address or Place of Business of Holder | Number of Securities | Security Class/Kind of Interest |
|---|---|---|
| Donal O'Sullivan Revocable Living Trust<br>Attn: Donal O'Sullivan, Trustee<br>c/o Navillus Tile, Inc.<br>633 Third Avenue, 17th Floor<br>New York, New York 10017 | 2 | Voting Shares |
| Donal O'Sullivan Revocable Living Trust<br>Attn: Donal O'Sullivan, Trustee<br>c/o Navillus Tile, Inc.<br>633 Third Avenue, 17th Floor<br>New York, New York 10017 | 99 | Non-Voting Shares |
| Donal O'Sullivan IDGT II<br>Attn: Kevin O'Sullivan, Trustee<br>355 Lexington Avenue, 17th Floor<br>New York, New York 10017 | 99 | Non-Voting Shares |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure and that it is true and correct to the best of my information and belief.

Dated: January 9, 2018            _____/s/ Christopher K. Wu_____
                                          By:    Christopher K. Wu
                                          Title: Chief Restructuring Officer