Mark T. Power, Esq.
Jeffrey Zawadzki, Esq.
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200

*Proposed Counsel to The Official Committee of
Unsecured Creditors of Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| NAVILLUS TILE, INC., DBA NAVILLUS CONTRACTING, | Case No. 17-13162 (SHL) |
| Debtor. | |

-------------------------------------------------------------------x

**NOTICE OF FILING REVISED PROPOSED ORDER REGARDING APPLICATION PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ORDER UNDER SECTIONS 328(a) AND 1103 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO DECEMBER 7, 2017**

PLEASE TAKE NOTICE than on January 5, 2018, the Official Committee of Unsecured Creditors of the above-captioned debtor and debtor-in-possession filed its *Application Pursuant to Fed. R. Bankr. P. 2014(a) for Order under Sections 328(a) and 1103 of the Bankruptcy Code Authorizing the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Nunc Pro Tunc to December 7, 2017* [D.I. 173] (the "Application").

Annexed hereto as **Exhibit A** is a revised form of proposed order for the Application that incorporates the comments of the Office of the United States Trustee for the Southern District of New York, which changes are shown on the blackline comparison of the order annexed hereto as **Exhibit B**.

Dated: New York, New York
January 12, 2018

                                                  Respectfully submitted,

                                                  **HAHN & HESSEN LLP**

                                                  */s/ Mark T. Power*
Mark T. Power, Esq.
Jeffrey Zawadzki, Esq.
488 Madison Avenue
New York, New York 10022
(212) 478-7200

*Proposed Counsel to The Official Committee of Unsecured Creditors of Navillus Tile, Inc.*

2