CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
NAVILLUS TILE, INC., DBA NAVILLUS                                :   Case No. 17-13162 (SHL)
CONTRACTING                                                      :
                                                                 :
                    Debtor.                                      :
                                                                 :
-----------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Navillus Tile, Inc. for an Order (I) Authorizing the Debtor to Make Payments to Eligible Employees under the Performance Bonus Program and (B) Continue the Performance Bonus Program in the Ordinary Course of Business; (II) Approving the Key Employee Incentive Program; and (III) Granting Related Relief* (Dkt. No. 100) and related responses has been adjourned from January 24, 2018 at 2:00 p.m. to February 28, 2018 at 11:00 a.m. before the Honorable Sean H. Lane, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, New York 10004.

Dated:  Garden City, New York
        January 19, 2018

CULLEN AND DYKMAN LLP

By: *s/ Elizabeth M. Aboulafia*
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.
100 Quentin Roosevelt Boulevard
Garden City, NY  11530

*Counsel to Navillus Tile, Inc.*