**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
            :
In re:          :    Chapter 11
            :
**NAVILLUS TILE, INC., DBA NAVILLUS**    :    Case No. 17-13162 (SHL)
**CONTRACTING**        :
            :
            Debtor.    :
            :
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF WASHINGTON  )
                     ) ss
COUNTY OF KING       )

I, Peter DeMers, being duly sworn, depose and state:

1. I am a Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding. Our business address is 1531 Utah Avenue South, Suite 600, Seattle, Washington 98134.

2. On February 12, 2018, at the direction of Cullen and Dykman LLP, counsel to the Debtor, I caused a true and correct copy of the following document to be served by first class mail on the parties identified on Exhibit A annexed hereto (Contract Counterparties):[1]

- **Amended Order Pursuant to 11 U.S.C §§ 105(a) and 365(a) & (d) and Fed. R. Bankr. P. 6004 and 6006 Approving Rejection of Certain Executory Contracts and Unexpired Leases of Personal Property** [Docket No. 233].

[Remainder of page left intentionally blank; signature page to follow]

---

[1] The envelopes utilized in service on the parties enumerated in Exhibit A included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent*."

/s/ Peter DeMers
Peter DeMers

Sworn to before me this 13th day of
February, 2018

/s/ Katherine Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires February 26, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ALLY | PO BOX 380901 | | | | BLOOMINGTON | MN | 55438 |
| CHRYSLER CAPITAL | PO BOX 961279 | | | | FORT WORTH | TX | 76161 |
| FORD CREDIT CUSTOMER SERVICE CENTER | PO BOX 542000 | | | | OMAHA | NE | 68154 |
| MANHATTAN JEEP CHRYSLER DODGE, INC. | 678 11TH AVENUE | | | | NEW YORK | NY | 10019 |
| NATIONAL GENERAL INSURANCE | PO BOX 3199 | | | | WINSTON SALEM | NC | 27102 |
| NISSAN MOTOR ACCEPTANCE CORPORATION | 8900 FREEPORT PARKWAY | | | | IRVING | TX | 75063-2438 |
| NISSAN MOTOR ACCEPTANCE CORPORATION | INFINITI FINANCIAL SERVICES | PO BOX 660695 | | | DALLAS | TX | 75266-0695 |
| POTAMKIN CADILLAC BUICK CHEVRON | 706 11TH AVENUE | | | | NEW YORK | NY | 10019 |
| VERIZON | PO BOX 4003 | | | | ACWORTH | GA | 30101 |