**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NAVILLUS TILE, INC., d/b/a NAVILLUS CONTRACTING,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-13162 (SHL) |

**SECOND MONTHLY FEE STATEMENT OF FTI CONSULTING FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

The statement (the "**Fee Statement**") of FTI Consulting, Inc. ("**FTI**") as financial advisor to the Official Committee of Unsecured Creditors of Navillus Tile, Inc. (the "Committee") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and Granting Related Relief*, entered on February 7, 2018, (the **"Order"**), does respectfully represent and allege as follows:

1. The fees and expenses for the period from January 1, 2018 through and including January 31, 2018 (the "**Second Fee Period**") amount to:

| | |
|---|---:|
| Professional Fees | $149,502.00 |
| Expenses | 415.84 |
| **TOTAL** | **$149,917.84** |

2. As stated in the FTI Retention Application, which was ordered on January

26, 2018 (docket #214), FTI has agreed to seek compensation on an hourly fee basis plus reimbursement of actual and necessary expenses.

3. In accordance with the Motion, if no timely and proper objection is made by a party-in-interest within fifteen (15) days after service of this Fee Statement, the Debtors are authorized to pay 60% of professional fees and 100% of out-of-pocket expenses. These amounts are presented below.

| | |
|---|---|
| Professional Fees at 60% | $89,701.20 |
| Expenses at 100% | 415.84 |
| **TOTAL** | **$90,117.04** |

4. The professionals providing services, hourly billing rates, the aggregate hours worked by each professional, and the aggregate hourly fees for each professional during the Second Fee Period are set forth on the Schedule annexed hereto as Exhibit "A."

5. Summary of aggregate hours worked and aggregate hourly fees for each task code during the Second Fee Period are set forth on the Schedule annexed hereto as Exhibit "B."

6. Detailed time entry by task code during the Second Fee Period is set forth on the Schedule annexed hereto as Exhibit "C."

7. Summary of expenses incurred during the Second Fee Period is set forth in the Schedule annexed hereto as Exhibit "D."

8. Detailed breakdown of the expenses incurred during the Second Fee Period is set forth on the Schedule annexed hereto as Exhibit "E."

9. Disbursements, as they are recorded in FTI's computer records, are billed to each client as applicable. FTI reserves the right to request, in subsequent fee applications,

reimbursement of any additional expenses incurred during the Second Fee Period, as such expenses may not have been captured to date in FTI's billing system.

Dated:  New York, New York
        March 2, 2018

                          FTI CONSULTING, INC.
                          Financial Advisors to the Official Committee of
                          Unsecured Creditors of Navillus Tile, Inc

                          By:    /s/ *Samuel Star*
                                  Samuel Star
                                  Senior Managing Director
                                  Three Times Square
                                  New York, New York 10036
                                  (212) 841-9368

**EXHIBIT A**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Star, Samuel | Senior Managing Director | 1,075 | 24.3 | $ 26,122.50 |
| Greenblatt, Matthew | Senior Managing Director | 910 | 0.7 | 637.00 |
| Braithwaite, Simon | Senior Director | 545 | 9.4 | 5,123.00 |
| Meyers, Chase | Senior Director | 545 | 2.2 | 1,199.00 |
| O'Trakoun, Kenny | Senior Consultant | 620 | 44.1 | 27,342.00 |
| Cheng, Earnestiena | Senior Consultant | 580 | 39.5 | 22,910.00 |
| Weiner, Zachary | Senior Consultant | 445 | 28.1 | 12,504.50 |
| Maloney, Caelum | Consultant | 390 | 137.6 | 53,664.00 |
| **GRAND TOTAL** | | | **285.9** | **$ 149,502.00** |

**EXHIBIT B**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**SUMMARY OF HOURS BY TASK CODE**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | Current Operating Results & Events | 5.0 | $ 2,655.50 |
| 2 | Cash & Liquidity Analysis | 37.4 | $ 21,826.50 |
| 3 | Financing Matters (DIP, Exit, Other) | 3.9 | $ 1,521.00 |
| 7 | Analysis of Business Plan | 9.1 | $ 5,630.50 |
| 9 | Analysis of Employee Compensation Programs | 10.7 | $ 6,937.00 |
| 12 | Analysis of SOFAs & SOALs | 80.9 | $ 37,952.00 |
| 13 | Analysis of Other Miscellaneous Motions | 3.1 | $ 1,380.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 62.7 | $ 27,749.00 |
| 18 | Potential Avoidance Actions & Litigation | 0.4 | $ 430.00 |
| 19 | Case Management | 16.8 | $ 9,773.00 |
| 20 | General Meeting with Debtors & Debtors' Professionals | 5.2 | $ 4,165.00 |
| 21 | General Meetings with Committee & Committee Counsel | 17.4 | $ 12,371.50 |
| 23 | Firm Retention | 6.9 | $ 4,869.50 |
| 24 | Preparation of Fee Application | 26.4 | $ 12,241.50 |
| **GRAND TOTAL** | | **285.9** | **$ 149,502.00** |

