# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*

---

950 New Loudon Road, Suite 109, Latham, NY 12110-2100
(518) 786-9069    Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

June 25, 2018

Hon. Sean H. Lane
United States Bankruptcy Court
One Bowling Green
New York, New York  10004-1408

    Re:  Navillus Tile, Inc. dba Navillus Contracting
           Case No. 17-13162-shl
           Our File No. 18-05473

Dear Judge Lane:

    On behalf of our client, Daimler Trust, a Motion for Relief from the Automatic Stay was filed and is returnable June 26, 2018.  This shall confirm the Motion for Relief Hearing originally scheduled for June 26, 2018 has been adjourned to August 8, 2018 at 11:00 a.m.

    I thank the Court for its kind attention in this matter. Should the Court have any questions or require anything further, please do not hesitate to contact our office.

                                          Respectfully,
                                          Schiller, Knapp, Lefkowitz & Hertzel, LLP


                                           */s/ John M. Dubuc*
                                          John M. Dubuc, Esq.

JMD/blf

cc:   Elizabeth M. Aboulafia, Esq. (Debtor's Counsel)

---

Buffalo Office:  200 John James Audubon Parkway, Suite 202, Amherst, NY 14228   (518) 786-9069
Vermont Office:  PO Box 872, 5527 Main Street, Waitsfield, VT 05673   (802) 225-8351
New Jersey Office: 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302 (518) 786-9069
*Jaclyn C. Clemmer, Esq. is admitted to practice in NY and NJ and is the responsible attorney for the law firm's NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York