UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
NAVILLUS TILE, INC., DBA NAVILLUS                   :        Case No. 17-13162 (SHL)
CONTRACTING,                                        :
                                                    :
                        Debtor.                     :
-------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 56

On February 10, 2018, based on an audit of the books and records of Navillus Tile, Inc. d/b/a Navillus Contracting (the "Debtor") for January 1, 2014 through May 12, 2017 (the "Audit Period"), the Local 7 Terrazzo Benefit Funds (the "Terrazzo Funds") filed Proof of Claim No. 56 in the amount of $35,108.26. Subsequently, based on additional information, a revised audit found no notable deficiency in the Debtor's contributions to the Terrazzo Funds for the Audit Period.

Accordingly, the Terrazzo Funds hereby withdraw Proof of Claim No. 56.

Dated: New York, New York        Respectfully submitted,
       August 15, 2018
                                 VIRGINIA & AMBINDER, LLP


                        By:      __/s/ *Marc A. Tenenbaum*_____
                                 Marc A. Tenenbaum
                                 40 Broad Street, 7th Floor
                                 New York, New York 10004
                                 (212) 943-9080

                                 *Counsel for Local 7 Terrazzo Benefit Funds*