UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                               :

In re:                                         :    Chapter 11

NAVILLUS TILE, INC., DBA NAVILLUS       :    Case No. 17-13162 (SHL)
CONTRACTING

            Debtor.                         :

------------------------------------------------------------------x

**ORDER SCHEDULING HEARING ON SHORTENED
NOTICE TO CONSIDER MOTION FOR ENTRY OF AN ORDER (I)
CONDITIONALLY APPROVING DISCLOSURE STATEMENT; (II)
SCHEDULING COMBINED HEARING; (III) ESTABLISHING A VOTING
RECORD DATE; (IV) APPROVING SOLICITATION PACKAGES AND
PROCEDURES FOR DISTRIBUTION THEREOF; (V) APPROVING THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
SOLICITATION LETTER IN SUPPORT OF CONFIRMATION OF THE
PLAN; (VI) APPROVING THE  FORM OF BALLOT AND
ESTABLISHING PROCEDURES FOR VOTING ON THE PLAN;  (VII)
APPROVING THE FORM OF NOTICE TO NON-VOTING CLASSES
UNDER THE PLAN; (VIII) APPROVING THE FORM OF NOTICE OF
THE COMBINED HEARING; (IX) ESTABLISHING NOTICE AND
OBJECTION PROCEDURES FOR CONFIRMATION OF THE PLAN;
(X) SETTING RELATED DEADLINES; AND (XI) AUTHORIZING FILING
OF OMNIBUS ASSUMPTION MOTION**

Upon the motion (the "Motion to Shorten") of Navillus Tile, Inc., d/b/a Navillus Contracting, the above-captioned debtor and debtor-in-possession ("Navillus"), by and through its counsel, Cullen and Dykman LLP, for entry of an order pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to schedule a hearing on shortened notice to consider Navillus' *Motion for Entry of an Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined Hearing; (III) Establishing a Voting Record Date; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Official Committee of Unsecured Creditors' Solicitation Letter in Support of Confirmation of the Plan;*

*(VI) Approving the Form of Ballot and Establishing Procedures for Voting on the Plan; (VII) Approving the Form of Notice to Non-Voting Classes Under the Plan; (VIII) Approving the Form of Notice of the Combined Hearing; (IX) Establishing Notice and Objection Procedures for Confirmation of the Plan; (X) Setting Related Deadlines; and (XI) Authorizing the Filing of Omnibus Assumption Motion* (the "Motion") filed on August 20, 2018 by Navillus; and after due deliberation and sufficient cause appearing to shorten notice of the hearing on the Motion required under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules for the Southern District of New York (the "Local Rules"); it is hereby

**ORDERED**, that a hearing will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, Courtroom 701, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 on **August 27, 2018 at 2:00 p.m.** (EST) (the "Hearing"), to consider the Motion; and it is further

**ORDERED**, that as soon as possible and in no event later than one (1) business day of entry of this Order, copies of this Order and the Motion shall be served on all parties entitled to notice under this Court's *Order Establishing Notice Procedures and a Master Service List*.  If the Motion to Shorten is granted, Navillus will serve the Order approving the Motion to Shorten by electronic mail (where available) and first-class mail on the same parties; and it is further

~~**ORDERED,** that responses or objections, if any, to the relief sought in the Motion, must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court and be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (a copy of which can be found at *www.nysb.uscourts.gov*, the official website for the United States Bankruptcy Court for the Southern District of New York), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest,~~

~~on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and shall be served upon: (i) counsel to Navillus, Cullen and Dykman LLP, Attn: C. Nathan Dee, Esq. and Elizabeth M. Aboulafia, Esq., 100 Quentin Roosevelt Blvd., Garden City, New York 11530; (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Paul Schwartzberg, Esq.; and (iii) all parties who have filed a notice of appearance and request for service of documents, so as to be actually received by no later than 4:00 p.m. (prevailing Eastern Time) on _____ (the "Objection Deadline"); and it is further~~

**ORDERED**, that in accordance with Bankruptcy Rules 9006 and Local Rule 9077-1(a), notice of the Hearing is shortened and shall be deemed sufficient and adequate if served in accordance with the terms of this Order.

Dated:  August 20, 2018
       New York, New York            */s/ Sean H. Lane*
                                            HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE