Melanie L. Cyganowski, Esq.
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

*Special Litigation and Conflicts Counsel for*
*Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re:                                                                   :    Chapter 11
                                                                              :
NAVILLUS TILE, INC., D/B/A NAVILLUS          :    Case No. 17-13162 (SHL)
CONTRACTING,                                                  :
                                                                              :
                              Debtor.                            :
                                                                              :
-----------------------------------------------------------------x

**NOTICE OF HEARING ON PAVARINI McGOVERN LLC'S OBJECTION TO THE
DEBTOR'S NOTICE OF PRESENTMENT OF AN ORDER PURSUANT TO
<u>BANKRUPTCY RULE 2004 AUTHORIZING ISSUANCE OF SUBPOENA</u>**

**PLEASE TAKE NOTICE** that a hearing will be held on **September 13, 2018 at 10:00 a.m.** (the "<u>Hearing Date</u>") before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 701, New York, New York 10004, or as soon thereafter as counsel can be heard, to consider the Objection to Motion for Order Authorizing Issuance of Subpoenas Pursuant to Rule 2004 (the "<u>Objection</u>")(Dkt. No. 478) filed by Pavarini McGovern LLC ("<u>Pavarini</u>") by its attorneys, Schiff Hardin LLP to the Notice of Presentment filed by Navillus Tile, Inc., d/b/a Navillus Contracting, by its special litigation and conflicts counsel, Otterbourg P.C. (Dkt. No. 444), whereby the Debtor is seeking the entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Debtor to issue a subpoena to Pavarini.

5398690.1

**PLEASE TAKE FURTHER NOTICE** that the Hearing Date on the Objection may be adjourned without further notice except as announced in open court on the Hearing Date.

Dated: New York, New York
August 21, 2018

                OTTERBOURG P.C.

By:   /s/ *Melanie L. Cyganowski*
      Melanie L. Cyganowski
      230 Park Avenue
      New York, NY 10169
      212.661.9100

*Counsel for the Navillus Tile, Inc., d/b/a Navillus Contracting*