CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re:                                                                      :    Chapter 11
                                                                                  :
NAVILLUS TILE, INC., DBA NAVILLUS                      :    Case No. 17-13162 (SHL)
CONTRACTING                                                          :
                                                                                  :
                              Debtor.                                  :
                                                                                  :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Navillus Tile, Inc. hereby withdraws, without prejudice, the *Application for Entry of an Order Expanding the Scope of the Retention and Employment of Teneo Capital LLC* [Docket No. 475].

Dated:  Garden City, New York
           August 24, 2018

                                                                CULLEN AND DYKMAN LLP

                                                                By: *s/ Elizabeth M. Aboulafia*
                                                                C. Nathan Dee, Esq.
                                                                Elizabeth M. Aboulafia, Esq.
                                                                100 Quentin Roosevelt Boulevard
                                                                Garden City, NY  11530
                                                                (516) 357-3700

                                                                Counsel for Navillus Tile, Inc.