CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                                                   :
In re:                                                             :   Chapter 11
                                                                   :
NAVILLUS TILE, INC., DBA NAVILLUS                                  :   Case No. 17-13162 (SHL)
CONTRACTING                                                        :
                                                                   :
                    Debtor.                                        :
                                                                   :
-------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that on August 27, 2018, the above-captioned debtor and debtor-in-possession ("Navillus or the "Debtor") filed the *Debtor's Eighth Omnibus Objection to Disallow and Expunge or Reclassify Claims* (the "Objection") [Docket No. 604]. A hearing (the "Hearing") was scheduled to consider the relief requested in the Objection for October 4, 2018 at 11:00 a.m. (prevailing Eastern Time) in Courtroom 701, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that Navillus has adjourned the Hearing on the Objection to October 24, 2018 at 11:00 a.m. (prevailing Eastern Time). The response deadline, as set forth in the Objection, remains unchanged unless otherwise agreed with Navillus.

Dated: Garden City, New York
      September 17, 2018

                                        CULLEN AND DYKMAN LLP

                                        By: *s/ Elizabeth M. Aboulafia*
                                        C. Nathan Dee, Esq.
                                        Elizabeth M. Aboulafia, Esq.
                                        100 Quentin Roosevelt Boulevard
                                        Garden City, NY  11530
                                        (516) 357-3700

                                        Counsel for Navillus Tile, Inc.