CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Counsel for Navillus Tile, Inc.,*
*d/b/a Navillus Contracting*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                              :
In re:                                        : Chapter 11
                                              :
NAVILLUS TILE, INC., DBA NAVILLUS             : Case No. 17-13162 (SHL)
CONTRACTING                                   :
                                              :
                                              :
                                              :
---------------------------------------------------------------x

## NOTICE OF (I) NAVILLUS' INTENT TO ASSUME CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS RELATED THERETO

**TO ALL NON-DEBTOR COUNTERPARTIES TO EXECUTORY CONTRACTS OR UNEXPIRED LEASES WITH NAVILLUS:**

**PLEASE TAKE NOTICE** pursuant to the *First Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc., d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code* dated August 24, 2018 (as it may be further amended, modified, and supplemented, the "Plan")[1] filed by Navillus Tile, Inc., *d/b/a* Navillus Contracting, the above-captioned debtor and debtor-in-possession ("Navillus"), Navillus is seeking authority to, among other things, assume certain prepetition Executory Contracts and Unexpired Leases pursuant to section 365 of the Bankruptcy Code.

**PLEASE THAT FURTHER NOTICE** that in connection with the Plan, Navillus has filed a schedule (the "Assumption and Cure Schedule") designating each Executory Contract and Unexpired Lease to be assumed pursuant to the Plan and the cure amount, if any, related to such proposed assumption.[2] You are receiving this notice because you are a counterparty to one or

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.
[2] Unless otherwise specified on the Assumption and Cure Schedule, each Executory Contract and Unexpired Lease listed thereon shall include any and all modifications, amendments, supplements, restatements or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects the

more of the Executory Contracts and Unexpired Leases set forth on the Assumption and Cure Schedule collectively annexed hereto as **Exhibits A** and **B**.

**PLEASE TAKE FURTHER NOTICE** that if you have questions about why the Executory Contracts or Unexpired Leases to which you are a counterparty are identified on the Assumption and Cure Schedule, you may contact Navillus' counsel at:

If you are a counterparty to an Executory Contract or Unexpired Lease listed on **Exhibit A**:

> Cullen and Dykman LLP
> 100 Quentin Roosevelt Blvd.
> Garden City, New York 11530
> C. Nathan Dee, Esq.
> Elizabeth M. Aboulafia, Esq.
> (516) 357-3700
> ndee@cullenanddykman.com
> eaboulafia@cullenanddykman.com

If you are a counterparty to an Executory Contract or Unexpired Lease listed on **Exhibit B**:

> Otterbourg, P.C.
> Attn: Melanie L. Cyganowski, Esq.
> 230 Park Avenue
> New York, New York 10169
> (212) 661-9100
> mcyganowski@otterbourg.com

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has established October 1, 2018 at 5:00 p.m. (EST) (the "Objection Deadline") as the date by which all non-debtor counterparties to the Executory Contracts and Unexpired Leases must electronically file with the Clerk of the Bankruptcy Court any objections to the cure amount listed by Navillus on the Assumption and Cure Schedule or the assumption of any Executory Contract or Unexpired Lease listed on the Assumption and Cure Schedule, and serve a copy of such objection on the following parties: (i) counsel to Navillus, Cullen and Dykman LLP, Attn: C. Nathan Dee, Esq. and Elizabeth M. Aboulafia, Esq., 100 Quentin Roosevelt Blvd., Garden City, New York 11530 (if you are a counterparty to an Executory Contract or Unexpired Lease listed on **Exhibit A**) or Otterbourg, P.C., Attn: Melanie L. Cyganowski, Esq., 230 Park Avenue, New York, New York 10169 (if you are a counterparty to an Executory Contract or Unexpired Lease listed on **Exhibit B**); (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Paul Schwartzberg, Esq.; and (iii) the attorneys for the Committee, Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, Attn: Mark T. Power, Esq.

---

Executory Contract or Unexpired Lease, without regard to whether such agreement, instrument or other document is listed on the Assumption and Cure Schedule.

