CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.

*Counsel to Navillus Tile, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| NAVILLUS TILE, INC., DBA NAVILLUS CONTRACTING | : Case No. 17-13162 (SHL) |
| | : |
| Debtor. | : |
| | : |

---------------------------------------------------------------x

## NOTICE OF PROPOSED AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON OCTOBER 10, 2018 AT 11:00 A.M.

Date and Time:        October 10, 2018 at 11:00 a.m. (Prevailing Eastern Time)

Location of Hearing: United States Bankruptcy Court for the
                     Southern District of New York
                     The Honorable Sean H. Lane
                     One Bowling Green
                     Courtroom 701
                     New York, New York 10004-1408

### I.    UNCONTESTED MATTERS

1.  Amended Disclosure Statement With Respect to Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code  [Docket No. 602]

    Related Documents:

    A.    Motion for Entry of an Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined hearing; (III) Establishing a Voting Record Date; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Official Committee of Unsecured Creditors Solicitation Letter in Support of Confirmation of the Plan; (VI) Approving the Form of Ballot and Establishing Procedures for Voting on

the Plan; (VII) Approving the Form of Notice to Non-Voting Classes Under the Plan; (VIII) Approving the Form of Notice of the Combined hearing; (IX) Establishing Notice and Objection Procedures for Confirmation of the Plan; (X) Setting Related Deadlines; and (XI) Authorizing the Filing of Omnibus Assumption Motion  [Docket No. 589]

B.    Order (I) Conditionally Approving Disclosure Statement; (II) Scheduling Combined hearing; (III) Establishing a Voting Record Date; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Official Committee of Unsecured Creditors Solicitation Letter in Support of Confirmation of the Plan; (VI) Approving the Form of Ballot and Establishing Procedures for Voting on the Plan; (VII) Approving the Form of Notice to Non-Voting Classes Under the Plan; (VIII) Approving the Form of Notice of the Combined hearing; (IX) Establishing Notice and Objection Procedures for Confirmation of the Plan; (X) Setting Related Deadlines;(XI) Authorizing the Filing of Omnibus Assumption Motion; And (XII) Allowing Union Parties Cure Claims For Voting Purposes [Docket No. 607]

C.    Notice of Filing Exhibit to Amended Disclosure Statement [Docket No. 670]

STATUS: Hearing on this matter will go forward.

## II.    <u>CONTESTED MATTERS</u>

1.  Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket No. 603]

<u>Related Responses</u>:

A.    Objection to Confirmation of Amended Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code filed by Hunter Roberts Construction Group LLC [Docket No. 668]

B.    Reply to Motion Limited Objection filed by Hunter Roberts Construction Group LLC [Docket No. 676]

<u>Other Related Documents</u>:

C.    Notice of Navillus' Intent to Reject Certain Executory Contracts and Unexpired Leases with Navillus [Docket No. 639]

D.    Notice of (I) Navillus' Intent to Assume Certain Executory Contracts and Unexpired Leases and (II) Cure Amounts Related Thereto [Docket No. 640]

E.    Plan Supplement for Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket No. 643]

F.    *Amended* Plan Supplement for Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under

Chapter 11 of the Bankruptcy Code [Docket No. 661]

G.  Certification of Ballots of Garden City Group, LLC [Docket No. 666]

H.  Declaration of Christopher K. Wu in Support of Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket No. 671]

I.  Declaration of William E. Fischer in Support of Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket. No. 672]

J.  Notice of Proposed Order Confirming Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket No. 673]

K.  *Amended* Declaration of William E. Fischer in Support of Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket No. 675]

L.  Memorandum of Law in Support of Consensual Amended Chapter 11 Plan of Reorganization of Navillus Tile, Inc. d/b/a Navillus Contracting Under Chapter 11 of the Bankruptcy Code [Docket No. 677]

STATUS: Hearing on this matter will go forward.

## III.   ADJOURNED MATTERS

1.  Omnibus Motion to Assume Leases or Executory Contracts [Docket No. 618]

STATUS: Hearing on this matter with respect to contract no. 67 has been adjourned to October 24, 2018 at 11:00 a.m.

2.  Objection and Reservation of Rights of JRM Construction Management, LLC [Docket No. 662]

STATUS: Hearing on this matter has been adjourned to October 24, 2018 at 11:00 a.m.

Dated: Garden City, New York
October 8, 2018                              CULLEN AND DYKMAN LLP

By: s/ *Elizabeth M. Aboulafia*
C. Nathan Dee, Esq.
Elizabeth M. Aboulafia, Esq.
100 Quentin Roosevelt Boulevard
Garden City, NY  11530
(516) 357-3700
*Counsel to Navillus Tile, Inc.*