UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                  :
In re                                             :    Chapter 11
                                                  :
NAVILLUS TILE, INC., DBA NAVILLUS     :    Case No. 17-13162 (SHL)
CONTRACTING                                       :
                                                  :
                Debtor.                           :
                                                  :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF WASHINGTON )
                                        ) ss
COUNTY OF KING            )

I, Emily Young, being duly sworn, depose and state:

1.      I am a Senior Consultant with Epiq Class Action & Claims Solutions, Inc.,[1] the claims and noticing agent for the debtor and debtor-in-possession (the "Debtor") in the above-captioned proceeding. Our business address is 1531 Utah Ave South, Suite 600, Seattle, Washington 98134.

2.      On October 8, 2018, at the direction of Cullen and Dykman LLP, Counsel for the Debtor, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on Exhibit A annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses) and by first class mail on the parties identified on Exhibit B annexed hereto (Master Service List and Notice of Appearance Parties without email addresses and Interested Parties):

---

[1] Garden City Group, LLC was acquired by Epiq Class Action and Claims Solutions, Inc. on June 15, 2018.

- **Notice of Proposed Agenda of Matters Scheduled for Hearing on October 10, 2018 at 11:00 A.M.** [Docket No. 678].

/s/ Emily Young
Emily Young

Sworn to before me this 9th day of
October, 2018

/s/ Katherine Hathaway
Katherine A. Hathaway
Notary Public, State of Washington
No. 184372
Commission Expires February 26, 2020

