Martin G. Bunin
Veronique A. Urban
FARRELL FRITZ, P.C.
622 Third Avenue, 37th Floor
New York, New York 10017
Tel: (212) 687-1230
Fax: (646) 237-1810

*Attorneys for Navillus Tile, Inc.*
*d/b/a Navillus Contracting*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                                  Chapter 11

Navillus Tile, Inc., DBA Navillus Contracting,      Case No. 17-13162 (SHL)

                              Debtor.
-------------------------------------------------------x

**NOTICE OF HEARING ON REORGANIZED DEBTOR'S MOTION FOR AN ORDER
(I) REOPENING BANKRUPTCY CASE FOR THE LIMITED PURPOSE OF
ENFORCING THE CHAPTER 11 DISCHARGE AND PLAN INJUNCTION AND
(II) ENFORCING THE CHAPTER 11 DISCHARGE AND PLAN INJUNCTION**

**PLEASE TAKE NOTICE** that a telephonic hearing (the "Hearing") will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, on **June 10, 2021 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, to consider the motion ("Motion") of the above-captioned reorganized debtor (the "Reorganized Debtor") for an order reopening its chapter 11 case, case no. 17-13162, for the limited purpose of enforcing the chapter 11 discharge and enforcing the permanent injunction with respect to a state court action commenced by the New York City Housing Authority against the Reorganized Debtor;

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be made in writing, state with particularity the grounds therefore, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, be

filed electronically by registered users of the Court's case filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with an electronic copy sent to Chambers at shl.orders@nysb.uscourts.gov), and be served electronically upon counsel to the Reorganized Debtor, Farrell Fritz, P.C., Attn: Martin G. Bunin, Esq. and Veronique A. Urban, Esq., mbunin@farrellfritz.com and vurban@farrellfritz.com, **so as to be actually received on or before May 27, 2021 at 4:00 p.m.** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE**, that if you wish to be heard with respect to the Motion, you must attend the Hearing. The Hearing may be adjourned from time to time without further notice, other than by announcement in Court of such adjournment on the date of the Hearing.

Dated: New York, New York
      May 10, 2021        **FARRELL FRITZ, P.C.**

                        By:    /s/ *Martin G. Bunin*
                               Martin G. Bunin
                               Veronique A. Urban
                               622 Third Avenue, 37th Floor
                               New York, New York 10017
                               Tel: (212) 687-1230
                               Fax: (646) 237-1810

                               *Attorneys for Navillus Tile, Inc.*
                               *d/b/a Navillus Contracting*