2

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 1 | 1/3/2018 | Braithwaite, Simon | 1.5 | Review payment applications related to construction projects. |
| 1 | 1/5/2018 | Star, Samuel | 0.1 | Review email from Hahn & Hessen re: benefit fund payments. |
| 1 | 1/9/2018 | Weiner, Zachary | 0.7 | Review Donal O'Sullivan bankruptcy declaration. |
| 1 | 1/11/2018 | Weiner, Zachary | 0.7 | Review Navillus' audited financial statements and WIP schedule. |
| 1 | 1/26/2018 | Braithwaite, Simon | 0.9 | Review the terms of the judgment. |
| 1 | 1/30/2018 | Cheng, Earnestiena | 0.5 | Participate in internal meeting re: liquidity and December bill. |
| 1 | 1/0/1900 | Braithwaite, Simon | 0.6 | Review construction projects and prepare questions. |
| **1 Total** | | | **5.0** | |
| 2 | 1/2/2018 | Cheng, Earnestiena | 0.8 | Prepare diligence questions for Teneo re: bonus payments and the 13-week cashflow forecast. |
| 2 | 1/4/2018 | O'Trakoun, Kenny | 1.1 | Update cash flow slides for weekly deck. |
| 2 | 1/4/2018 | O'Trakoun, Kenny | 0.3 | Participate in call with Teneo to review current liquidity. |
| 2 | 1/4/2018 | O'Trakoun, Kenny | 0.6 | Provide update to team re: liquidity concerns and outstanding questions. |
| 2 | 1/4/2018 | Star, Samuel | 0.4 | Review revised cash flow forecast. |
| 2 | 1/5/2018 | Cheng, Earnestiena | 2.8 | Process edits to UCC presentation re: liquidity and bonus payments to Company employees. |
| 2 | 1/5/2018 | Maloney, Caelum | 1.9 | Update liquidity charts to reflect current cash flow. |
| 2 | 1/5/2018 | Maloney, Caelum | 1.0 | Prepare slides for committee deck re: updated cash flow and proposed bonus program. |
| 2 | 1/5/2018 | O'Trakoun, Kenny | 0.1 | Participate in discussion with Teneo re: delays in cash flow receipts and disbursements. |
| 2 | 1/5/2018 | O'Trakoun, Kenny | 0.6 | Participate in discussion with Teneo re: liquidity and cash flow updates. |
| 2 | 1/5/2018 | O'Trakoun, Kenny | 0.6 | Provide update to team re: marketable securities portfolio. |
| 2 | 1/5/2018 | O'Trakoun, Kenny | 1.3 | Update cash flow slides for weekly deck. |
| 2 | 1/5/2018 | Star, Samuel | 0.8 | Review revised cash flow forecast. |
| 2 | 1/6/2018 | Cheng, Earnestiena | 1.9 | Process edits to UCC presentation re: cash flow budget assumptions and liquidity variances. |
| 2 | 1/6/2018 | O'Trakoun, Kenny | 1.2 | Review securities portfolio composition. |
| 2 | 1/6/2018 | O'Trakoun, Kenny | 1.3 | Update cash flow slides for weekly deck addressing securities portfolio composition. |
| 2 | 1/6/2018 | Star, Samuel | 1.0 | Review and comment on deck for the UCC re: revised cash forecast, actual results and bonus programs. |
| 2 | 1/8/2018 | O'Trakoun, Kenny | 0.6 | Participate in call with Teneo to review cash flow results and outstanding cash flow requests. |

3

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 1/8/2018 | O'Trakoun, Kenny | 1.5 | Update cash flow slides for weekly call based on comments from team. |
| 2 | 1/8/2018 | O'Trakoun, Kenny | 1.6 | Prepare for committee call on cash flow analysis. |
| 2 | 1/11/2018 | Maloney, Caelum | 0.8 | Review cash management order to determine the availability of American Express for regular expenses. |
| 2 | 1/18/2018 | Maloney, Caelum | 2.9 | Prepare slides for the committee deck related to cash flow and short term investment analysis. |
| 2 | 1/18/2018 | Maloney, Caelum | 2.7 | Analyze Wells Fargo accounts in order to develop recommendations re: short term investments. |
| 2 | 1/19/2018 | O'Trakoun, Kenny | 3.4 | Update committee presentation deck on cash flow, liquidity, securities mix, and insider payments. |
| 2 | 1/19/2018 | O'Trakoun, Kenny | 2.1 | Update securities account slides for additional clarifying language. |
| 2 | 1/19/2018 | O'Trakoun, Kenny | 1.1 | Prepare for committee presentation on liquidity and portfolio modifications. |
| 2 | 1/19/2018 | Star, Samuel | 0.3 | Review UCC report re: liquidity, investment portfolio and insider payments. |
| 2 | 1/22/2018 | O'Trakoun, Kenny | 0.6 | Develop recommendations with regard to securities portfolio. |
| 2 | 1/22/2018 | Star, Samuel | 0.4 | Correspond with Teneo re: insider bonuses, investment portfolio wind down and open information requests. |
| 2 | 1/25/2018 | Maloney, Caelum | 1.4 | Prepare liquidity summary slide based on new liquidity summary provided by Teneo. |
| 2 | 1/31/2018 | O'Trakoun, Kenny | 0.3 | Review cash management order. |
| **2 Total** | | | **37.4** | |
| 3 | 1/4/2018 | Maloney, Caelum | 1.7 | Review DIP terms and additional conditions pursuant to the interim and final order. |
| 3 | 1/5/2018 | Maloney, Caelum | 1.6 | Prepare a chart summarizing the changes from the original DIP motion and final order. |
| 3 | 1/8/2018 | Maloney, Caelum | 0.6 | Review the final DIP order. |
| **3 Total** | | | **3.9** | |
| 7 | 1/10/2018 | Meyers, Chase | 0.7 | Review Debtor's Motion to Authorize Completion Agreement with Liberty Mutual Insurance Co. |
| 7 | 1/11/2018 | Braithwaite, Simon | 1.5 | Review and analyze the completion agreement. |
| 7 | 1/11/2018 | Braithwaite, Simon | 1.5 | Outline concerns re: completion agreement language. |
| 7 | 1/12/2018 | Braithwaite, Simon | 0.5 | Participate in phone call with Hahn Hessen to discuss completion agreement and agenda. |
| 7 | 1/12/2018 | Braithwaite, Simon | 0.9 | Participate in call with professionals to discuss completion agreement, management and information requests. |
| 7 | 1/12/2018 | Meyers, Chase | 0.8 | Participate in meeting with team to discuss completion agreement and cash management. |
| 7 | 1/12/2018 | Meyers, Chase | 0.2 | Preparation for internal meeting to discuss completion agreement. |
| 7 | 1/12/2018 | Star, Samuel | 0.7 | Participate in call with team re: status of information requests and completion agreement. |