**PLEASE TAKE FURTHER NOTICE** that of there are objections filed, the Bankruptcy Court may either schedule such objection to be heard at the Combined Hearing on October 10, 2018 at 11:00 a.m. or at a later hearing on a date to be set by the Bankruptcy Court. Any hearing on any objections to the Assumption and Cure Schedule will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Courtroom 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that Navillus reserves the right, on or prior to the Confirmation Date, to amend the Assumption and Cure Schedule. Navillus shall provide notice of any amendments to the Assumption and Cure Schedule to the parties affected thereby. The listing of a document on the Assumption and Cure Schedule shall not constitute an admission by Navillus that such document is an Executory Contract or an Unexpired Lease or that Navillus has any liability thereunder. If no cure amount for an assumed Executory Contract or Unexpired Lease is listed in the Assumption and Cure Schedule, the cure amount shall be deemed to be $0.

**PLEASE TAKE FURTHER NOTICE** that notwithstanding anything to the contrary in the Plan, Navillus or Reorganized Navillus, as applicable, shall be authorized to reject any Executory Contract or Unexpired Lease that is subject to a dispute concerning amounts necessary to cure any defaults through the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that each counterparty to an Executory Contract or Unexpired Lease that does not file an objection to the Assumption and Cure Schedule on or before the Objection Deadline will be deemed to consent to the assumption of such Executory Contract or Unexpired Lease and the proposed cure amount (if any) with respect to such agreement, and shall be forever barred from objecting to the assumption or proposed cure amount or asserting any other objections against Navillus, Reorganized Navillus and its estate arising out of such Executory Contracts or Unexpired Leases.

Dated: Garden City, New York
       September 20, 2018

| | |
|---|---|
| CULLEN AND DYKMAN LLP | OTTERBOURG, P.C. |
| By: _/s/ Elizabeth M. Aboulafia_ | |
| C. Nathan Dee, Esq. | Melanie Cyganowski, Esq. |
| Elizabeth M. Aboulafia, Esq. | 230 Park Avenue |
| 100 Quentin Roosevelt Boulevard | New York, NY 10169 |
| Garden City, NY 11530 | (212) 661-9100 |
| (516) 357-3700 | |
| *Counsel for Navillus Tile, Inc.,* | *Special Litigation and Conflicts* |
| *d/b/a Navillus Contracting* | *Counsel for Navillus Tile, Inc.* |

**Exhibit A**

**Assumption and Cure Schedule**

|  | **Non-Debtor Contractual Counterparty** | **Address** | **Description of Contract or Lease** | **Date of Contract or Lease** | **Cure Costs** |
|---|---|---|---|---|---|
| 1 | Air Masters, Inc. | 1935 Richmond Terrace Staten Island, NY 10302 | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #33 | 10/10/16 | $0.00 |
| 2 | Bricklayers and Allied Craftworkers, L1 | 4 Ct Square W. #1 Long Island City, NY 11101 | Collective Bargaining Agreement | | $0.00 |
| 3 | Building and Construction Trades Council | 71 W 23rd St., Ste. 501-03 New York, NY 10010 | Multiemployer Collective Bargaining Agreement | | $0.00 |
| 4 | Building Contractors Association | 451 PARK AVENUE SOUTH NEW YORK, NY 10016 | Negotiation and administration of CBAs | | $0.00 |
| 5 | CNY Construction 10 LLC | 214 WEST 39TH STREET, STE. 804 NEW YORK, NY 10018 | Trade Contract for 110 University Place No. 4020-10-04-0010-NATIIN-000 | | $0.00 |
| 6 | Construction Risk Partners | 252 W. 37th St., Ste. 200E New York, NY 10018 | Brokerage Agreement | | $0.00 |
| 7 | E.E. Cruz And Tully Construction Co., A Joint Venture, LLC | 32 Avenue of the Americas 13th Floor New York, NY 10013 | Subcontract Agreement | | $0.00 |
| 8 | General Building Laborers' Local Union No. 66 | 1600 Walt Whitman Road, Melville, NY 11747 | Collective Bargaining Agreement | 04/05/16 | $0.00 |
| 9 | Gilbane Building Company | 88 Pine Street 27th Floor New York, NY 10005 | Subcontract re: NY Presbyterian Hospital | 08/24/17 | $0.00 |