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| BARNES, IACCARINO & SHEPHERD LLP | ATTN DANA L HENKE | 258 SAW MILL RIVER ROAD | | | ELMSFORD | NY | 10523 | dhenke@bislawfirm.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN MICHAEKL J BARRIE ESQ | 222 DELAWARE AVENUE, SUITE 801 | | | WILMINGTON | DE | 19801 | mbarrie@beneschlaw.com |
| BORGES & ASSOCIATES, LLC | ATTN WANDA BORGES, ESQ | 575 UNDERHILL BLVD, STE 118 | | | SYOSSET | NY | 11791 | bankruptcy@borgeslawllc.com |
| BRADY MCGUIRE & STEINBERG, P.C. | ATTN JAMES M STEINBERG | 303 SOUTH BROADWAY, SUITE 234 | | | TARRYTOWN | NY | 10591 | james@bradymcguiresteinberg.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN ADAM P. FRIEDMAN, ESQ. | 11 TIMES SQUARE, FL 31 | | | NEW YORK | NY | 10036 | afriedman@csglaw.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN SCOTT A ZUBER, ESQ | ONE BOLAND DRIVE | | | WEST ORANGE | NJ | 07052 | szuber@csglaw.com |
| CHIESA SHAHINIAN & GIANTOMASI PC | ATTN ROBERT E NIES, ESQ | ONE BOLAND DRIVE | | | WEST ORANGE | NJ | 07052 | rnies@csglaw.com |
| COHEN, WEISS AND SIMON LLP | AND KENNEDY JENNIK & MURRAY, PC | ATTN THOMAS M KENNEDY, ESQ | 900 3RD AVE | | NEW YORK | NY | 10022-4728 | TKENNEDY@KJMLABOR.COM, tkennedy@cwsny.com |
| COHEN, WEISS AND SIMON LLP | AND KENNEDY, JENNIK & MURRAY, P.C. | ATTN SUSAN M JENNIK, ESQ | 900 3RD AVE | | NEW YORK | NY | 10022-4728 | sjennik@cwsny.com |
| COHEN, WEISS AND SIMON LLP | C/O COHEN, WEISS & SIMON, LLP | 900 THIRD AVENUE | | | NEW YORK | NY | 10022 | sjennik@cwsny.com |
| CULLEN AND DYKMAN | ATTN ELIZABETH M ABOULAFIA | 100 QUENTIN ROOSEVELT BLVD | | | GARDEN CITY | NY | 11530-4850 | eaboulafia@cullenanddykman.com |
| DOAR RIECK KALEY & MACK | ATTN JOEL A SIEGEL, ESQ | 217 BROADWAY, SUITE 707 | | | NEW YORK | NY | 10007 | jasnycesq@aol.com |
| DOAR RIECK KALEY & MACK | ATTN MICHAEL MINNEFOR, ESQ | 217 BROADWAY, SUITE 707 | | | NEW YORK | NY | 10007 | mminnefor@doarlaw.com; jasnycesq@aol.com |
| EPSTEIN BECKER & GREEN, P.C. | ATTN WENDY G MARCARI, ESQ | 250 PARK AVENUE | | | NEW YORK | NY | 10017 | wmarcari@ebglaw.com |
| FLANAGAN LAW PLLC | RICHARD J FLANAGAN ESQ | 1370 BROADWAY, SUITE 566 | | | NEW YORK | NY | 10018 | rflanagan@flanaganlawny.com |
| FREEBORN & PETERS LLP | ATTN DEVON J. EGGERT, ESQ. | 311 S WACKER DR, STE 3000 | | | CHICAGO | IL | 60606 | deggert@freeborn.com |
| GARDEN CITY GROUP, LLC | ATTN SUSAN PERSICHILLI | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 | susan.persichilli@epiqglobal.com |
| GARVEY, CUSHNER & ASSOCIATES, PLLC | ATTN JAMES J. RUFO, ESQ. | 50 MAIN ST, STE 390 | | | WHITE PLAINS | NY | 10606 | jrufo@thegcafirm.com |
| GARVEY, CUSHNER & ASSOCIATES, PLLC | C/O CUSHNER & ASSOCIATES, PC | ATTN JAMES J RUFO ESQ | 399 KNOLLWOOD ROAD SUITE 205 | | WHITE PLAINS | NY | 10603 | JRufo@CushnerLegal.com |
| GIBBONS PC | ATTN BRETT S THEISEN | ONE PENNSYLVANIA PLAZA, 37TH FL. | | | NEW YORK | NY | 10119-3701 | btheisen@gibbonslaw.com |
| GORDON & REES LLP | ATTN RONALD A GILLER ESQ | ONE BATTERY PARK PLAZA, 28TH FL | | | NEW YORK | NY | 10004 | rgiller@gordonrees.com |
| GORDON & REES LLP | ATTN JENNIFER A GUIDEA, ESQ | ONE BATTERY PARK PLAZA, 28TH FL | | | NEW YORK | NY | 10004 | jguidea@gordonrees.com |
| HAHN & HESSEN LLP | ATTN MARK T POWER, ESQ | 488 MADISON AVE | | | NEW YORK | NY | 10022 | Mpower@hahnhessen.com |
| HAHN & HESSEN LLP | ATTN JEFFREY ZAWADZKI, ESQ | 488 MADISON AVE | | | NEW YORK | NY | 10022 | Jzawadzki@hahnhessen.com |
| HERRICK, FEINSTEIN LLP | ATTN STEPHEN B. SELBST, ESQ. | TWO PARK AVE | | | NEW YORK | NY | 10016 | sselbst@herrick.com |