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 7 | 1/20/2018 | Maloney, Caelum | 0.8 | Read and summarize motion regarding the objection to the completion agreement. |
| 7 | 1/24/2018 | Braithwaite, Simon | 0.7 | Review Navillus contract completion agreement and provide comments. |
| 7 | 1/24/2018 | Star, Samuel | 0.8 | Review and comment on proposed revisions to the completion agreement assumption motion, including milestones. |
| **7 Total** | | | **9.1** | |
| 9 | 1/3/2018 | Weiner, Zachary | 0.6 | Review motions re: payments to employees by the debtor. |
| 9 | 1/4/2018 | O'Trakoun, Kenny | 0.8 | Participate in discussion to review response to bonus motion. |
| 9 | 1/4/2018 | O'Trakoun, Kenny | 1.1 | Review bonus motion slides. |
| 9 | 1/4/2018 | Star, Samuel | 0.5 | Develop incentive plan recommendations template for UCC presentation. |
| 9 | 1/4/2018 | Weiner, Zachary | 0.6 | Participate in call with team re: KEIP. |
| 9 | 1/5/2018 | Cheng, Earnestiena | 1.3 | Process edits to UCC presentation re: bonus payments to company employees. |
| 9 | 1/5/2018 | Cheng, Earnestiena | 0.7 | Discuss UCC presentation re: bonus payments with internal team. |
| 9 | 1/5/2018 | O'Trakoun, Kenny | 1.1 | Review bonus motion response slides. |
| 9 | 1/5/2018 | Star, Samuel | 0.9 | Review UCC presentation on suggested modifications to proposed bonus program. |
| 9 | 1/8/2018 | Cheng, Earnestiena | 0.7 | Create UCC presentation slide re: proposed bonus payments to insiders/officers. |
| 9 | 1/8/2018 | Cheng, Earnestiena | 0.4 | Participate in call with Counsel in preparation for UCC call re: bonus payments and the Debtor's cash flow forecast. |
| 9 | 1/8/2018 | O'Trakoun, Kenny | 0.4 | Participate in call with Teneo to review KEIP motion and potential modifications. |
| 9 | 1/8/2018 | O'Trakoun, Kenny | 0.7 | Participate in call with counsel to review bonus motion response. |
| 9 | 1/8/2018 | O'Trakoun, Kenny | 0.6 | Participate in committee call re: response to bonus motion. |
| 9 | 1/8/2018 | O'Trakoun, Kenny | 0.3 | Review bonus motion. |
| **9 Total** | | | **10.7** | |
| 12 | 1/3/2018 | Greenblatt, Matthew | 0.4 | Participate in call with team to prepare for detailed review of SOFA. |
| 12 | 1/4/2018 | Greenblatt, Matthew | 0.3 | Participate in call with team to discuss background of the case and develop workplan for review of the SOFA. |
| 12 | 1/4/2018 | Star, Samuel | 0.3 | Participate in call with team re: updated work plan including SOFA/SOAL review, cash forecast and financial statements. |
| 12 | 1/4/2018 | Weiner, Zachary | 0.3 | Participate in initial call with team to discuss the SOFA's being filed. |
| 12 | 1/5/2018 | O'Trakoun, Kenny | 0.3 | Develop SOFA and SOAL exhibit templates. |
| 12 | 1/7/2018 | O'Trakoun, Kenny | 1.5 | Review SOFA/SOAL filing in regards to assets, liabilities, and recent payments made. |