| | **Non-Debtor Contractual Counterparty** | **Address** | **Description of Contract or Lease** | **Date of Contract or Lease** | **Cure Costs** |
|---|---|---|---|---|---|
| 10 | Gilbane Building Company | 88 Pine Street, 27th Floor New York, NY 10005 | Construction Work at 55 Hudson Yards | | $0.00 |
| 11 | International Union of Operating Engineers, L14 | 141-57 Northern Blvd. Flushing, NY 11354 | Collective Bargaining Agreement | | $0.00 |
| 12 | JRM Construction Management | 242 West 36th St., 9th Fl. New York, NY 10018 | Construction Agreement re: Concrete Masonry | | $0.00 |
| 13 | JRM Construction Management, LLC | 242 West 36th St., 9th Fl. New York, NY 10018 | Master Subcontractor Agreement | 11/28/16 | $0.00 |
| 14 | KG Power Systems | 150 Laser Ct. Hauppauge, NY 11788 | Subcontractor Agreement | | $0.00 |
| 15 | Lend Lease (US) Construction LMB, Inc. | 200 Park Avenue New York, NY 10166 | Construction Agreement with Lease | 10/01/13 | $0.00 |
| 16 | Leon DeMatteis Construction Corp. | 820 Elmont Road Elmont, NY 11003 | Renovation of IS 323 | | $0.00 |
| 17 | LIUNA Construction & General Bldg. Laborers, L79 | 520 Eighth Ave. #679 New York, NY 10018 | Collective Bargaining Agreement | | $0.00 |
| 18 | Mason Tenders District Council | 520 8th Ave, #650, New York, NY 10018 | Collective Bargaining Agreement | | $0.00 |
| 19 | New York City School Construction Authority | 3030 Thomson Ave. Long Island City, NY 11101 | Project Labor Agreement for Fiscal Years 2015-2019 | | $0.00 |
| 20 | New York City School Construction Authority | 3030 Thomson Ave. Long Island City, NY 11101 | Construction work at PS K280 Educational Campus | | $0.00 |

| | **Non-Debtor Contractual Counterparty** | **Address** | **Description of Contract or Lease** | **Date of Contract or Lease** | **Cure Costs** |
|---|---|---|---|---|---|
| 21 | Operating Engineers and Surveyors, L15, 15d 138 | 44-40 11th St. Long Island City, NY 11101 | Collective Bargaining Agreement | | $0.00 |
| 22 | Skanska USA Building Inc. | 350 5th Avenue 32nd Floor New York, NY 10118 | Subcontract Agreement for 370 Jay Street Tile | 08/05/16 | $0.00 |
| 23 | Skanska USA Building Inc. | Empire State Building 575 Fifth Avenue 29th Floor New York, NY 10017 | Subcontract Agreement for NYU 370 Jay Street | 08/11/15 | $0.00 |
| 24 | Skanska USA Building Inc. | 350 5th Avenue 32nd Floor New York, NY 10118 | Construction Agreement re: Carpentry for Project Dream | 07/06/17 | $0.00 |
| 25 | Skanska USA Building Inc. | 350 5th Avenue 32nd Floor New York, NY 10118 | Construction Agreement for General Construction Trades | | $0.00 |
| 26 | STV Construction, Inc. | 225 Park Avenue South New York, NY 10003 | Construction Agreement | 01/11/16 | $0.00 |
| 27 | The Laquila Group, Inc. | 1590 Troy Avenue Brooklyn, NY 11234 | Construction Agreement re: 74 Trinity Place | 05/24/17 | $0.00 |
| 28 | Tishman Construction Corp. | 100 Park Ave New York, NY 10017 | Construction Agreement re: NYU LMC Ambulatory Care Center | 08/21/17 | $0.00 |
| 29 | Tishman Construction Corp. | 100 Park Ave New York, NY 10017 | General Construction Contract re: Hurricane Sandy Residential Community Recovery Package #33 | 10/03/16 | $0.00 |
| 30 | Tishman Construction Corp. | 100 Park Ave New York, NY 10017 | General Construction Contract | 10/03/16 | $0.00 |
| 31 | Tishman Construction | 100 Park Ave New York, NY | General Construction Contract re: Hurricane Sandy | 05/02/17 | $0.00 |