| JOSEPH J. FERRARA, ESQ. | 120-05 31ST AVE | | | | FLUSHING | NY | 11354 | jjferrara@ferraraconcrete.com |
| KAUFMAN DOLOWICH & VOLUCK, LLP | ATTN MEGAN E YLLANES, ESQ | 135 CROSSWAYS PARK DR, STE 201 | | | WOODBURY | NY | 11797 | myllanes@kdvlaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH ESQ | 1835 MARKET STREET | | | PHILADELPHIA | PA | 19103 | rlemisch@klehr.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN GAETANO P PICCIRILLI ESQ | 1835 MARKET STREET | | | PHILADELPHIA | PA | 19103 | gpiccirilli@klehr.com |
| LAMONICA HERBST & MANISCALCO, LLP | ATTN JOSEPH S. MANISCALCO, ESQ. | 3305 JERUSALEM AVENUE, SUITE 201 | | | WANTAGH | NY | 11793 | jsm@lhmlawfirm.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| LORI LAPIN JONES PLLC | ATTN LORI LAPIN JONES | 98 CUTTER MILL ROAD - SUITE 201 NORTH | | | GREAT NECK | NY | 11021 | ljones@jonespllc.com |
| MARKOWITZ & RICHMAN | ATTN STEPHEN C RICHMAN ESQ | 123 SOUTH BROAD STREET | SUITE 2020 | | PHILADELPHIA | PA | 19103 | srichman@markowitzandrichman.com |
| MARKOWITZ & RICHMAN | ATTN R MATTHEW PETTIGREW JR ESQ | 123 SOUTH BROAD STREET | SUITE 2020 | | PHILADELPHIA | PA | 19109 | mpettigrew@markowitzandrichman.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN MARK A ROSEN | 225 LIBERTY STREET, 36TH FLOOR | | | NEW YORK | NY | 10281 | mrosen@mdmc-law.com |
| OFFICE OF THE U.S. TRUSTEE | U.S. FEDERAL OFFICE BUILDING | ATTN: PAUL SCHWARTZBERG | 201 VARICK STREET, ROOM 1006 | | NEW YORK | NY | 10014 | paul.schwartzberg@usdoj.gov |
| PECKAR & ABRAMSON PC | ATTN HOWARD ROSEN | 1325 AVENUE OF THE AMERICAS FL 10 | | | NEW YORK | NY | 10019-7850 | HRosen@pecklaw.com |
| RONALD MICHALSKI | C/O SACKSTEIN SACKSTEIN & LEE LLP | ATTN MICHAEL M SZECHTER | 1140 FRANKLIN AVENUE, SUITE 210 | | GARDEN CITY | NY | 11530 | mszechter@sacksteinlaw.com |
| ROSEN & ASSOCIATES, P.C. | ATTN SANFORD P. ROSEN, ESQ. | 747 THIRD AVE | | | NEW YORK | NY | 10017-2803 | srosen@rosenpc.com |
| ROSENBERG & ESTIS, P.C. | ATTN MICHAEL A. PENSABENE, ESQ. | 733 THIRD AVENUE | | | NEW YORK | NY | 10017 | mpensabene@rosenbergestis.com |
| ROSENBERG & ESTIS, P.C. | ATTN ETHAN R. COHEN, ESQ | 733 THIRD AVENUE | | | NEW YORK | NY | 10017 | ecohen@rosenbergestis.com |
| SAIBER LLC | ATTN JOHN M AUGUST, ESQ | 18 COLUMBIA TURNPIKE, STE 200 | | | FLORHAM PARK | NJ | 07932 | jaugust@saiber.com |
| SCHIFF HARDIN LLP | ATTN LOUIS T DELUCIA | 666 FIFTH AVENUE | | | NEW YORK | NY | 10103 | ldelucia@schiffhardin.com |
| SCHIFF HARDIN LLP | ATTN ALYSON M FIEDLER | 666 FIFTH AVENUE | | | NEW YORK | NY | 10103 | afiedler@schiffhardin.com |
| SPIVAK LIPTON LLP | ATTN JAMES M MURPHY, ESQ | 1700 BROADWAY, 21ST FLOOR | | | NEW YORK | NY | 10019 | jmurphy@spivaklipton.com |
| SPIVAK LIPTON LLP | ATTN GILLIAN COSTELLO, ESQ | 1700 BROADWAY, 21ST FLOOR | | | NEW YORK | NY | 10019 | gcostello@spivaklipton.com |
| STARR INSURANCE HOLDINGS, INC | ATTN ROSS M CHINITZ, ESQ | 399 PARK AVENUE, 8TH FLOOR | | | NEW YORK | NY | 10022 | ross.chinitz@starrcompanies.com |
| TEITELBAUM LAW GROUP, LLC | ATTN JAY TEITELBAUM, ESQ. | 1 BARKER AVENUE, THIRD FLOOR | | | WHITE PLAINS | NY | 10601 | jteitelbaum@tblawllp.com |
| TODD & LEVI, LLP | ATTN JILL LEVI, ESQ | 444 MADISON AVENUE | SUITE 1202 | | NEW YORK | NY | 10022 | jlevi@toddlevi.com; drosenberg@toddlevi.com |
| TRIVELLA & FORTE, LLP | ATTN CHRISTOPHER A. SMITH, ESQ. | 1311 MAMARONECK AVE, STE 170 | | | WHITE PLAINS | NY | 10605 | 111csmith111@gmail.com |
| TRIVELLA & FORTE, LLP | ATTN ARTHUR J. MULLER, III, ESQ. | 1311 MAMARONECK AVE, STE 170 | | | WHITE PLAINS | NY | 10605 | aj@tfsllp.com |