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 1/8/2018 | Cheng, Earnestiena | 1.6 | Review filed SOFA/SOAL to understand payments made to insiders in the past year. |
| 12 | 1/8/2018 | Cheng, Earnestiena | 1.5 | Review filed SOFA/SOAL to understand the Debtors' assets and liabilities as of the Petition Date. |
| 12 | 1/8/2018 | Weiner, Zachary | 2.8 | Prepare excel charts re: SOFA detail. |
| 12 | 1/10/2018 | Maloney, Caelum | 1.6 | Examine judgment amounts to see if they match with amounts listed in SOFA/SOAL. |
| 12 | 1/10/2018 | Weiner, Zachary | 2.7 | Prepare asset and liability charts related to SOAL detail. |
| 12 | 1/10/2018 | Weiner, Zachary | 2.8 | Prepare charts detailing 90-day and 1-year payments. |
| 12 | 1/11/2018 | Cheng, Earnestiena | 1.5 | Review and edit SOFA/SOAL analysis to be included in SOFA/SOAL presentation for the UCC. |
| 12 | 1/11/2018 | O'Trakoun, Kenny | 1.2 | Continue to prepare asset and liability charts related to SOAL detail. |
| 12 | 1/11/2018 | Weiner, Zachary | 2.3 | Continue to prepare charts detailing 90-day and 1-year payments. |
| 12 | 1/11/2018 | Weiner, Zachary | 0.6 | Review the schedule relating to payments to insiders. |
| 12 | 1/12/2018 | Weiner, Zachary | 1.4 | Participate in team meeting re: SOFA and SOAL, WIP schedules, and other outstanding tasks. |
| 12 | 1/12/2018 | Weiner, Zachary | 2.1 | Review supporting schedules related to payments to insiders, financial statements and the WIP schedule. |
| 12 | 1/16/2018 | Weiner, Zachary | 0.4 | Review insider payments schedule. |
| 12 | 1/17/2018 | Weiner, Zachary | 0.4 | Review charitable contributions payments schedule. |
| 12 | 1/18/2018 | Cheng, Earnestiena | 1.3 | Process edits to SOFA/SOAL presentation. |
| 12 | 1/18/2018 | Weiner, Zachary | 1.9 | Participate in meeting with team and subsequent follow up regarding updates to SOFA and SOAL. |
| 12 | 1/18/2018 | Weiner, Zachary | 0.8 | Update PowerPoint slides based on feedback from the team. |
| 12 | 1/19/2018 | Cheng, Earnestiena | 2.4 | Process edits to SOFA/SOAL presentation. |
| 12 | 1/22/2018 | Weiner, Zachary | 1.4 | Continue to review and update SOFA and SOAL deck. |
| 12 | 1/23/2018 | Cheng, Earnestiena | 0.8 | Prepare follow-up questions for Teneo regarding SOFA/SOAL. |
| 12 | 1/23/2018 | Cheng, Earnestiena | 1.0 | Review latest SOFA/SOAL presentation with team. |
| 12 | 1/23/2018 | Maloney, Caelum | 1.1 | Participate in meeting to discuss workflow related to SOFA/SOAL. |
| 12 | 1/23/2018 | Maloney, Caelum | 2.9 | Summarize the claims charts for the SOFA/SOAL deck. |
| 12 | 1/23/2018 | O'Trakoun, Kenny | 0.4 | Review SOFA/SOAL presentation. |
| 12 | 1/23/2018 | Weiner, Zachary | 1.1 | Participate in meeting with team regarding SOFA and SOAL presentation. |

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 12 | 1/23/2018 | Weiner, Zachary | 1.0 | Edit SOFA and SOAL tables based on edits from the team. |
| 12 | 1/24/2018 | Maloney, Caelum | 3.2 | Summarize tables in SOFA/SOAL deck related to SOAL detail. |
| 12 | 1/24/2018 | Maloney, Caelum | 2.1 | Add additional comments to SOAL detail chart. |
| 12 | 1/24/2018 | Meyers, Chase | 0.5 | Review list of vendors paid by Navillus. |
| 12 | 1/25/2018 | Cheng, Earnestiena | 0.7 | Participate in call with Teneo regarding SOFA/SOAL follow-up questions. |
| 12 | 1/25/2018 | Cheng, Earnestiena | 0.6 | Discuss edits to be made to SOFA/SOAL presentation with internal team. |
| 12 | 1/25/2018 | Maloney, Caelum | 3.0 | Prepare excel chart to detail unsecured claims pool by creditor. |
| 12 | 1/25/2018 | Maloney, Caelum | 2.0 | Analyze timing of payments made in last 90 days. |
| 12 | 1/25/2018 | O'Trakoun, Kenny | 0.2 | Participate in call with Teneo to review questions re: SOFA/SOAL analysis. |
| 12 | 1/26/2018 | Maloney, Caelum | 3.0 | Prepare SOFA/SOAL slides summarizing the top ten claimants for each type of claims. |
| 12 | 1/26/2018 | Maloney, Caelum | 1.5 | Develop charitable contributions slide in SOFA/SOAL deck. |
| 12 | 1/30/2018 | Maloney, Caelum | 3.0 | Research the Debtor's SOFA and SOAL filings against the SOFA/SOAL committee presentation. |
| 12 | 1/30/2018 | Maloney, Caelum | 2.5 | Research entities listed under insider payments. |
| 12 | 1/30/2018 | Maloney, Caelum | 2.9 | Chart the insider payments listed in SOFA/SOAL. |
| 12 | 1/30/2018 | Maloney, Caelum | 1.7 | Prepare summary re: 90 day vendor and payment to insider charts for SOFA/SOAL deck. |
| 12 | 1/31/2018 | Cheng, Earnestiena | 3.1 | Process edits to SOFA/SOAL presentation. |
| 12 | 1/31/2018 | Maloney, Caelum | 2.8 | Prepare summary of secured and priority claims in SOFA/SOAL deck. |
| 12 | 1/31/2018 | Maloney, Caelum | 1.7 | Edit SOFA/SOAL deck. |
| 12 | 1/31/2018 | Maloney, Caelum | 2.1 | Prepare chart re: frequency of 90 day payments. |
| 12 | 1/31/2018 | O'Trakoun, Kenny | 1.2 | Review SOFA/SOAL presentation and related org chart for edits. |
| 12 | 1/31/2018 | Star, Samuel | 1.0 | Review report to UCC re: liquidity and SOFA/SOAL. |
| **12 Total** | | | **80.9** | |
| 13 | 1/10/2018 | Cheng, Earnestiena | 0.9 | Review Debtors' filing regarding proposed contract rejections. |
| 13 | 1/10/2018 | Maloney, Caelum | 0.5 | Review docket and provide team with an update. |
| 13 | 1/16/2018 | Maloney, Caelum | 0.4 | Summarize docket updates for the team. |
| 13 | 1/18/2018 | Maloney, Caelum | 0.5 | Summarize docket updates for the team. |