| | **Non-Debtor Contractual Counterparty** | **Address** | **Description of Contract or Lease** | **Date of Contract or Lease** | **Cure Costs** |
|---|---|---|---|---|---|
| | Corp. | 10017 | Residential Community Recovery Package #22 | | |
| 32 | Tishman Construction Corp. | 100 Park Ave New York, NY 10017 | Project Labor Agreement for Hurricane Sandy Community Recovery | | $0.00 |
| 33 | Tishman Construction Corp. | 100 Park Ave New York, NY 10017 | Project Labor Agreement for One Vanderbilt | | $0.00 |
| 34 | Tishman Construction Corp. | 100 Park Ave New York, NY 10017 | Trade Contract Agreement for NYU Smillow Cellar Rebuild | | $0.00 |

**Exhibit B**

**Assumption and Cure Schedule**

| | **Non-Debtor Contractual Counterparty** | **Address** | **Description of Contract or Lease** | **Date of Contract or Lease** | **Cure Costs** |
|---|---|---|---|---|---|
| 1 | Hunter Roberts Construction Group | 55 Water Street 51st New York, NY 10017 | Subcontract Agreement re: Pier 57 (Concrete) | | $0.00 |
| 2 | Hunter Roberts Construction Group | 55 Water Street 51st New York, NY 10017 | Subcontract Agreement re: Pier 57 (Masonry) | | $0.00 |
| 3 | New York City Housing Authority | 250 Broadway New York, NY 10001 | General Construction Contract re: Astoria Houses | 06/26/17 | $0.00 |
| 4 | New York City Housing Authority | 250 Broadway New York, NY 10001 | General Construction Contract re: Construction Agreement re Redfern Houses | | $0.00 |
| 5 | New York City Housing Authority | 250 Broadway New York, NY 10001 | General Construction Contract re: Construction Agreement re LaGuardia Houses | | $0.00 |
| 6 | New York City Housing Authority | 250 Broadway New York, NY 10001 | General Construction Contract re: Construction Agreement re Ocean Bay Houses | | $0.00 |
| 7 | New York City Housing Authority | 250 Broadway New York, NY 10001 | General Construction re: Smith House | 05/04/17 | $0.00 |
| 8 | New York City Housing Authority | 250 Broadway New York, NY 10001 | Project Labor Agreement for Multiple Locations | | $0.00 |
| 9 | Signature Financial LLC | 225 Broadhollow Road, Suite 132W Melville, NY 11747 | Security Agreement Regarding Purchase of Equipment | | $0.00 |
| 10 | Signature Financial LLC | 225 Broadhollow Road, Suite 132W Melville, NY 11747 | Security Agreement Regarding Purchase of Equipment | | $0.00 |
| 11 | Structure Tone, Inc. | 770 Broadway New York, NY | Subcontract re: Time Warner Headquarters | | $0.00 |

|    | **Non-Debtor Contractual Counterparty** | **Address** | **Description of Contract or Lease** | **Date of Contract or Lease** | **Cure Costs** |
|----|------|------|------|------|------|
|    | Structure Tone, LLC | 10003<br><br>330 West 34th Street<br>New York, NY 10001 |  |  |  |
| 12 | Turner Construction Company | 375 Hudson St., 6th Fl.<br>New York, NY 10004 | Subcontract Agreement re: Sca PS 398 (Queens) | 06/16/17 | $0.00 |
| 13 | Turner Construction Company | 375 Hudson St., 6th Fl.<br>New York, NY 10004 | Construction Agreement re: Concrete Slab and broom finish |  | $0.00 |
| 14 | Tutor Perini Building Corp. | 360 West 31st Street, Suite 1510<br>New York, NY 10001 | Subcontract No. 10194600-SC-040 for Hudson Yards Platform |  | $0.00 |