| TRIVELLA & FORTE, LLP | ATTN JONATHAN M. BARDAVID, ESQ. | 1311 MAMARONECK AVE, STE 170 | | | WHITE PLAINS | NY | 10605 | jonathan@tfsllp.com |
| TROUTMAN SANDERS LLP | ATTN HUGH M. MCDONALD, ESQ. | 875 THIRD AVE | | | NEW YORK | NY | 10022 | hugh.mcdonald@troutman.com |
| TROUTMAN SANDERS LLP | ATTN AARON N. ABRAHAM, ESQ. | 875 THIRD AVE | | | NEW YORK | NY | 10022 | aaron.abraham@troutman.com |
| TROUTMAN SANDERS LLP | ATTN BRETT D. GOODMAN, ESQ. | 875 THIRD AVE | | | NEW YORK | NY | 10022 | brett.goodman@troutman.com |
| TROUTMAN SANDERS LLP | ATTN KEVIN P. WALLACE, ESQ. | 875 THIRD AVE | | | NEW YORK | NY | 10022 | kevin.wallace@troutman.com |
| VIRGINIA & AMBINDER, LLP | ATTN MARC A TENENBAUM, ESQ | 40 BROAD STREET, 7TH FLOOR | | | NEW YORK | NY | 10004 | mtenenbaum@vandallp.com |
| WEINBERG, GROSS & PERGAMENT LLP | ATTN MARC A PERGAMENT | 400 GARDEN CITY PLAZA, SUITE 403 | | | GARDEN CITY | NY | 11530 | mpergament@wgplaw.com |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN | ATTN JOHN E WESTERMAN, ESQ | 1201 RXR PLAZA | | | UNIONDALE | NY | 11556 | jwesterman@westermanllp.com |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN | ATTN MICKEE M HENNESSY, ESQ | 1201 RXR PLAZA | | | UNIONDALE | NY | 11556 | mhennessy@westermanllp.com |
| WILSON & CHAN LLP | ATTN HENRY C CHAN ESQ | 733 THIRD AVENUE, 15TH FLOOR | | | NEW YORK | NY | 10017 | hchan@wilsonchanlaw.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| CEMENT & CONCRETE WRKRS DISTRICT COUNCIL FUNDS | ATTN MICHAEL SALGO, TRUSTEE | 3530 FRANCIS LEWIS BLVD | STE 201 | | FLUSHING | NY | 11358-1959 |
| DISTRICT COUNCIL OF NEW YORK CITY | & VICINITY OF THE UNITED BROTHERHOOD OF CARPENTERS | ATTN JAMES M. MURPHY, GENERAL COUNSEL | 395 HUDSON ST 9TH FLOOR | | NEW YORK | NY | 10014 |
| GRASSI & CO | ATTN WILLIAM E FISCHER | 488 MADISON AVE, FL 21 | | | NEW YORK | NY | 10022 |
| INTERNAL REVENUE SERVICE | 15TH & PENNSYLVANIA AVE, NW | | | | WASHINGTON | DC | 20005 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | P.O. BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| NYC DEPT. OF FINANCE | ATTN: LEGAL AFFAIRS | 345 ADAMS STREET, 3RD FL. | | | BROOKLYN | NY | 11201 |
| NYC DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS | ATTN LUKE POWERS, EMPLOYER SERVICES DIR | 395 HUDSON ST | LBBY 3 | | NEW YORK | NY | 10014-7450 |
| NYS DEPT. OF TAXATION & FINANCE | BANKRUPTCY/SPECIAL PROCEDURES SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 |
| OFFICE OF THE U.S. TRUSTEE | U.S. FEDERAL OFFICE BUILDING | ATTN: PAUL SCHWARTZBERG | 201 VARICK STREET, ROOM 1006 | | NEW YORK | NY | 10014 |
| OTTERBOURG P.C. | ATTN MELANIE L. CYGANOWSKI, ESQ. | 230 PARK AVE | | | NEW YORK | NY | 10169 |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL | 1200 K ST NW STE 340 | | | WASHINGTON | DC | 20005 |
| ROSEN & ASSOCIATES, P.C. | ATTN LAURIE BINDER, ESQ. | 747 THIRD AVENUE | | | NEW YORK | NY | 10017-2803 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | 1200 PENNSYLVANIA AVE, NW | | | | WASHINGTON | DC | 20460 |
| U.S. ENVIRONMENTAL PROTECTION AGENCY | REGION 2 | 290 BROADWAY | | | NEW YORK | NY | 10007-1866 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | ATTN GENERAL COUNSEL | 100 F ST NE | | | WASHINGTON | DC | 20549-2000 |
| U.S. SECURITIES AND EXCHANGE COMMISSION | N.Y. REGIONAL OFFICE | BROOKFIELD PLACE | 200 VESEY STREET, STE. 400 | | NEW YORK | NY | 10281-1022 |
| UNITED STATES ATTORNEY'S OFFICE | SOUTHERN DISTRICT OF NEW YORK | ATTN: TAX & BANKRUPTCY UNIT | 86 CHAMBERS STREET, THIRD FLOOR | | NEW YORK | NY | 10007 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION | 950 PENNSYLVANIA AVE NW | | | WASHINGTON | DC | 20530-0001 |