7

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 13 | 1/18/2018 | Maloney, Caelum | 0.4 | Review motions related to the debtor's hiring of professionals. |
| 13 | 1/19/2018 | Maloney, Caelum | 0.4 | Summarize updates to the docket for the team. |
| **13 Total** | | | **3.1** | |
| 15 | 1/2/2018 | Cheng, Earnestiena | 1.6 | Research related party transactions to understand the relationships between Navillus and other entities. |
| 15 | 1/2/2018 | Cheng, Earnestiena | 0.9 | Process edits to related party transactions presentation. |
| 15 | 1/2/2018 | Maloney, Caelum | 2.8 | Analyze relationships between various entities owned by the O'Sullivan family. |
| 15 | 1/2/2018 | Maloney, Caelum | 2.3 | Create an organizational chart to show the relationships between entities owned by the O'Sullivan family. |
| 15 | 1/3/2018 | Maloney, Caelum | 2.5 | Research the relationship between the individuals named in the lawsuit. |
| 15 | 1/3/2018 | Maloney, Caelum | 2.8 | Update organizational chart for additional related parties. |
| 15 | 1/8/2018 | Maloney, Caelum | 1.9 | Make a summary for each individual in the organizational chart. |
| 15 | 1/9/2018 | Maloney, Caelum | 2.0 | Edit organizational chart to reflect new information. |
| 15 | 1/9/2018 | Maloney, Caelum | 2.5 | Make slides that provide information on each of the entities in the organizational chart. |
| 15 | 1/10/2018 | Cheng, Earnestiena | 0.8 | Review and process edits to related parties presentation. |
| 15 | 1/10/2018 | Maloney, Caelum | 3.0 | Add additional individuals to the organizational chart. |
| 15 | 1/10/2018 | O'Trakoun, Kenny | 1.3 | Review insider and affiliate relationship chart. |
| 15 | 1/12/2018 | Maloney, Caelum | 2.4 | Update organizational chart to show information related to the ownership history of ACS. |
| 15 | 1/16/2018 | Maloney, Caelum | 2.8 | Update related party slides to include new information re: Kevin O'Sullivan's ownership interests. |
| 15 | 1/16/2018 | Maloney, Caelum | 1.9 | Update ownership slides to include description of each person who has held an ownership stake in ACS. |
| 15 | 1/16/2018 | Maloney, Caelum | 1.8 | Prepare questions for Teneo related to ownership and payments between related parties. |
| 15 | 1/18/2018 | Cheng, Earnestiena | 0.7 | Review roles of related parties identified in the SOFA/SOAL. |
| 15 | 1/18/2018 | Cheng, Earnestiena | 0.5 | Participate in internal meeting re: related parties analysis and liquidity. |
| 15 | 1/18/2018 | Maloney, Caelum | 2.8 | Prepare chart that shows post petition insider payments between entities in related party slides. |
| 15 | 1/18/2018 | Star, Samuel | 0.9 | Review draft presentation of related parties, entities owned and business relationships. |
| 15 | 1/19/2018 | Cheng, Earnestiena | 0.8 | Review related parties questions to incorporate in document request to the Debtors. |
| 15 | 1/19/2018 | Maloney, Caelum | 2.8 | Edit ownership slides to incorporate comments from the team. |
| 15 | 1/19/2018 | Maloney, Caelum | 0.7 | Create chart showing insider payments between entities. |

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 15 | 1/19/2018 | Star, Samuel | 0.2 | Meet with team re: family employee ownership interest. |
| 15 | 1/20/2018 | Maloney, Caelum | 2.8 | Incorporate Hahn & Hessen's organizational information into related party slides. |
| 15 | 1/20/2018 | Maloney, Caelum | 1.8 | Edit related party transactions slide. |
| 15 | 1/22/2018 | Cheng, Earnestiena | 0.4 | Process edits to related parties presentation. |
| 15 | 1/22/2018 | Maloney, Caelum | 1.7 | Prepare slide showing prepetition insider payments. |
| 15 | 1/22/2018 | Maloney, Caelum | 1.5 | Update ownership slides to reflect information included in audited financial statements. |
| 15 | 1/22/2018 | Star, Samuel | 0.1 | Review revised analysis of O'Sullivan and other employee ownership interest and activities. |
| 15 | 1/23/2018 | Maloney, Caelum | 2.3 | Edit ownership slides based on new information in the docket. |
| 15 | 1/25/2018 | Maloney, Caelum | 1.0 | Participate in call with Hahn & Hessen re: ACS sale proposal. |
| 15 | 1/25/2018 | Star, Samuel | 0.8 | Participate in call with Hahn & Hessen re: ACS sale proposal and related issues. |
| 15 | 1/26/2018 | Cheng, Earnestiena | 0.7 | Process edits to inquiries to the Debtors re: related parties. |
| 15 | 1/26/2018 | Star, Samuel | 0.6 | Evaluate business considerations for potential ACS acquisition. |
| 15 | 1/31/2018 | Maloney, Caelum | 2.8 | Update relationship chart to include information on Donal O'Sullivan's trusts, South East Planation, LLC and SBM Associates. |
| 15 | 1/31/2018 | Maloney, Caelum | 2.0 | Research the ownership history of ACS and HDK. |
| 15 | 1/31/2018 | Maloney, Caelum | 1.5 | Edit related party slides. |
| **15 Total** | | | **62.7** | |
| 18 | 1/29/2018 | Star, Samuel | 0.1 | Review production requests regarding insider activity. |
| 18 | 1/31/2018 | Star, Samuel | 0.3 | Review and comment on document request list. |
| **18 Total** | | | **0.4** | |
| 19 | 1/3/2018 | Cheng, Earnestiena | 0.4 | Participate in internal meeting re: case status and on-going workstreams. |
| 19 | 1/3/2018 | O'Trakoun, Kenny | 0.3 | Review outstanding case deliverables. |
| 19 | 1/3/2018 | Star, Samuel | 0.4 | Meet with team re: work plan status. |
| 19 | 1/4/2018 | O'Trakoun, Kenny | 0.4 | Review Navillus deliverables and available resources. |
| 19 | 1/5/2018 | O'Trakoun, Kenny | 0.4 | Review questions and responses relating to recent Teneo discussion. |
| 19 | 1/8/2018 | O'Trakoun, Kenny | 0.3 | Review outstanding workstreams and deliverables. |
| 19 | 1/8/2018 | Star, Samuel | 0.5 | Participate in meeting with team re: updated work plan following call with UCC. |

17-13162-shl Doc 266 Filed 03/08/18 Entered 03/08/18 10:12:56 Main Document
Pg 13 of 18

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 1/8/2018 | Weiner, Zachary | 0.5 | Participate in discussion with team re: initial review of SOFA and SOAL. |
| 19 | 1/8/2018 | Weiner, Zachary | 0.4 | Meet with team re: initial review of SOFA/SOAL. |
| 19 | 1/11/2018 | Cheng, Earnestiena | 0.9 | Review case status re: information flow and mediation to propose agenda to counsel ahead of meeting with the Debtors' advisors. |
| 19 | 1/11/2018 | O'Trakoun, Kenny | 1.0 | Review document request list for edits. |
| 19 | 1/11/2018 | Star, Samuel | 0.1 | Review draft email to Hahn & Hessen re: open information requests. |
| 19 | 1/12/2018 | Braithwaite, Simon | 0.9 | Participate in call with team to discuss outstanding workstreams. |
| 19 | 1/12/2018 | Braithwaite, Simon | 0.4 | Participate in meeting with team re: follow up items from phone call. |
| 19 | 1/12/2018 | Cheng, Earnestiena | 1.3 | Participate in internal meeting re: the Debtors' proposed completion agreement and other workstreams. |
| 19 | 1/12/2018 | Maloney, Caelum | 0.7 | Participate in meeting with team to discuss workflow. |
| 19 | 1/12/2018 | O'Trakoun, Kenny | 0.3 | Review outstanding information requests for call agenda. |
| 19 | 1/12/2018 | O'Trakoun, Kenny | 1.2 | Participate in call to review outstanding workstreams. |
| 19 | 1/12/2018 | Star, Samuel | 0.2 | Meet with team re: follow ups from call with Debtor. |
| 19 | 1/18/2018 | Maloney, Caelum | 0.8 | Participate in meeting with team to review work flow. |
| 19 | 1/18/2018 | Maloney, Caelum | 0.4 | Participate in meeting with team to discuss workflow related to preparing the deck for the committee. |
| 19 | 1/18/2018 | O'Trakoun, Kenny | 1.1 | Review data room updates against outstanding information requests. |
| 19 | 1/18/2018 | O'Trakoun, Kenny | 0.5 | Participate in case review with counsel. |
| 19 | 1/18/2018 | O'Trakoun, Kenny | 0.5 | Analyze key workstreams and outstanding tasks. |
| 19 | 1/18/2018 | Star, Samuel | 0.4 | Review the status of various workstreams including, liquidity, SOFA/SOAL's, related party activity and report to UCC. |
| 19 | 1/19/2018 | Maloney, Caelum | 0.3 | Participate in internal meeting to discuss work flow related to committee call. |
| 19 | 1/20/2018 | Maloney, Caelum | 0.3 | Update question list for Teneo. |
| 19 | 1/22/2018 | Maloney, Caelum | 0.8 | Prepare questions for Teneo. |
| 19 | 1/23/2018 | Maloney, Caelum | 0.3 | Prepare list of questions for the Debtor's financial advisor. |
| 19 | 1/24/2018 | Maloney, Caelum | 0.8 | Prepare questions to ask Teneo. |
| **19 Total** | | | **16.8** | |
| 20 | 1/4/2018 | Star, Samuel | 0.2 | Participate in discussions with CRO re: information flow. |
| 20 | 1/8/2018 | Star, Samuel | 0.8 | Participate in call with Teneo re: mediation process, bonus programs, cash forecast, liquidity and information flow. |

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 20 | 1/12/2018 | Cheng, Earnestiena | 1.5 | Participate in meeting with the Debtors' professionals re: the completion agreement, the KEIP, mediation and general case status. |
| 20 | 1/12/2018 | O'Trakoun, Kenny | 1.5 | Participate in call with Debtor's professionals to analyze KEIP structure and to review outstanding information requests. |
| 20 | 1/12/2018 | Star, Samuel | 0.8 | Participate in call with Teneo re: cash management, exit timeline, information flow and pending motions. |
| 20 | 1/24/2018 | Star, Samuel | 0.4 | Respond to CRO points on insider bonus payments, securities portfolio monetization strategy and information needs for constriction process status. |
| **20 Total** | | | **5.2** | |
| 21 | 1/4/2018 | Maloney, Caelum | 0.7 | Participate in call with Hahn & Hessen to discuss bonus program. |
| 21 | 1/4/2018 | Star, Samuel | 0.7 | Participate in call with Hahn & Hessen re: outstanding information requests and incentive programs. |
| 21 | 1/8/2018 | Cheng, Earnestiena | 1.1 | Participate in UCC call re: cash flow forecast summary/assumptions and proposed bonus payments for insiders/officers. |
| 21 | 1/8/2018 | O'Trakoun, Kenny | 0.5 | Participate in committee call re: cash flow analysis and employee incentive program structure. |
| 21 | 1/8/2018 | Star, Samuel | 1.1 | Participate in call with UCC re: ACS hearing, investment strategy, bonus program modifications, cash forecast and actual liquidity. |
| 21 | 1/8/2018 | Star, Samuel | 0.7 | Participate in call with Hahn & Hessen re: mediation process bonus programs, cash forecast, liquidity and information flow. |
| 21 | 1/8/2018 | Star, Samuel | 0.6 | Prepare for presentation to UCC re: bonus program modifications, cash forecast and actual liquidity. |
| 21 | 1/8/2018 | Weiner, Zachary | 0.7 | Participate in call with counsel re: cash flow, liquidity and the payout of bonuses. |
| 21 | 1/8/2018 | Weiner, Zachary | 1.1 | Participate in call with UCC re: cash flow, liquidity and the payout of bonuses. |
| 21 | 1/10/2018 | O'Trakoun, Kenny | 0.5 | Participate in call with counsel to discuss ACS sale hearing. |
| 21 | 1/10/2018 | Star, Samuel | 0.5 | Participate in call with Hahn & Hessen re: pending motions and follow up with Debtor. |
| 21 | 1/12/2018 | Cheng, Earnestiena | 0.4 | Participate in meeting with Hahn & Hessen in preparation for meeting with the Debtors' professionals. |
| 21 | 1/12/2018 | Star, Samuel | 0.4 | Participate in call with Hahn & Hessen re: pending motions, proposed resolution of bonus program issues and exit strategy. |
| 21 | 1/18/2018 | Cheng, Earnestiena | 0.5 | Participate in call with Hahn & Hessen re: FTI report for upcoming UCC call. |
| 21 | 1/18/2018 | Maloney, Caelum | 0.5 | Participate in call with Hahn and Hessen to prepare for the committee call. |
| 21 | 1/18/2018 | Star, Samuel | 0.6 | Participate in call with Hahn & Hessen re: agenda for UCC call, FTI report and pending motions. |
| 21 | 1/18/2018 | Weiner, Zachary | 0.8 | Participate in meeting with counsel regarding next steps, outstanding items and an update on liquidity. |
| 21 | 1/19/2018 | Cheng, Earnestiena | 1.0 | Participate in UCC call re: liquidity and snapshot of payments to creditors and insiders as included in the SOFA. |
| 21 | 1/19/2018 | Maloney, Caelum | 1.0 | Participate in committee call re: liquidity, investment portfolio and insider payments. |
| 21 | 1/19/2018 | O'Trakoun, Kenny | 1.0 | Participate in committee discussion regarding key motions and liquidity update. |
| 21 | 1/19/2018 | O'Trakoun, Kenny | 0.4 | Participate in call with counsel to review document requests and negotiations with Debtor. |

11

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 21 | 1/19/2018 | Star, Samuel | 1.0 | Participate in call with UCC re: pending motions, liquidity, investment portfolio and insider payments. |
| 21 | 1/19/2018 | Star, Samuel | 0.2 | Participate in call with Hahn & Hessen re: follow ups from UCC call. |
| 21 | 1/25/2018 | Cheng, Earnestiena | 0.5 | Participate in call with Hahn & Hessen re: possible alternative scenarios in ACS sale. |
| 21 | 1/25/2018 | O'Trakoun, Kenny | 0.8 | Participate in call with UCC counsel to review ACS bid hearing outcome and potential term sheet. |
| 21 | 1/29/2018 | Star, Samuel | 0.1 | Participate in discussion with Hahn & Hessen re: ACS sale hearing and next steps. |
| **21 Total** | | | **17.4** | |
| 23 | 1/3/2018 | Cheng, Earnestiena | 0.3 | Prepare retention application. |
| 23 | 1/3/2018 | O'Trakoun, Kenny | 0.9 | Review and update retention application. |
| 23 | 1/3/2018 | Star, Samuel | 0.8 | Draft retention application and declaration. |
| 23 | 1/4/2018 | O'Trakoun, Kenny | 0.3 | Update retention papers for comments from counsel. |
| 23 | 1/4/2018 | Star, Samuel | 0.1 | Review Hahn & Hessen modifications to retention papers. |
| 23 | 1/5/2018 | Maloney, Caelum | 1.5 | Review retention document language for the Southern District of New York. |
| 23 | 1/5/2018 | Star, Samuel | 0.8 | Review United States trustees comments to indemnification language and respond to Hahn & Hessen. |
| 23 | 1/6/2018 | Star, Samuel | 0.2 | Review United States Trustees proposed indemnification language. |
| 23 | 1/8/2018 | Cheng, Earnestiena | 0.4 | Review US Trustee suggested changes to retention application. |
| 23 | 1/8/2018 | Maloney, Caelum | 0.7 | Examine indemnification language in retention agreement to see if it needs to be modified. |
| 23 | 1/9/2018 | Cheng, Earnestiena | 0.3 | Discuss retention application with counsel. |
| 23 | 1/9/2018 | Star, Samuel | 0.3 | Review UST indemnification language modifications and discuss with Hahn & Hessen. |
| 23 | 1/10/2018 | Star, Samuel | 0.2 | Markup retention order to comply with UST comments. |
| 23 | 1/18/2018 | Star, Samuel | 0.1 | Review revised retention order. |
| **23 Total** | | | **6.9** | |
| 24 | 1/17/2018 | Maloney, Caelum | 2.1 | Format and write the fee statement for the December fee application. |
| 24 | 1/17/2018 | Maloney, Caelum | 2.3 | Review time detail in December fee application. |
| 24 | 1/17/2018 | Maloney, Caelum | 2.1 | Review task codes in December fee application. |
| 24 | 1/17/2018 | O'Trakoun, Kenny | 0.5 | Review December bill. |
| 24 | 1/19/2018 | Maloney, Caelum | 1.3 | Edit December fee application with comments from team. |

**EXHIBIT C**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 24 | 1/22/2018 | Maloney, Caelum | 1.7 | Review fee application for December. |
| 24 | 1/23/2018 | Maloney, Caelum | 1.6 | Edit December fee application. |
| 24 | 1/24/2018 | Maloney, Caelum | 2.8 | Prepare December fee application. |
| 24 | 1/24/2018 | O'Trakoun, Kenny | 1.7 | Review billing statements and entries. |
| 24 | 1/25/2018 | Maloney, Caelum | 1.2 | Edit the December fee application. |
| 24 | 1/26/2018 | Maloney, Caelum | 1.8 | Review task codes in the December fee application. |
| 24 | 1/26/2018 | Star, Samuel | 0.1 | Review December fee statement. |
| 24 | 1/29/2018 | Star, Samuel | 0.9 | Review December fee statement. |
| 24 | 1/30/2018 | Maloney, Caelum | 0.5 | Meet with team to discuss workflow re: fee application. |
| 24 | 1/30/2018 | Maloney, Caelum | 2.8 | Continue reviewing December fee application. |
| 24 | 1/30/2018 | O'Trakoun, Kenny | 0.6 | Review billing entries for completeness. |
| 24 | 1/30/2018 | Star, Samuel | 0.9 | Meet with team re: deliverables for UCC call and December fee statement. |
| 24 | 1/31/2018 | Maloney, Caelum | 1.5 | Edit December fee application. |
| **24 Total** | | | 26.4 | |
| **Grand Total** | | | 285.9 | |

13

**EXHIBIT D**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| **Expense Type** | **Total Amount** |
|---|---:|
| Transportation | $ 80.68 |
| Working Meals | 335.16 |
| **Total** | **$ 415.84** |

Note: Expenses incurred during the Fee Period may not be included as such expenses may not have been captured in FTI's billing system on the date of filing this Fee Application

**EXHIBIT E**
**NAVILLUS TILE, INC. - CASE NO. 17-13162**
**FTI CONSULTING, INC.**
**EXPENSES DETAIL**
**FOR THE PERIOD JANUARY 1, 2017 TO JANUARY 31, 2017**

| DATE | PROFESSIONAL | EXPENSE TYPE | DESCRIPTION OF EXPENSE | TOTAL INVOICED |
|---|---|---|---|---|
| 12/15/17 | Cheng, Earnestiena | Transportation | Taxi – office to residences incurred as a result of working on case matters after hours. | $ 45.09 |
| 01/16/18 | Maloney, Caelum | Transportation | Taxi – office to residences incurred as a result of working on case matters after hours. | 7.48 |
| 01/18/18 | Maloney, Caelum | Transportation | Taxi – office to residences incurred as a result of working on case matters after hours. | 12.48 |
| 01/23/18 | Maloney, Caelum | Transportation | Taxi – office to residences incurred as a result of working on case matters after hours. | 7.76 |
| 01/24/18 | Maloney, Caelum | Transportation | Taxi – office to residences incurred as a result of working on case matters after hours. | 7.87 |
| | | **Transportation Total** | | $ 80.68 |
| 12/10/17 | Cheng, Earnestiena | Working Meals | Meal/dinner for E. Cheng (FTI) incurred as a result of working after hours on case matters. | 33.17 |
| 12/17/17 | Cheng, Earnestiena | Working Meals | Meal/dinner for E. Cheng (FTI) incurred as a result of working after hours on case matters. | 28.15 |
| 12/31/17 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 26.16 |
| 01/07/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 20.96 |
| 01/08/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 26.04 |
| 01/09/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 14.75 |
| 01/16/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 24.19 |
| 01/18/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 26.21 |
| 01/22/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 20.70 |
| 01/23/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 14.75 |
| 01/24/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 26.08 |
| 01/25/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 25.19 |
| 01/30/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 22.62 |
| 01/31/18 | Maloney, Caelum | Working Meals | Meal/dinner for C. Maloney (FTI) incurred as a result of working after hours on case matters. | 26.19 |
| | | **Working Meals Total** | | $ 335.16 |
| **Grand Total** | | | | **$ 415.84** |

Note: Expenses incurred during the Fee Period may not be included as such expenses may not have been captured in FTI's billing system on the date of filing this Fee Application

15